| UNITED STATES BANKRUPTCY COURT<br>District of Minnesota | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>The Archdiocese of Saint Paul and Minneapolis | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Chancery Corporation |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): 41-0693908 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>226 Summit Avenue<br>St. Paul, Minnesota                ZIP CODE 55102 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: Ramsey | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [x] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): The Archdiocese of Saint Paul and Minneapolis |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: N/A | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>The Archdiocese of Saint Paul and Minneapolis |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X  e/ Richard D. Anderson<br>Signature of Attorney for Debtor(s)<br>Richard D. Anderson<br>Printed Name of Attorney for Debtor(s)<br>Briggs and Morgan, P.A.<br>Firm Name<br>2200 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402-2157<br>Address<br>612-997-8400<br>Telephone Number<br>January 16, 2015<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/ Thomas J. Mertens<br>Signature of Authorized Individual<br>Thomas J. Mertens<br>Printed Name of Authorized Individual<br>Treasurer / Chief Financial Officer<br>Title of Authorized Individual<br>1/16/15<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

American LegalNet, Inc.
www.FormsWorkFlow.com

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re:  The Archdiocese of Saint Paul and Minneapolis          Case No. _____
                                                               Chapter _____11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address, including zip code[1]* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Personal Injury Plaintiff in *Doe 27 v. The Order of St. Benedict, Archdiocese of St Paul and Minneapolis, Saint Luke Institute, Francis Hoefgen* Case No. 19HA-CV-13-4599 (Dakota Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |

---

[1] The debtor has de minimis trade debt. The majority of the debtor's creditors have contingent, unliquidated, or disputed claims, rendering it impossible to determine who holds the 20 largest claims. As such, all represented identified personal injury claimants are included herein. The debtor anticipates that the 20 largest claims will include priest and lay pension claimants and personal injury claimants.

| | | | | |
|---|---|---|---|---|
| Personal Injury Plaintiff in *Doe 26 v. Archdiocese of St Paul and Minneapolis and Fr Jerome C Kern* Case No. 62-CV-13-7799 (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *Doe 23 v. Archdiocese of St Paul and Minneapolis and Fr. Robert M Thurner* Case No. 62-CV-13-7566 (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *Doe 39 v. Order of St. Benedict, a/k/a and d/b/a St. John's Abbey, Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-14-6408 (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *John Doe 108 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-13-8564 (Ramsey Cty. Dist. Ct.) c/o Noaker Law Firm LLC 333 Washington Avenue N, Suite 329 Minneapolis, MN 55401 | Patrick Noaker 333 Washington Avenue N, Suite 329 Minneapolis, MN 55401 (612) 839-1080 | Personal Injury | Contingent Unliquidated Disputed | Unknown |

| | | | | |
|---|---|---|---|---|
| Personal Injury Plaintiff in *Doe 20 v. Keating, Archdiocese of St. Paul and Minneapolis, McDonough* Case No. 62-CV-13-7283 (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *John Doe 107 v. Archdiocese of St. Paul and Minneapolis, Diocese of New Ulm* Case No. 62-CV-13-8000 (Ramsey Cty. Dist. Ct.) c/o Noaker Law Firm LLC 333 Washington Avenue N, Suite 329 Minneapolis, MN 55401 | Patrick Noaker 333 Washington Avenue N, Suite 329 Minneapolis, MN 55401 (612) 839-1080 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *John Doe 109 v. Archdiocese of St. Paul and Minneapolis, Diocese of New Ulm* Case No. 62-CV-14-4275 (Ramsey Cty. Dist. Ct.) c/o Noaker Law Firm LLC 333 Washington Avenue N, Suite 329 Minneapolis, MN 55401 | Patrick Noaker 333 Washington Avenue N, Suite 329 Minneapolis, MN 55401 (612) 839-1080 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *John Doe 115 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-14-6661 (Ramsey Cty. Dist. Ct.) c/o Noaker Law Firm LLC 333 Washington Avenue N, Suite 329 Minneapolis, MN 55401 | Patrick Noaker 333 Washington Avenue N, Suite 329 Minneapolis, MN 55401 (612) 839-1080 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *John Doe 104 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-13-5755 (Ramsey Cty. Dist. Ct.) c/o Noaker Law Firm LLC 333 Washington Avenue N, Suite 329 Minneapolis, MN 55401 | Patrick Noaker 333 Washington Avenue N, Suite 329 Minneapolis, MN 55401 (612) 839-1080 | Personal Injury | Contingent Unliquidated Disputed | Unknown |

| | | | | |
|---|---|---|---|---|
| Personal Injury Plaintiff in *John Doe 139 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-13-8462 62-CV-10-11230 (consolidated) (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *John Doe 140 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-13-8461 62-CV-10-11230 (consolidated) (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *John Doe 141 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-10-2618 62-CV-10-11230 (consolidated) (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *John Doe 150 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-13-4732 (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |

| | | | | |
|---|---|---|---|---|
| Personal Injury Plaintiff in *John Doe 151 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-10-11230 (consolidated) (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *John Doe 152 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-10-11230 (consolidated) (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *John Doe 153 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-10-11230 (consolidated) (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *John Doe 154 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-10-11230 (consolidated) (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN  55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |

| | | | | |
|---|---|---|---|---|
| Personal Injury Plaintiff in *John Doe 175 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-13-7845 62-CV-10-11230 (consolidated) (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *John Doe 176 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-13-7846 62-CV-10-11230 (consolidated) (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Personal Injury Plaintiff in *Doe 31 by and through his Guardian, Guardian Doe 31 v. Archdiocese of St Paul and Minneapolis, Curtis Wehmeyer* Case no. 62-CV-14-647 (Ramsey Cty. Dist. Ct.) c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Archdiocese of St. Paul and Minneapolis Pension Plan for Lay Employees 328 Kellogg Blvd W Saint Paul, MN 55102 | Maureen Maly Faegre Baker Daniels 2200 Wells Fargo Center 90 S. Seventh Street Minneapolis, Minnesota 55402 | Underfunded Pension Liability | Contingent Unliquidated Disputed | Unknown |
| Archdiocese of St. Paul and Minneapolis Pension Plan for Priests 328 Kellogg Blvd W Saint Paul, MN 55102 | Maureen Maly Faegre Baker Daniels 2200 Wells Fargo Center 90 S. Seventh Street Minneapolis, Minnesota 55402 | Underfunded Pension Liability | Contingent Unliquidated Disputed | Unknown |

| Personal Injury Claimants with noticed claims, but who have not commenced litigation c/o Jeff Anderson & Associates, P.A. 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
|---|---|---|---|---|
| St. Anne / St. Joseph Hein 2627 Queen Ave N Minneapolis, MN 55411 | St. Anne / St. Joseph Hein c/o Fr. Ignatius Nguyen Kihn 2627 Queen Ave N Minneapolis, MN 55411 | Inter-parish loan fund claim | | $496,459.89 |
| Basilica of Saint Mary 88 North 17th Street Minneapolis, MN 55405 | Kathlyn Noecker Faegre Baker Daniels 2200 Wells Fargo Center 90 S. Seventh Street Minneapolis, Minnesota 55402 | Claims for contributions to various insurance and other plans | Contingent Unliquidated Disputed | Unknown |
| St. Hubert Catholic Community 8201 Main Street Chanhassen, MN 55317 | St. Hubert Catholic Community c/o Fr. Rolf Tollefson 8201 Main Street Chanhassen, MN 55317 | Claims for contributions to various insurance and other plans | Contingent Unliquidated Disputed | Unknown |
| Saint Thomas Academy 949 Mendota Heights Road Mendota Heights, MN 55120 | Gina Kastel Faegre Baker Daniels 2200 Wells Fargo Center 90 S. Seventh Street Minneapolis, Minnesota 55402 | Claims for contributions to various insurance and other plans | Contingent Unliquidated Disputed | Unknown |

Dated: January 16, 2015

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Thomas J. Mertens, Treasurer and Chief Financial Officer of The Archdiocese of Saint Paul and Minneapolis, the above-captioned debtor and debtor in possession, declare under penalty of perjury that I have read the foregoing List of Unsecured Creditors Holding Twenty Largest Unsecured Claims Against the Debtor and that it is true and correct to the best of my information and belief.

Dated: 1/16/15

Thomas J. Mertens
Treasurer and Chief Financial Officer
The Archdiocese of Saint Paul and Minneapolis

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Bankruptcy Case No. _____

The Archdiocese of Saint Paul and
Minneapolis,

Chapter 11 Case

Debtor.

## STATEMENT OF AUTHORITY TO SIGN AND FILE PETITION

The undersigned, Joseph F. Kueppers, hereby declares under penalty of perjury, that I am the Secretary of The Archdiocese of Saint Paul and Minneapolis, a religious corporation organized and existing under the laws of the State of Minnesota, now Minn. Stat. § 315.16 (the "Corporation"), and that the resolution as set forth below was duly adopted by the members and the directors of the Corporation on December 11, 2014:

The Board of Directors of the Archdiocese of Saint Paul and Minneapolis, having been fully briefed on the financial status of the Corporation and the current status of the sex abuse claims asserted against the Archdiocese as a result of the 2013 Child Victims Act, do hereby approve the following resolution:

**RESOLVED,** that the Archdiocese of Saint Paul and Minneapolis is hereby authorized to file a petition for reorganization under Chapter 11 of the US Bankruptcy Code. The filing of the petition may be done at any time hereafter with the specific timing of the filing to be determined by the President and Vice President of the Corporation in consultation with the attorneys representing the Archdiocese in this matter.

Dated: Jan. 14, 2015   Signed: _____

Printed Name: Joseph F. Kueppers
Address: 226 Summit Avenue
St Paul, MN 55102

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Bankruptcy Case No. _____

The Archdiocese of Saint Paul and
Minneapolis[1],

    Debtor.

**LIST OF MEMBERS OF THE ARCHDIOCESE OF SAINT PAUL AND MINNEAPOLIS**

In accordance with Rules 1007(a)(1) and 1007(a)(3) of the Federal Rules of Bankruptcy Procedures, the debtor submits the following information:

| NAME AND ADDRESS OF MEMBERS | INTEREST[2] |
|---|---|
| Archbishop John C. Nienstedt<br>226 Summit Avenue<br>St. Paul, MN  55102 | 0% |
| Very Reverend Charles V. Lachowitzer<br>226 Summit Avenue<br>St. Paul, MN  55102 | 0% |
| Joseph F. Kueppers<br>226 Summit Avenue<br>St. Paul, MN  55102 | 0% |
| Most Reverend Lee A Piché<br>226 Summit Avenue<br>St. Paul, MN  55102 | 0% |
| Thomas J. Mertens<br>226 Summit Avenue<br>St. Paul, MN  55102 | 0% |

---

[1] The last four digits of the debtor's federal tax identification number are 3908. The debtor's mailing address is 226 Summit Avenue, Saint Paul, Minnesota 55102.

[2] As stated in its Certificate of Incorporation, the debtor is a non-profit, non-stock tax exempt corporation. Accordingly, there is no equity ownership interest in the debtor.

-2-

## DECLARATION REGARDING LIST OF MEMBERS

The undersigned states under penalty of perjury that he is an authorized officer of The Archdiocese of Saint Paul and Minneapolis, the debtor-in-possession in this case, and is familiar with the financial affairs of the debtor. The undersigned further states and declares under penalty of perjury that the foregoing List of Members of The Archdiocese of Saint Paul and Minneapolis is true and correct to the best of my knowledge, information and belief.

Dated: 1/16/15

Thomas J. Mertens
Treasurer / Chief Financial Officer