## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

The Archdiocese of Saint Paul and
Minneapolis,

          Debtor.

Bankruptcy Case No.  15-30125

CHAPTER 11 CASE

**NOTICE OF HEARING AND VERIFIED MOTION OF THE ARCHDIOCESE OF SAINT PAUL AND MINNEAPOLIS FOR (1) EXPEDITED RELIEF AND (2) AN ORDER AUTHORIZING THE ARCHDIOCESE TO FILE PORTIONS OF SCHEDULE F, THE MASTER MAILING MATRIX, AND OTHER PLEADINGS AND DOCUMENTS UNDER SEAL, AND (3) RELATED RELIEF**

TO:    All parties in interest as specified in local rule 9013-3(a)(2)

The  Archdiocese of Saint Paul and Minneapolis (the "Archdiocese" or "Debtor") moves this Court for the expedited relief requested below and gives notice of hearing:

### NOTICE OF MOTION

1.    The Court will hold a hearing on this motion at 1:00 p.m. on January 20, 2015, before the Honorable Robert J. Kressel in Courtroom 8W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

2.    Local Rule 9006-1(c) provides deadlines for response to this motion. However, given the expedited nature of this motion, the Archdiocese will not object to the filing of a response to this motion at any time at or prior to the hearing.  **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

### JURISDICTION

3.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rules 1070-1 and 9013-2(g).  This matter is a core

proceeding under 28 U.S.C. § 157(b).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  The above-captioned chapter 11 case was filed on January 16, 2015 (the "Petition Date"), and is now pending in this Court.

4.      This motion arises under Sections 105 and 107 of the Bankruptcy Code, and Fed. R. Bankr. P. 9018.  This motion is filed under Fed. R. Bankr. P. 9013 and 9014, and Local Rules 9013-1 through -3.  Expedited relief is requested pursuant to Fed. R. Bankr. P. 9006(c) and Local Rule 9006-1(e).  Notice of the hearing on this motion is provided pursuant to Local Rules 9013-3 and 2002-1(b).

## RELIEF REQUESTED

5.      Alleged victims currently represented by counsel, including the alleged victims in proceedings pending in Ramsey County District Court, will be identified in the Schedule and Master Mailing List Matrix through their respective counsel.  The Archdiocese has filed this Motion to protect the identity of those potential or alleged victims who have advised the Archdiocese of potential claims, but have not yet identified counsel.  The Archdiocese believes that it has contact information for some, but not all, of these claimants.  For such claimants for whom the Archdiocese has contact information, the Archdiocese seeks to serve them individually and submit their contact information under seal.

6.      The Archdiocese requests in this Motion that the Court enter an order:

 (a) Granting expedited relief;

 (b) Authorizing the Archdiocese to file under seal portions of Schedule F, the Master Mailing List Matrix and any other pleadings, reports or other documents that might be filed from time to time in this Chapter 11 case, that disclose (1) identifying information of individuals who have, either informally, formally, or through filing a lawsuit, notified the Archdiocese that they were sexually abused by clergy members or other persons employed by Catholic entities and have, could or might assert claims against the Archdiocese arising out of such abuse, or (2) confidential settlement information relating to claims of sexual abuse (collectively, "Confidential Information");

(c)     Authorizing the Archdiocese to provide copies of the sealed portions of any such pleadings, reports or documents to the Office of the United States Trustee, as necessary, and authorizing the United States Trustee to use such documents in the discharge of its duties and obligations, including but not limited to solicitation and appointment of any committee under 11 U.S.C. § 1102 but as protected by 11 U.S.C. § 107(c)(3);

(d)     Authorizing the Archdiocese to provide sealed reports, documents and pleadings to counsel for any committee appointed under 11 U.S.C. § 1102 who has been retained pursuant to Court approval, but only after confidentiality procedures are agreed upon between the Archdiocese and counsel for any such committee; and

(e)     Authorizing the Archdiocese to file the portion of the mailing matrix referenced in subparagraph (a) above (the "Confidential Mailing List") to the Court to be held under seal pending further order of the Court; and

(f)     Providing that notwithstanding any applicable rule to the contrary, the relief granted under the order shall be immediately effective and enforceable upon entry.

## FACTS SUPPORTING MOTION

7.     On the date hereof  (the "Petition Date"), the Archdiocese caused its attorneys to file a voluntary petition for Chapter 11 bankruptcy relief under Title 11 of the United States Code (the "Bankruptcy Code").  The Archdiocese is continuing in possession of its property and is operating and managing its business, as a debtor in possession, pursuant to §§ 1107 and 1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or an examiner, and no official committee has been established.

8.     To enable the Archdiocese to minimize the adverse effects of the commencement of the Chapter 11 case on its operations, the Archdiocese has requested various types of relief in "first day" motions (collectively, the "First Day Motions").  The First Day Motions seek relief aimed at, among other things, facilitating a smooth transition to Chapter 11, maintaining employee compensation and morale, and preserving and maximizing the property available to satisfy the Archdiocese's creditors.  All of the First Day Motions are vital to the Debtor's

reorganization efforts, and expedited approval of the First Day Motions is important to the Debtor's success in the Chapter 11 case.

9.    For a description of the Archdiocese and its operations, the Archdiocese respectfully refers the Court and the parties in interest to the Affidavit of the Very Reverend Father Charles V. Lachowitzer, Vicar General and Moderator of the Curia (the "First Day Affidavit") filed contemporaneously herewith.[1]

10.    As stated in more detail in the First Day Affidavit, the Archdiocese filed this Chapter 11 case to reorganize its financial affairs pursuant to a plan of reorganization that will, among other things, fairly, justly and equitably compensate those injured by sexual abuse perpetrated by workers of the Catholic Church which have or might result in claims against the Archdiocese, while allowing the Archdiocese to continue its ministry and mission and attempt to bring healing to those injured by abuse, to parishioners, and to others affected by the past acts of sexual abuse committed by workers of the Catholic Church within the geographic area of the Archdiocese.

11.    Many of the creditors in the Chapter 11 Case are victims of sexual abuse who have chosen to keep their identities private.  Several of the persons claiming sexual abuse who have filed suit, or who have advised the Archdiocese of potential claims, have done so using pseudonyms or have disclosed their names expecting that their identities would be kept confidential by the Archdiocese.  For example, the plaintiffs in the Ramsey County District Court cases, <u>Doe 1 v. Archdiocese of St. Paul and Minneapolis, Diocese of Winona and Thomas Adamson</u>, No. 62-cv-13-4075 (Minn. 2d Dist. Ct.) (the "<u>Doe 1</u> Case"), and <u>John Doe 76C v. Archdiocese of St. Paul and Minneapolis, Diocese of Winona</u>, No. 62-C9-06-3962 (Minn. 2d

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the First Day Affidavit.

Dist. Ct.) (the "Doe 76C Case"), have pursued their claims using aliases rather than their names in the case captions.  Other sexual abuse claimant creditors have similarly expressed their intentions to remain anonymous.

12.     The Archdiocese has been operating under confidentiality restrictions for some time.  The identities of sexual abuse victims have been kept private in court proceedings pursuant to binding court orders.  For example, in the Doe 1 case, Ramsey County District Court Judge John Van de North ordered on December 3, 2013 that "[i]n all disclosures of information regarding sexual abuse of minors by any party herein, the privacy of victims shall be carefully respected, and their identities not disclosed without their written permission or order of the Court."  The order was subsequently amended by Judge Van de North on February 12 and March 18, 2013, but the privacy of victim information remains paramount.

## EXPEDITED RELIEF

13.     The Archdiocese requests expedited relief in this motion and requests an expedited hearing.  Granting this motion on an expedited basis will ensure that no victim personal identifying information is required to be disclosed to the public in connection with this Chapter 11 case.  The Archdiocese submits that it has complied with the requirements of Local Rule 9006-1(e) by providing the notice specified below.

14.     Pursuant to Local Rule 9013-2, this motion is verified and accompanied by a memorandum of law, proposed order, and proof of service.

15.     Pursuant to Local Rule 9013-2, the Archdiocese gives notice that it may, if necessary call Thomas J. Mertens, Chief Financial Officer of the Archdiocese of Saint Paul and Minneapolis, to testify at the hearing on the motion regarding the facts set forth herein.  The witness's business address is 328 Kellogg Blvd W, Saint Paul, MN 55102.

## SERVICE OF MOTION

16.    Notice of this motion has been given to the parties identified on, and in the manner set forth in, the separately-filed certificate of service relating to the First Day Motions. This includes the parties specified in Local Rule 9013-3, all financial institutions with an interest in the accounts referenced in the First Day Motions, the attorneys representing alleged victims of abuse, and all attorneys who have identified themselves as counsel for the parishes or other Non-Debtor Catholic Entities.  In light of the nature of the relief requested, the Archdiocese submits that no further notice is required.

## REQUEST FOR RELIEF

WHEREFORE, the Debtor requests entry of an Order:

(a)    Authorizing the Debtor to file under seal portions of Schedule F, the Master Mailing Matrix, and any other pleadings and documents that might be filed in this proceeding which discloses identifying information of victims of sexual abuse or confidential settlement terms; and

(b)    Authorizing the Debtor to provide copies of sealed portions of any such pleadings, reports or documents to the Office of the United States Trustee, as necessary, and authorizing the United States Trustee to use such documents in the discharge of its duties and obligations, including but not limited to solicitation and appointment of any committee under 11 U.S.C. § 1102 but as protected by 11 U.S.C. § 107(c)(3); and

(c)    Authorizing the Archdiocese to provide sealed reports, documents and pleadings to counsel for any committee appointed under 11 U.S.C. § 1102 who has been retained pursuant to Court approval, but only after confidentiality procedures are agreed upon between the Archdiocese and counsel for any such committee; and

(d)    Authorizing the Archdiocese to file the portion of the mailing matrix referenced in subparagraph (a) above (the "Confidential Mailing List") to the Court  to be held pending further order of the Court; and

(e)    Granting the Archdiocese such other relief as the Court deems necessary and proper.

Dated:  January 16, 2015                    Respectfully submitted,

                                            *e/ Richard D. Anderson* _____

                                            BRIGGS & MORGAN, P.A.
                                            Richard D. Anderson (#2306)
                                            randerson@briggs.com
                                            John R. McDonald (#168592)
                                            jmcdonald@briggs.com
                                            Charles B. Rogers (#0130588)
                                            crogers@briggs.com
                                            Benjamin E. Gurstelle (#389968)
                                            bgurstelle@briggs.com
                                            2200 IDS Center
                                            80 South 8th Street
                                            Minneapolis, MN 55402
                                            Telephone: (612) 977-8400
                                            Facsimile: (612) 977-8650

                                                   - and -

                                            LINDQUIST & VENNUM LLP
                                            James A. Lodoen (#173605)
                                            jlodoen@lindquist.com
                                            Jeffrey D. Smith (#0387035)
                                            jsmith@lindquist.com
                                            Charlie E. Nelson (#0392389)
                                            cnelson@lindquist.com
                                            4200 IDS Center
                                            80 South 8th Street
                                            Minneapolis, MN  55402
                                            Telephone: (612) 371-3211
                                            Facsimile: (612) 371-3207

                                            *Proposed Attorneys for The Archdiocese of Saint Paul and Minneapolis*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

The Archdiocese of Saint Paul and
Minneapolis,

              Debtor.

CHAPTER 11 CASE

## VERIFICATION OF THOMAS J. MERTENS

       I, Thomas J. Mertens, Treasurer / Chief Financial Officer of the Archdiocese of Saint

Paul and Minneapolis, do hereby certify and declare under the penalty of perjury that the facts

contained in the Notice of Hearing and Verified Motion of the Archdiocese of Saint Paul And

Minneapolis for Expedited Relief and for an Order Authorizing the Archdiocese to File Portions

of Schedule F, the Master Mailing Matrix and Other Pleadings and Documents Under Seal and

Related Relief are true and correct to the best of my knowledge, information, and belief.

Dated:  1/16/15

                                       Thomas J. Mertens

B-1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                          Bankruptcy Case No.  15-30125

The Archdiocese of Saint Paul and                    CHAPTER 11 CASE
Minneapolis,

                    Debtor.

---

**MEMORANDUM IN SUPPORT OF VERIFIED MOTION FOR ORDER
AUTHORIZING DEBTOR TO FILE PORTIONS OF SCHEDULE F, THE MASTER
MAILING MATRIX AND OTHER PLEADINGS AND DOCUMENTS UNDER SEAL
AND RELATED RELIEF**

---

## INTRODUCTION

The Archdiocese of Saint Paul and Minneapolis (the "Archdiocese") submits this memorandum of law in support its accompanying verified motion for the relief set forth herein. Terms defined in the verified motion shall have the same meaning in this memorandum.

## FACTS

The facts relevant to this memorandum are set forth in detail in the verified motion. As indicated in the verified motion, in order to maintain the confidentiality of the names of abuse victims and confidential settlement terms, the Archdiocese must be allowed to file certain documents, or portions thereof, under seal.

## DISCUSSION

**I.     DEBTOR'S REQUEST FOR EXPEDITED RELIEF SHOULD BE GRANTED**

The Archdiocese's request for expedited relief should be granted. Cause exists to reduce notice of the hearing on this motion. The relief sought herein is designed to protect the confidential nature of sensitive information relating to abuse victims and confidential settlement terms. Given the critical need to protect these interests at the very outset of this proceeding, the Court should reduce the notice of hearing on this motion.

**II.      THE ARCHDIOCESE SHOULD BE AUTHORIZED TO FILE DOCUMENTS UNDER SEAL**

The Archdiocese should be authorized to file documents that contain sexual abuse victim identifying information and confidential settlement information under seal.

The general policy regarding access to information in bankruptcy proceedings favors openness.  See In re Farmland Indus., Inc., 290 B.R. 364, 367 (Bankr. W.D. Mo. 2003).  Section 107(b) of the Bankruptcy Code, however, provides that the bankruptcy court, at the request of a party in interest shall, or on its own initiative may, issue orders to protect entities and individuals from potential harm that could result from the disclosure of potentially scandalous or defamatory information.  Section 107(b) provides, in relevant part, that "[o]n request of a party in interest, the bankruptcy court *shall* … (2) protect a person with respect to scandalous or defamatory matter contained in a paper filed in a case under this title."   11 U.S.C. § 107(b) (emphasis added).[2]

In addition, Fed. R. Bankr. P. 1007(j) provides:

(j) Impounding of Lists.

On motion of a party in interest and for cause shown the court may direct the impounding of lists filed under this rule, and may refuse to permit inspection by any entity.  The court may permit inspection or use of lists, however, by any party in interest on terms prescribed by the court.

Fed. R. Bankr. P. 1007(j).

Bankruptcy Rule 9018 defines the procedures by which a party may move for relief under Section 107(b):

On motion or on its own initiative, with or without notice, the court may make any order which justice requires … to protect any entity against scandalous or defamatory matter contained in any paper filed in a case under the Code[.]

---

[2] As noted in the Motion, the United States Trustee shall have access to the documents filed in the case, but shall not disclose any information specifically protected by court order.  11 U.S.C. § 107(c)(3).

-2-

Fed. Bankr. P. 9018.

Alleged abuse victims represented by counsel will be identified through their counsel only.  Several of the persons claiming sexual abuse who have filed suit, or who have advised the Archdiocese of potential claims, have done so using pseudonyms or have disclosed their names expecting that their identities would be kept confidential by the Archdiocese.  And as detailed in the motion, the confidentiality of abuse victim identifying information has been ordered in connection with earlier litigation.  Accordingly, the Archdiocese has a duty to protect the identities of abuse victims.  Such individuals should not be forced to make their identities public in order to participate in this Chapter 11 case.  The Archdiocese does not object to those individuals deciding on their own to make their identities known, but such a decision should not be forced upon them and such unwanted disclosure should not be required by the Archdiocese in this proceeding.

Section 107(b) requires the Bankruptcy Court to protect persons from having scandalous or defamatory information disclosed in publically-filed documents during a Chapter 11 proceeding.  Therefore, this Court should issue an order authorizing the Archdiocese to file documents that contain sexual abuse victim identifying information and confidential settlement information under seal.  This specifically includes creditor lists and the master mailing matrix.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the motion.

Dated:  January 16, 2015                Respectfully submitted,

                                        *e/ Richard D. Anderson*
                                        _____

                                        BRIGGS & MORGAN, P.A.
                                        Richard D. Anderson (#2306)
                                        randerson@briggs.com
                                        John R. McDonald (#168592)
                                        jmcdonald@briggs.com
                                        Charles B. Rogers (#0130588)
                                        crogers@briggs.com
                                        Benjamin E. Gurstelle (#389968)
                                        bgurstelle@briggs.com
                                        2200 IDS Center
                                        80 South 8th Street
                                        Minneapolis, MN 55402
                                        Telephone: (612) 977-8400
                                        Facsimile: (612) 977-8650

                                                - and -

                                        LINDQUIST & VENNUM LLP
                                        James A. Lodoen (#173605)
                                        jlodoen@lindquist.com
                                        Jeffrey D. Smith (#0387035)
                                        jsmith@lindquist.com
                                        Charlie E. Nelson (#0392389)
                                        cnelson@lindquist.com
                                        4200 IDS Center
                                        80 South 8th Street
                                        Minneapolis, MN  55402
                                        Telephone: (612) 371-3211
                                        Facsimile: (612) 371-3207

                                        *Proposed Attorneys for The Archdiocese of Saint
                                        Paul and Minneapolis*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Bankruptcy Case No.  15-30125

The Archdiocese of Saint Paul and
Minneapolis,

CHAPTER 11 CASE

Debtor.

**ORDER GRANTING MOTION FOR EXPEDITED RELIEF AND FOR AN ORDER
GRANTING THE ARCHDIOCESE TO FILE PORTIONS OF SCHEDULE F, THE
MASTER MAILING MATRIX AND OTHER PLEADINGS AND DOCUMENTS UNDER
SEAL AND RELATED RELIEF**

This case came before the court upon the Archdiocese of Saint Paul and Minneapolis's motion for expedited relief and for an order authorizing the debtor to file portions of Schedule F, the master mailing matrix and other pleadings and documents under seal, and related relief. Appearances were noted on the record.

Based on the arguments of counsel, the moving documents, and the record made at the hearing:

IT IS ORDERED:

1.      The Archdiocese's motion for expedited relief is granted.

2.      The Archdiocese is authorized to file under seal portions of Schedule F, the master mailing matrix and any other pleadings, reports or other documents that might be filed from time to time in the Chapter 11 Case that disclose (1) identifying information of individuals who have, either informally, formally, or through filing a lawsuit, notified the Archdiocese that they were sexually abused by clergy members or other persons employed by Catholic entities and have, could, or might assert claims against the Archdiocese arising out of such abuse, or (2) confidential settlement information relating to claims of sexual abuse.

3.     The Archdiocese is authorized to provide copies of the sealed portions of any such pleadings, reports, or documents to the Office of the United States Trustee in accordance with 11 U.S.C. § 107(c)(3), as necessary.

4.     The United States Trustee is authorized to use such sealed documents in the discharge of its duties and obligations, including but not limited to solicitation and appointment of any committee under 11 U.S.C. § 1102 but as protected by 11 U.S.C. § 107(c)(3).

5.     The Archdiocese is authorized to provide sealed reports, documents, and pleadings to court-approved counsel for any committee appointed under 11 U.S.C. § 1102, but only after confidentiality procedures are agreed upon between the Archdiocese and such counsel.

6.     The Archdiocese's authorization to file the documents referenced in paragraph 2 of this order under seal shall be carried out in accordance with the directions of the clerk of court.

7.     The seal shall remain in effect pending further order of this court.

Dated:                                 _____

                                        United States Bankruptcy Judge