UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

The Archdiocese of Saint Paul and
Minneapolis,

        Debtor.

Bankruptcy Case No. 15-30125

CHAPTER 11 CASE

## CERTIFICATE OF SERVICE

Benjamin E. Gurstelle, under penalty of perjury, states that on January 16, 2015, he caused to be filed electronically with the Clerk of Court and served through ECF (which constitutes service or notice pursuant to Local Rule 9006-1(a)), by email, or by overnight delivery (via FedEx or U.S. Mail) the following documents:

1. Notice of Intention to Seek Expedited Hearing

2. Affidavit of The Very Reverend Father Charles V. Lachowitzer Regarding Structure and Pre-Filing History of the Debtor and In Support of Chapter 11 Petition and First Day Pleadings

3. Notice of Hearing and Verified Motion of the Archdiocese of Saint Paul and Minneapolis for Expedited Relief and for an Order (A) Authorizing Payment of Prepetition Wages, Salaries, and Employee Deductions and Employee Expenses, (B) Authorizing Payment of Prepetition Statutory Unemployment Compensation Charges, (C) Authorizing the Debtor to Continue its Participation in its Medical and Dental Health Insurance Program and Granting Other Relief With Respect to the Program, (D) Authorizing Priest Support Payments and International Priest Payments, (E) Authorizing Payment of Other Benefit and Retirement Plan Obligations, (F) Authorizing Continuation of Third Party Payroll Processing Services and Directing Banks to Honor Payroll, Expense Checks and Fund Transfers in Connection with the Foregoing, (G) Finding Compliance with the Requirements of Rule 6003, and (H) Waiving Provisions of Rule 4001(a)(3)

    (a) Verification of Thomas J. Mertens

    (b) Exhibits A & B to Motion

    (c) Memorandum In Support of Motion

    (d) Proposed Order Granting Motion

4. Notice of Hearing and Verified Motion of the Archdiocese of Saint Paul and Minneapolis for (1) Expedited Relief and (2) An Order Authorizing the Archdiocese to File

Portions of Schedule F, the Master Mailing Matrix, and Other Pleadings and Documents Under Seal, and (3) Related Relief

        (a)      Verification of Thomas J. Mertens

        (b)      Memorandum In Support of Motion

        (c)      Proposed Order Granting Motion

5.    Notice of Hearing and Verified Motion of the Archdiocese of Saint Paul and Minneapolis for Order (1) Granting Expedited Relief, (2) Authorizing Maintenance of Existing Bank Accounts and Business Forms, and (3) Waiving the Requirements of Section 345(b) of the Bankruptcy Code

        (a)      Verification of Thomas J. Mertens

        (b)      Exhibits A & B to Motion

        (c)      Memorandum In Support of Motion

        (d)      Proposed Order Granting Motion

6.    Notice of Hearing and Verified Motion of the Archdiocese of Saint Paul and Minneapolis for Order (1) Granting Expedited Relief and (2) Authorizing Maintenance of Protected Self-Insurance Program

        (a)      Verification of Thomas J. Mertens

        (b)      Memorandum In Support of Motion

        (c)      Proposed Order Granting Motion

7.    Notice of Hearing and Verified Motion and Request of the Archdiocese of Saint Paul and Minneapolis for Expedited Relief and For an Order Modifying Claim Procedures

        (a)      Verification of Thomas J. Mertens

        (b)      Memorandum In Support of Motion

        (c)      Proposed Order Granting Motion

to the parties on the attached service list.

Dated: January 16, 2015                            */e/ Benjamin E. Gurstelle*
                                                                     Benjamin E. Gurstelle

THE ARCHDIOCESE OF SAINT PAUL AND MINNEAPOLIS
FIRST DAY DOCUMENTS SERVICE LIST

*Served via FedEx or U.S. Mail overnight delivery. Those parties whose contact information includes an email address were also served via the email address listed.*

**US TRUSTEE AND OTHER REQUIRED PARTIES**

United States Trustee
U.S. Trustee's Office
1015 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415
ustpregion12.mn.ecf@usdoj.gov

Sarah J. Wencil
U.S. Trustee's Office
1015 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Sarah.J.Wencil@usdoj.gov

IRS District Counsel
380 Jackson Street, Ste 650
St. Paul, MN 55101-4804

Internal Revenue Service
Wells Fargo Place
30 E 7th Street
Mail Stop 5700
St. Paul, MN 55101

Internal Revenue Service
Centralized Insolvency Operations Unit
PO Box 7346
Philadelphia, PA 19101

MN Department of Revenue
Collection Enforcement
551 Bankruptcy Section
600 North Robert Street
St. Paul, MN 55101-2228

Office of the U.S. Attorney
600 US Courthouse
300 S Fourth Street
Minneapolis, MN 55415

Ramsey County Assessor's Office
90 Plato Boulevard W.
Saint Paul, MN 55107

**DEBTOR**
The Archdiocese of Saint Paul and Minneapolis
c/o Joseph F. Kueppers
226 Summit Avenue
Saint Paul, MN 55102

**MAJOR SECURED CREDITOR**

Premier Bank
2866 White Bear Ave
Maplewood, MN 55109

North American Banking Company
2230 Albert Street
Roseville, MN 55113

**LARGEST UNSECURED CREDITORS**

Various Doe personal injury claimants represented by Jeff Anderson & Associates, P.A.
c/o Jeff Anderson
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
Saint Paul, MN 55101-2989
jeff@andersonadvocates.com
mike@andersonadvocates.com

Personal Injury Plaintiff in *John Doe 115 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-14-6661 (Ramsey Cty. Dist. Ct.)
c/o Patrick Noaker
Noaker Law Firm LLC
333 Washington Ave N, Suite 329
Minneapolis, MN 55401
Patrick@noakerlaw.com

Personal Injury Plaintiff in *John Doe 109 v. Archdiocese of St. Paul and Minneapolis , Diocese of New Ulm* Case No. 62-CV-14-4275 (Ramsey Cty. Dist. Ct.)
c/o Patrick Noaker
Noaker Law Firm LLC
333 Washington Ave N, Suite 329
Minneapolis, MN 55401
Patrick@noakerlaw.com

Personal Injury Plaintiff in *John Doe 108 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-13-8564 (Ramsey Cty. Dist. Ct.)
c/o Patrick Noaker
Noaker Law Firm LLC
333 Washington Ave N, Suite 329
Minneapolis, MN 55401
Patrick@noakerlaw.com

Personal Injury Plaintiff in *John Doe 107 v. Archdiocese of St. Paul and Minneapolis, Diocese of New Ulm*, Case No. 62-CV-13-8000 (Ramsey Cty. Dist. Ct.)
c/o Patrick Noaker
Noaker Law Firm LLC
333 Washington Ave N, Suite 329
Minneapolis, MN 55401
Patrick@noakerlaw.com

Personal Injury Plaintiff in *John Doe 104 v. Archdiocese of St. Paul and Minneapolis* Case No. 62-CV-13-5755 (Ramsey Cty. Dist. Ct.)
c/o Patrick Noaker
Noaker Law Firm LLC
333 Washington Ave N, Suite 329
Minneapolis, MN 55401
Patrick@noakerlaw.com

St. Anne/St. Joseph Hein
2627 Queen Ave N
Minneapolis, MN 55411

Basilica of Saint Mary
c/o Kathlyn Noecker
Faegre Baker Daniels
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Kathy.noecker@faegrebd.com

St. Hubert Catholic Community
8201 Main Street
Chanhassen, MN 55317-9647

St. Thomas Academy
c/o Gina Kastel
Faegre Baker Daniels
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Gina.kastel@faegrebd.com

**OTHER INTERESTED PARTIES**

Archdiocese of Saint Paul and Minneapolis Medical Benefit Trust
c/o Larry Ricke
Sweeney & Masterson, P.A.
325 Cedar Street, Suite 600,
Saint Paul, MN 55101
ricke@smlawpa.net

Catholic Community Foundation
c/o Phillip Kunkel
Gray Plant Mooty
1010 W. St. Germain, ste. 500
St. Cloud, MN 56301
phillip.kunkel@gpmlaw.com

Catholic Cemetery Corporation
c/o John Hedback
Hedback, Arendt & Carlson, PLLC
2855 Anthony Ln S
Minneapolis, MN 55418
jhedback@fowb-law.com

Various Parishes
c/o Mary Jo Jensen-Carter
Buckley & Jensen
1257 Gun Club Rd
White Bear Lake, MN 55110
maryjo@buckleyjensen.com

Catholic Community Service Foundation
c/o Tim Moratzka
DeWitt Mackall Crounse & Moore, S.C.
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
tdm@dewittmcm.com

Catholic Services Appeal Foundation
c/o Tim Moratzka
DeWitt Mackall Crounse & Moore, S.C.
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
tdm@dewittmcm.com

Archdiocese of Saint Paul and Minneapolis Lay and Priest Pension Plans
c/o Maureen Maly
Faegre Baker Daniels
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Maureen.maly@faegrebd.com

Benilde St. Margaret High School
c/o Phillip Kunkel
Gray Plant Mooty
1010 W. St. Germain, ste. 500
St. Cloud, MN 56301
phillip.kunkel@gpmlaw.com

DeLaSalle High School
c/o Steve Prince
Grell Feist Prince
825 Nicollet Mall, Suite 1648,
Minneapolis, MN 55402
sprince@grellfeist.com

Cathedral of Saint Paul
c/o Mary Jo Jensen-Carter
Buckley & Jensen
1257 Gun Club Rd
White Bear Lake, MN 55110
maryjo@buckleyjensen.com

Catholic Finance Corporation
c/o Mike Iannacone
Iannacone Law Office, PLLC
8687 Eagle Point Boulevard
Lake Elmo, MN 55042
mji@iannacone.com

Robert Kugler
Stinson Leonard Street
150 S 5th Street, Suite 2300
Minneapolis MN 55402
Robert.kugler@stinsonleonard.com

Philip B. Moosbrugger
Manager of WC Self-Insurance and MWCARP, Insurance Division
85 7th Place East, Suite 500
St. Paul, MN 55101
philip.moosbrugger@state.mn.us

Eva Leonard-Crawford
Self-Insurance Coordinator
85 7th Place East, Suite 500
St. Paul, MN 55101
eva.leonard@state.mn.us

**BANKS AND FINANCIAL INSTITUTIONS**

Wells Fargo Bank, N.A.
c/o Jim Mulrooney
Government, Education and Nonprofit Banking
MAC N9307-231
7900 Xerxes Ave S Ste 2300
Minneapolis, MN 55431

U.S. Bank
c/o Bryan Ljung
BC-MN-H030
800 Nicollet Mall
Minneapolis, MN 55402

Bremer Bank
c/o Ron Zweber
225 S Sixth St., Ste 200
Minneapolis, MN 55402

Premier Bank
c/o Andrew Nath
2866 White Bear Ave
Maplewood, MN 55109

Sunrise Banks
2171 University Ave W
St. Paul, MN 55114

RBC Capital Markets Corporation
c/o Timothy Braun
400 Robert St N, Ste 1400
Saint Paul, MN 55101