UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

The Archdiocese of Saint Paul and Minneapolis,            BKY 15-30125

Debtor.                                                    Chapter 11 Case

---

**ORDER GRANTING EXPEDITED RELIEF, AND (1) AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNTS AND BUSINESS FORMS AND (2) WAIVING THE REQUIREMENTS OF 11 U.S.C. § 345(B)**

---

The case is before the court on the motion of the Archdiocese of Saint Paul and Minneapolis for an order granting expedited relief, authorizing maintenance of existing bank accounts and business forms, and waiving the requirements of section 345(b) of the Bankruptcy Code.

Based on the motion and the file,

IT IS ORDERED:

1.  The Archdiocese's motion for expedited relief is granted.

2.  The Archdiocese is authorized, in the reasonable exercise of its business judgment, to designate, maintain, and continue to use, with the same account numbers, all of its active demand deposit and transaction bank accounts in existence on the petition date, notwithstanding the United States Trustee's operating guideline requirement to close prepetition bank accounts and open new "debtor in possession" accounts.

3.  To the extent that any investment accounts maintained by the Archdiocese are subject to 11 U.S.C. § 345(b), the Archdiocese is authorized to temporarily maintain such

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/21/2015*
Lori Vosejpka, Clerk, by LH

investment accounts, and to enter into a process of withdrawing its current investments in those accounts, where applicable, and to reinvest the proceeds thereof into obligations issued by the U.S. Government or fully guaranteed as to principal and interest by the U.S. Government within 30 days of the date of this order, as may be specified and approved by the United States Trustee.

4. The Archdiocese is authorized to use, in its present form, checks and other documents related to its prepetition bank accounts; provided, however, that the Archdiocese shall order business forms and related materials as needed in accordance with the requirements of the Office of the United States Trustee. The Archdiocese is authorized to treat each of its prepetition bank accounts for all purposes as accounts of the Archdiocese as "debtor in possession". The Archdiocese may use a stamp on the checks to indicate debtor in possession status.

5. All banks at which any of the Archdiocese's prepetition bank accounts are maintained are authorized and directed to continue to service and administer such prepetition bank accounts as an accounts of the Archdiocese as debtor in possession without interruption and in the usual and ordinary course.

6. All banks at which any of the Archdiocese's prepetition bank accounts are maintained are authorized and directed to receive, process, honor, and pay any and all checks and drafts drawn on such account or accounts after the petition date by the holders or makers thereof; provided, however, that such banks may not honor and pay any check drawn or used by the Archdiocese before the petition date for which the Archdiocese has placed a stop payment in writing.

7. All banks at which any of the Archdiocese's prepetition bank accounts are is maintained are further authorized to debit the Archdiocese's accounts in the ordinary course of business without need for further order of this court for: (i) all checks, items, and other payment

orders drawn on the Archdiocese's accounts which are cashed that the respective banks' counters or exchanged for cashier's checks by the payees thereof prior to the banks' receipt of notice of the filing of the petition; (ii) all checks, automated clearing house entries, and other items deposited or credited to one of the prepetition bank accounts prior to the filing of the petition which have been dishonored, reversed, or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent the Archdiocese was responsible for such items prior to filing of the petition; and (iii) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to such banks as service charges for the maintenance of the prepetition bank accounts.

8. All banks at which any of the Archdiocese's prepetition bank accounts are maintained may rely on the representations of the Archdiocese with respect to whether any check, item, or other payment order drawn or issued by the Archdiocese prior to filing of the petition should be honored pursuant to this or any other order of this court, and such banks shall not have any liability to any party for relying on such representations by the Archdiocese as provided for herein.

9. Notwithstanding Fed. R. Bankr. P. 6004(h), or any other applicable rule, this order is effective immediately.

Dated: January 21, 2015

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge