UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                              **ORDER DIRECTING
                                                      MEDIATION**

Archdiocese of Saint Paul
and Minneapolis,

                    Debtor.                          BKY 15-30125

At Minneapolis, Minnesota, January 21, 2015.

    To facilitate resolution of this case,

    IT IS ORDERED:

    1.   The debtor, the creditors' committee, and the

defendants in ADV 15-3013 shall submit to mediation and shall

appear and participate as directed by the mediator.

    2.   Judge Arthur J. Boylan will serve as the mediator.


                              /e/ Robert J. Kressel

                              ROBERT J. KRESSEL
                              UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/21/2015*
Lori Vosejpka, Clerk, by LH