UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                                          Bankruptcy Case No. 15-30125

The Archdiocese of Saint Paul and Minneapolis,                      Chapter 11 Case

Debtor.

---

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PAPERS**

---

**PLEASE TAKE NOTICE** that Michael G. Finnegan of the law firm of Jeff Anderson & Associates, P.A. hereby appears in the above-captioned bankruptcy as counsel for Certain Personal Injury Creditors, and requests that he be added to the mailing list maintained by the Clerk in this case, and that all notices given or required to be given in this case be given to, and served upon him, at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notice of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, answering or reply papers, memoranda and briefs in support of any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by e-mail, mail, hand delivery, facsimile or telephone, all of which shall be sent to:

Michael G. Finnegan
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Telephone:  (651) 227-9990
Facsimile:  (651) 297-6543
Email:  mike@andersonadvocates.com

Dated:  January 22, 2015

JEFF ANDERSON & ASSOCIATES, P.A.

/s/ Michael G. Finnegan
Jeffrey R. Anderson, #2057
Michael G. Finnegan, #033649X
366 Jackson Street, Suite 100
St. Paul, MN 55101
Telephone: 651-227-9990
Facsimile:  651-297-6543
Email: jeff@andersonadvocates.com
      mike@andersonadvocates.com

Attorneys for Certain Personal Injury Creditors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 15-30125 |
| The Archdiocese of Saint Paul and Minneapolis, | Chapter 11 Case |
| Debtor. | |

**CERTIFICATE OF SERVICE**

  Therese A. Gahler, under penalty of perjury, states that on January 22, 2015, she caused to be filed electronically with the Clerk of Court and served through ECF (which constitutes service or notice pursuant of Local Rule 9006-1-(a)), by email or by U.S. Mail the following document:

  Notice of Appearance and Request for Notice and Service of Papers

on the parties on the attached service list.

Dated:  January 22, 2015.        /s/ Therese A. Gahler
                  Therese A. Gahler

**SERVICE LIST**

In re: The Archdiocese of Saint Paul and Minneapolis, Court File No. 15-30125

ECF Electronic Mail Service Recipients:

Richard D. Anderson
Charles B. Rogers
Benjamin E. Gurstelle
Briggs & Morgan
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
randerson@briggs.com
crogers@briggs.com
bgurstelle@briggs.com

James A. Lodoen
Jeffrey D. Smith
Charlie E. Nelson
Lindquist & Vennum
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
jlodoen@lindquist.com
jsmith@lindquist.com
cnelson@lindquist.com

United States Trustee
U.S. Trustee's Office
1015 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Ustpregion12.mn.ecf@usdoj.gov

Sarah J. Wencil
U.S. Trustee's Office
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Sarah.j.wencil@usdoj.gov

Mary Jo Jensen-Carter
Buckley & Jensen
1257 Gun Club Road
White Bear Lake, MN 55110
maryjo@buckleyjensen.com

Cameron A. Lallier
Foley & Mansfield
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401
clallier@foleymansfield.com

Charles Jones
Meagher & Geer
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
cjones@meagher.com

S. Steven Prince
Grell Feist Prince
825 Nicollet Mall, Suite 1648
Minneapolis, MN 55402
sprince@grellfeist.com

Bradley J. Martinson
2230 Albert Street
Roseville, MN 55113
bmartinson@nabankco.com

Phillip Kunkel
Gray Plant Mooty
1010 West St. Germain, Suite 500
St. Cloud, MN 56301
Phillip.kunkel@gpmlaw.com

Ralph Mitchell
Lapp, Libra, Thomson, Stoebner & Pusch
120 South Sixth Street, Suite 2500
Minneapolis, MN 55402
rmitchell@lapplibra.com

Richard Feldman
Rivkin Radler
926 RXR Plaza
Uniondale, NY 11556
Richard.feldman@rivkin.com

Jeffrey D. Klobucar
Bassford Remele
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
jklobucar@bassford.com

Gerald H. Bren
Fisher Bren & Sheridan
920 Second Avenue South, Suite 975
Minneapolis, MN 55402
gbren@fisherbren.com

Michael Iannacone
Iannacone Law Office, PLLC
8687 Eagle Point Boulevard
Lake Elmo, MN 55042
mji@iannacone.com

Timothy Moratzka
DeWitt Mackall Crounse & Moore
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
tdm@dewittmcm.com

Larry Ricke
Sweeney & Masterson, P.A.
325 Cedar Street, Suite 600
St. Paul, MN 55101
ricke@smlawpa.net


The following list of non-ECF users were served by first class mail, postage prepaid at the addresses listed below:

Catalina J. Sugayan
Sedgwick LLP
One North Wacker Drive, Suite 4200
Chicago, IL 60606

Thomas Brever
Foster & Brever
2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418