**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BK 15-30125 |
| **The Archdiocese of Saint Paul and Minneapolis** | **Chapter 11** |
| **Debtor** | |

___

**U.S. TRUSTEE'S AMENDED REPORT AND RECOMMENDATION**
**TO APPROVE EMPLOYMENT OF FINANCIAL CONSULTANT**
___

1.  The U.S. Trustee (UST) for Region 12 recommends that the approval of the debtor's application to employ BGA Management, LLC d/b/a Alliance Management, Inc. as business and financial consultant (Doc. 5) be approved.

2.  The recommendation is based on an agreement that the second part of paragraph 2.1 of the Professional Services Agreement, which permits the applicant to replenish the retainer, will not be applied post-petition. The U.S. Trustee anticipates that the motion to approve the fees will clarify this agreement.

Dated: January 23, 2015
　　　　　　　　　　　　　　　　　　　　DANIEL MCDERMOTT
　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE
　　　　　　　　　　　　　　　　　　　　Region 12

　　　　　　　　　　　　　　　　　　　　/s/ Sarah J. Wencil
　　　　　　　　　　　　　　　　　　　　Sarah J. Wencil
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　IA Atty # 14014
　　　　　　　　　　　　　　　　　　　　U.S. Courthouse, 300 South Fourth St.
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　　　(612) 334-1350

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                      BK 15-30125

**The Archdiocese of Saint Paul and**
**Minneapolis**                                    **Chapter 11**

**Debtor**

---

### CERTIFICATE OF SERVICE

---

The undersigned states under penalty of perjury she electronically filed the U.S. Trustee's Report and Recommendation Against Employment in this case, thereby causing electronic service by CM/ECF at the following email addresses:

- Jeffrey R Anderson    jeff@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com
- Richard D Anderson    randerson@briggs.com, mjacobson@briggs.com
- Gerald H Bren    gbren@fisherbren.com, tkreie@fisherbren.com;kcarpenter@fisherbren.com
- Andrew T Brever    abrever@fosterbrever.com, atbrever@yahoo.com
- Sam Calvert    calcloud@gmail.com, calcloud1@gmail.com;calvert.sam@gmail.com
- Richard S. Feldman    richard.feldman@rivkin.com, martha.raskin@rivkin.com
- Michael G Finnegan    mike@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com
- Susan E Gelinske    sgelinske@briggs.com, cdanek@briggs.com
- Benjamin Gurstelle    bgurstelle@briggs.com, soneill@briggs.com
- Michael J Iannacone    mji@iannacone.com, knt@iannacone.com;mfs@iannacone.com
- Mary Jo A. Jensen-Carter    maryjo@buckleyjensen.com, cassiewarner@buckleyjensen.com;jensencarter@7trustee.net;MN01@ecfcbis.com
- Charles E Jones    cjones@meagher.com, aditty@meagher.com
- Mark J Kalla    mkalla@lapplibra.com, ascheel@lapplibra.com
- Jeffrey D Klobucar    jklobucar@bassford.com, mrausch@bassford.com
- Phillip Kunkel    phillip.kunkel@gpmlaw.com
- Cameron A. Lallier    clallier@foleymansfield.com, rlorey@foleymansfield.com
- Elin M Lindstrom    elin@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com
- James A. Lodoen    jlodoen@lindquist.com, ghildahl@lindquist.com;tmcgruder@lindquist.com
- Lauren E Lonergan    llonergan@briggs.com, lboucher@briggs.com;jduxbury-cameron@briggs.com
- Bradley J. Martinson    bmartinson@nabankco.com
- Ralph Mitchell    rmitchell@lapplibra.com, jpipp@lapplibra.com
- Timothy D. Moratzka    tdm@dewittmcm.com, ldj@dewittmcm.com;jef@dewittmcm.com
- Charles E. Nelson    cnelson@lindquist.com, ddaun@lindquist.com
- S Steven Prince    sprince@grellfeist.com
- Larry B. Ricke    ricke@smlawpa.net, magney@smlawpa.net

- Charles B Rogers    crogers@briggs.com, kdalhed@briggs.com
- Jeffrey D Smith    jsmith@lindquist.com, ghildahl@lindquist.com
- Catalina J Sugayan    catalina.sugayan@sedgwicklaw.com, michelle.leszkiewicz@sedgwicklaw.com;peter.horst@sedgwicklaw.com
- Patrick C Summers    pcs@dewittmcm.com, kkl@dewittmcm.com;jef@dewittmcm.com
- Aaron G. Thomas    athomas@briggs.com, bmcnabb@briggs.com
- Dale O. Thornsjo    dothornsjo@olwklaw.com, bjhartmann@olwklaw.com
- US Trustee    ustpregion12.mn.ecf@usdoj.gov
- Jeanne H. Unger    junger@bassford.com

Executed and served on January 23, 2015

/s/ Sarah J. Wencil
Sarah J. Wencil
Office of the US Trustee