| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **District of Minnesota** | |
| **Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines** | |
| A Chapter 11 bankruptcy case concerning the debtor listed below was filed on **1/16/15.** <br><br> You may be a creditor of the debtor. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. <br> NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. | |
| **Creditors: <u>Do not</u> file this notice in connection with any proof of claim you submit to the court.** <br> **See Reverse Side for Important Explanations.** | |
| Debtor (names used by the debtor in the last 8 years, including trade names, and address): <br> The Archdiocese of Saint Paul and Minneapolis <br> d/b/a Chancery Corporation <br> 226 Summit Avenue <br> Saint Paul, MN 55102 | |

| | |
|---|---|
| Case Number: <br> 15-30125-RJK | Social Security/Individual Taxpayer ID/Employer Tax ID/Other nos: <br> 41-0693908 |
| Attorney for Debtor (name and address): <br> Richard D. Anderson <br> Briggs and Morgan <br> 2200 IDS Center <br> 80 South Eighth Street <br> Minneapolis, MN 55402 <br> Telephone number: 612-977-8614 | Attorney for U.S. Trustee: <br> Sarah J. Wencil <br> U.S. Trustee's Office <br> 300 South 4th St Ste 1015 <br> Minneapolis, MN 55415 <br> Telephone number: 612-334-1350 |

| |
|---|
| **Meeting of Creditors:** <br> Date: **February 24, 2015**                    Time: **1:30 pm** <br> Location:   **U.S. Courthouse**, **Room 1017 (10th Floor), 300 South 4th Street, Minneapolis MN 55415** |
| **Deadline to File a Proof of Claim:** |
| **No deadline for proofs of claim has been set.  Local Rule 3002-1(c) is suspended.  Proof of Claim forms will be distributed to creditors with notice of the deadline for timely filing, once such deadline is set.** |
| **Creditors May Not Take Certain Actions:** |
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. <br><br> If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available for a fee through PACER (http://pacer.psc.uscourts.gov) or at any office of the Clerk of Bankruptcy Court for the District of Minnesota. |

| | |
|---|---|
| **Bankruptcy Clerk's Office:** <br> 200 Warren E. Burger Federal Building and U.S. Courthouse <br> 316 North Robert Street <br> Saint Paul, MN 55101 <br> Telephone number: 651-848-1000 <br> Web address: www.mnb.uscourts.gov | **For the Court:** <br> Clerk of Bankruptcy Court:  Lori Vosejpka |
| | Hours Open: Monday - Friday 8:00 am to 5:00 pm |
| | Date: January 27, 2015 |

# EXPLANATIONS

**B9F (Official Form 9F) (06/14)**

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form ("Official Form B10") can be obtained at the same website or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices