# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101

Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> _____Margaret Kariya_____
> (Name)
> _____328 W. Kellogg Blvc_____
> (Street Address)
> _____St. Paul, MN 55102_____
> City, State, Zip

Thank you very much for your attention to this matter.

Sincerely,


____Margaret Kariya____    /s/ Margaret Kariya

RECEIVED 15 FEB -2 PM 12: 24
U.S. BANKRUPTCY COURT
ST PAUL, MN

# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101

Re: Case Number 15-30125-RJK
   The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
   Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Deborah A Mayer
>
> 328 Kellogg Blvd W
>
> St Paul, MN  55102

Thank you very much for your attention to this matter. ~~If you have any questions or need further information from me, please call me at 651-_____.~~

Sincerely,

*Deborah A Mayer* (signature)

Deborah A Mayer
(Type full name here)

RECEIVED 15 FEB -2 PM 12:24 US BANKRUPTCY COURT ST PAUL, MN

# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101

Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Timothy D. Cloutier
> (Name)
> 328 West Kellogg Blvd.
> (Street Address)
> Saint Paul, MN 55102-1997
> City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291-4468.

Sincerely,

*[signature]*

Timothy David Cloutier
(Type full name here)

*RECEIVED 15 FEB -2 PM 12: 24 U.S. BANKRUPTCY COURT ST PAUL MN*

# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101


Re: Case Number 15-30125-RJK
    The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
    Chapter 11 Bankruptcy Case


Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

Michelle Adam
(Name)

328 W. Kellogg Blvd.
(Street Address)

St. Paul, MN 55102
City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291-4500.

Sincerely,


Michelle Adam
(Type full name here)

RECEIVED 15 FEB -2 PM 12:24 U.S. BANKRUPTCY COURT ST. PAUL, MN

## REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101

Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

Anna Cotter
(Name)
328 Kellogg Blvd. W
(Street Address)
St. Paul, MN 55102
City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291 - 4541 .

Sincerely,

Anna Cotter
(Type full name here)

RECEIVED 15 FEB -2 PM 12: 24 U.S. BANKRUPTCY COURT ST. PAUL, MN

# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101

Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Linda Botkin
> (Name)
> 328 West Kellogg Blvd.
> (Street Address)
> St. Paul, MN  55102-1997
> City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651-291-4463          .

Sincerely,

Linda Botkin
(Type full name here)



# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101

Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Rudy Niemiec
> Archdiocese of Saint Paul and Minneapolis
> 328 Kellogg Blvd W
> Saint Paul, MN  55102-1997

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 251-7755.

Sincerely,

*(signed)*

Rudolph (Rudy) A. Niemiec

*RECEIVED 15 FEB -2 PM 12:23 U.S. BANKRUPTCY COURT ST. PAUL, MN*

# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101


Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case


Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Colleen Thuente
>
> 328 Kellogg Blvd W
>
> Saint Paul, MN  55102

Thank you very much for your attention to this matter.

Sincerely,


Colleen Thuente



# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101

Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Mary Jo Jungwirth
> (Name)
> 328 Kellogg Blvd West
> (Street Address)
> St. Paul, MN  55102
> City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291-4439.

Sincerely,

*Mary Jo Jungwirth*
Mary Jo Jungwirth
(Type full name here)

## REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101


Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case


Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Jennifer Heiling
> 328 W. Kellogg Blvd
> St. Paul, MN 55102


Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 251-7739.

Sincerely,

*[signature: Jennifer Heiling]*

Jennifer Heiling

*RECEIVED 15 FEB -2 PM 12:23 U.S. BANKRUPTCY COURT ST. PAUL, MN*

# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101


Re: Case Number 15-30125-RJK
    The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
    Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

__Andrew Norton__
(Name)
__328 Kellogg Blvd. West__
(Street Address)
__Saint Paul, MN 55102__
City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- __291-4476__ .

Sincerely,


__Andrew Norton__
(Type full name here)

RECEIVED 15 FEB -2 PM 12: 22
U.S. BANKRUPTCY COURT
ST PAUL, MN

## REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101

Re: Case Number 15-30125-RJK
    The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
    Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> LeAnne M. Erickson
> (Name)
> 328 West Kellogg Boulevard
> (Street Address)
> St. Paul, Minnesota  55102-1997
> City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651-290-1648.

Sincerely,

*L. Erickson*
LeAnne M. Erickson
_____
(Type full name here)

RECEIVED 15 FEB -2 PM 12:22 U.S. BANKRUPTCY COURT ST. PAUL, MN

# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101


Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case


Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

>   Michael Fulcher
> (Name)
>   328 Kellogg Boulevard W
> (Street Address)
>   St. Paul, MN 551
> City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291-4501.

Sincerely,


  Michael Fulcher
(Type full name here)



# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101

Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Deacon Robert Anderson
> 328 Kellogg Boulevard West
> Saint Paul, MN  55102-1997

Thank you very much for your attention to this matter

Sincerely,

*Deacon Robert E. C____*

Deacon Robert Anderson

*RECEIVED 15 FEB -2 PM 12:29 U.S. BANKRUPTCY COURT ST. PAUL, MN*

Document      Page 15 of 20

## REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101


Re: Case Number 15-30125-RJK
    The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
    Chapter 11 Bankruptcy Case


Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Joseph G. Gallatin
>
> 328 West Kellogg Blvd.
>
> Saint Paul, MN 55102


Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 290-1617.

Sincerely yours,

*Joseph G. Gallatin*
Joseph G. Gallatin

RECEIVED 15 FEB -2 PM 12:37 U.S. BANKRUPTCY COURT ST PAUL, MN

## REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101

Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Kathleen Oberg
> 328 Kellogg Blvd W
> Saint Paul MN 55102-1997

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 251-7759.

Sincerely,

*Kathleen Oberg*
Kathleen M Oberg

*RECEIVED 15 FEB -2 PM 12: 24 US BANKRUPTCY COURT ST PAUL MN*

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101


Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case


Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Eileen Bock
> 226 Summit Ave
> Saint Paul, MN, 55102

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291-4412.

Sincerely,

*Eileen Bock*

Eileen Bock

# **REQUEST FOR CHANGE OF MAILING ADDRESS**

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101


Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case


Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

>     **Lorna J. Anderson**_____
>     (Name)
>
>     **226 Summit Avenue**_____
>     (Street Address)
>
>     **Saint Paul MN  55102**_____
>     City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291-4521.

Sincerely,

*[signature: Lorna Jean Anderson]*

**Lorna Jean Anderson**
(Type full name here)

*RECEIVED 15 FEB -2 PM 12:22 U.S. BANKRUPTCY COURT ST. PAUL, MN*

# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101

Re: Case Number 15-30125-RJK
    The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
    Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Richard H Martens Jr
>
> 226 Summit Ave
>
> St Paul, MN, 55102

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 251-7717.

Sincerely,

*[signature]*
Richard H Martens Jr

*[RECEIVED 15 FEB -2 PM 12:23 US BANKRUPTCY COURT ST PAUL MN stamp]*

## REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101


Re: Case Number 15-30125-RJK
    The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
    Chapter 11 Bankruptcy Case


Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

_Patrick Miller_
(Name)
_226 Summit Ave_
(Street Address)
_St. Paul, Mn. 55102-2197_
City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- _4413_     .

Sincerely,


_Patrick M. Miller_
(Type full name here)

RECEIVED 15 FEB -2 PM 12:25 US BANKRUPTCY COURT ST PAUL MN