# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101

Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

>Allison Spies
>226 Summit Avenue
>Saint Paul, MN 55102

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291-4542.

Sincerely,


Allison C.P. Spies

## REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

**Clerk of United States Bankruptcy Court**
**District of Minnesota**
**200 Warren E. Burger Federal Building and US Courthouse**
**316 North Robert Street**
**Saint Paul, MN   55101**

Re:  Case Number 15-30125-RJK
      The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
      Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

__Gary Wilmer_____
(Name)
__328 Kellogg Blvd. W._____
(Street Address)
__St. Paul, MN 55102_____
City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651-291-4502 _____.

Sincerely,


_____Gary Wilmer_____
(Type full name here)

# **REQUEST FOR CHANGE OF MAILING ADDRESS**



January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101


Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case


Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

>Heather Lawton
>226 Summit Avenue
>Saint Paul, MN 55102

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291-7721.

Sincerely,


Heather Lynn Block Lawton

## **REQUEST FOR CHANGE OF MAILING ADDRESS**

January 30, 2015

**Clerk of United States Bankruptcy Court**
**District of Minnesota**
**200 Warren E. Burger Federal Building and US Courthouse**
**316 North Robert Street**
**Saint Paul, MN   55101**



Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

___Holly A. Raab_____
(Name)
__328 Kellogg Blvd. W._____
(Street Address)
_St. Paul, MN 55102_____
City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291-4494__.

Sincerely,


__Holly A. Raab_____
(Type full name here)

## REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101

Re: Case Number 15-30125-RJK
   The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
   Chapter 11 Bankruptcy Case

RECEIVED 15 FEB -3 PM 1:06 U.S. BANKRUPTCY COURT ST. PAUL, MN

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

__Kristin Vanyo_____
(Name)
__328 Kellogg Blvd. W._____
(Street Address)
__St. Paul, MN 55102_____
City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651-290-1624 _____.

Sincerely,


_____Kristin Vanyo_____
(Type full name here)

## REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101

Re: Case Number 15-30125-RJK
    The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
    Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> ___Malinda Hartman_____
> (Name)
> __226 Summit Ave _____
> (Street Address)
> _St Paul, MN 55102_____
> City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651-291-4400.

Sincerely,

*[signature: Malinda M Hartman]*

_Malinda M Hartman__
(Type full name here)

## REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

**Clerk of United States Bankruptcy Court**
**District of Minnesota**
**200 Warren E. Burger Federal Building and US Courthouse**
**316 North Robert Street**
**Saint Paul, MN  55101**

Re: Case Number 15-30125-RJK
    The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
    Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> ____Mary B. Kane_____
> (Name)
> _328 Kellogg Blvd. W._____
> (Street Address)
> _St. Paul, MN 55102_____
> City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651-291-4518_____.

Sincerely,


__Mary B. Kane_____
(Type full name here)

# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101



Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Sehri Strom
> 226 Summit Avenue
> Saint Paul, MN 55102

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291-4400.

Sincerely,


Sehri Elizabeth Strom

# **REQUEST FOR CHANGE OF MAILING ADDRESS**

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN  55101

RECEIVED 15 FEB -3 PM 1:06 U.S. BANKRUPTCY COURT ST. PAUL, MN

Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

Shannon Conroy
(Name)
328 Kellogg Blvd W
(Street Address)
Saint Paul, MN 55102
City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 290-1630 .

Sincerely,

Shannon M Conroy
(Type full name here)

# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101



Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> **Susanna Bolle** _____
> (Name)
> **244 Dayton Ave** _____
> (Street Address)
> **St. Paul, MN. 55102**_____
> City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291-4411.

Sincerely,


Susanna Marie Bolle
(Type full name here)

# REQUEST FOR CHANGE OF MAILING ADDRESS

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101



Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

        Theresa A. Kleinfehn
        226 Summit Avenue
        Saint Paul, MN 55102

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 291-4486.

Sincerely,


Theresa Anne Kleinfehn

# **REQUEST FOR CHANGE OF MAILING ADDRESS**

January 30, 2015

Clerk of United States Bankruptcy Court
District of Minnesota
200 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
Saint Paul, MN   55101

Re:  Case Number 15-30125-RJK
     The Archdiocese of Saint Paul and Minneapolis dba Chancery Corporation
     Chapter 11 Bankruptcy Case

Dear Clerk of the Bankruptcy Court,

Please be advised that I am listed by name and address in public documents as an individual creditor in the above-referenced matter. I am a current employee of the Archdiocese of Saint Paul and Minneapolis. I respectfully request that effective immediately your office change my mailing address for notices, court filings, and any other court mailings or publications to:

> Timothy R Levi
> (Name)
> 328 West Kellogg Blvd
> (Street Address)
> St Paul, MN  55102
> City, State, Zip

Thank you very much for your attention to this matter. If you have any questions or need further information from me, please call me at 651- 251-7735.

Sincerely,

*[signature]*
Timothy R Levi