**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:    BK 15-30125

**The Archdiocese of Saint Paul and**
**Minneapolis**    Chapter 11

    **Debtor**

---

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS IN CHAPTER 11 CASE**

---

The U.S. Trustee for Region 12 appoints the following persons to the Official Committee of Unsecured Creditors in this case:

1. Creditor:   Joseph Egan
   c/o Patrick Noaker
   Noaker Law Firm LLC
   333 Washington Ave N Suite 329
   Minneapolis, MN 55401
   (612) 839-1080

2. Creditor:   James Keenan
   c/o Jeff Anderson
   Jeff Anderson & Associates P.A.
   366 Jackson Street, Suite 100
   St. Paul, MN 55101
   (651)227-9990

3. Creditor:   Marie Mielke
   c/o Jeff Anderson
   Jeff Anderson & Associates P.A.
   366 Jackson Street, Suite 100
   St. Paul, MN 55101
   (651)227-9990

4. Creditor:   James Heutmaker
   c/o Jeff Anderson
   Jeff Anderson & Associates P.A.
   366 Jackson Street, Suite 100

        St. Paul, MN 55101
        (651)227-9990

5.   Creditor:  Curt Raymond
        c/o Jeff Anderson
        Jeff Anderson & Associates P.A.
        366 Jackson Street, Suite 100
        St. Paul, MN 55101
        (651)227-9990

The U.S. Trustee has designated Mr. Keenan as the acting chairperson of the committee until such time as the members can meet and officially elect their own person.

Dated: February 19, 2015         Respectfully submitted,

        DANIEL MCDERMOTT
        United States Trustee
        Region 12

By:   /s/ Sarah J. Wencil
        Sarah J. Wencil
        IA Attorney I.D. No. 14014
        Trial Attorney
        U.S. Trustee's Office
        300 South Fourth St., #1015
        Minneapolis, MN  55415
        (612) 334-1350