## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

------------------------------------------------------------------

In Re:

The Archdiocese of Saint
Paul and Minneapolis,

      Debtor.

Bankruptcy 15-30125
Chapter 11 Case

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE**

------------------------------------------------------------------

      **PLEASE TAKE NOTICE** that the undersigned appears in the above captioned case on behalf of The Church of St. Joseph (Rosemount, Minnesota), creditors and parties-in-interest in the above captioned case.  Pursuant to Rules 2002, 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), the undersigned requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given and served upon its attorney of record as follows:

**Michael J. Iannacone**
**IANNACONE LAW OFFICE, P.L.L.C.**
8687 Eagle Point Boulevard
Lake Elmo, Minnesota 55042
651-224-3361
651-297-6187 (fax)
mji@iannacone.com

      This request encompasses all notices, copies and pleadings referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and any other Federal Rule of Bankruptcy Procedure or statute, including, but not limited to, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect this case.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) The Church of St. Joseph (Rosemount, Minnesota)'s right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) The Church of St. Joseph (Rosemount, Minnesota)'s right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) The Church of St. Joseph (Rosemount, Minnesota)'s right to have the reference withdrawn by the District Court in any matters subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which the The Church of St. Joseph (Rosemount, Minnesota) is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a trial by jury.

Dated:  February 24, 2015

IANNACONE LAW OFFICE, P.L.L.C.

__/e/ Michael J. Iannacone_____
Michael J. Iannacone, #48719
Mary F. Sieling, #0389893
Attorneys for The Church of St. Joseph
(Rosemount, Minnesota)
8687 Eagle Point Blvd.
Lake Elmo, MN  55042
(651) 224-3361
(651) 297-6187 Fax