# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 15-30125 |
| The Archdiocese of Saint Paul and Minneapolis, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002(g) and (i) and 9010(b) and Local Rule 2002-1, Phillip J. Ashfield of the law firm of Stinson Leonard Street LLP hereby appears in the above-captioned bankruptcy as proposed counsel for The Official Committee of Unsecured Creditors, and requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the contact information below.

>Phillip J. Ashfield, Esq.
>**STINSON LEONARD STREET LLP**
>150 South Fifth Street, Suite 2300
>Minneapolis, MN 55402
>Telephone: (612) 335-1500
>Facsimile: (612) 335-1657
>E-mail: phillip.ashfield@stinsonleonard.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) any right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, in law or

104956372v1

in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

Dated:  February 24, 2015                    /e/ *Phillip J. Ashfield*
                                                  Phillip J. Ashfield (#0388990)
**STINSON LEONARD STREET LLP**
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657
Email:  phillip.ashfield@stinsonleonard.com

**PROPOSED COUNSEL FOR THE**
**OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS**

104956372v1