## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                    Case No. 15-30125

The Archdiocese of Saint Paul and Minneapolis,                      Chapter 11

Debtor.                                        Judge Robert J. Kressel

## APPLICATION TO EMPLOY STINSON LEONARD STREET LLP
## AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## EFFECTIVE AS OF FEBRUARY 23, 2015

TO:    UNITED STATES BANKRUPTCY JUDGE AND THE UNITED STATES TRUSTEE

The Official Committee of Unsecured Creditors (the "Committee") of The Archdiocese of Saint Paul and Minneapolis (the "Debtor") hereby makes an application ("Application") to this Court for entry of an order, under 11 U.S.C. §§ 328 and 1103, authorizing the Committee to retain and employ the law firm of Stinson Leonard Street LLP ("SLS"), as its bankruptcy counsel in all matters pertaining to the above-referenced Chapter 11 bankruptcy case.   In support of this Application, the Committee relies on the attached Unsworn Declaration of Robert T. Kugler, Esq. (the "Kugler Declaration").  In addition, the Committee respectfully represents:

1.    Jurisdiction.  The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334, Bankruptcy Rule 5005, and Local Rule 1070-1.  This is a core proceeding pursuant to 28 U.S.C. § 157(b), and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    Debtor.  The Chapter 11 Debtor in this case is The Archdiocese of Saint Paul and Minneapolis.  The petition commencing this case was filed on January 16, 2015.  This case is now pending in this Court.

3.    <u>Committee</u>. On February 19, 2015, the Office of the United States Trustee appointed the Committee. The United States Trustee designated James Keenen as acting chairperson of the Committee. As of the date of this Application Mr. Keenan remains the acting chairperson.

4.    <u>Selection of Counsel</u>. On February 23, 2015, the Committee unanimously selected SLS to serve as its bankruptcy counsel, subject to this Court's approval. The Committee believes that SLS possesses extensive knowledge and skill in the areas of law relevant to this case, and that SLS is well-qualified to represent the Committee's interests. The Committee seeks an order authorizing the employment of SLS on its behalf.

5.    <u>Qualifications of Counsel</u>. SLS has represented numerous unsecured creditors' committees and other parties in many significant Chapter 11 cases on a number of issues, including, but not limited to: (a) analysis of property of the estate and maximizing recovery for the benefit of creditors; (b) the treatment of executory contracts and leases, including negotiations and litigation involving the rejection of contracts and leases; (c) the valuation and treatment of claims, including litigation involving objections to claims; (d) review and analysis of disclosure statements and plans of reorganization and liquidation and the treatment of unsecured creditors, including objections to those disclosure statements and plans; (e) avoidance litigation; (f) asset disposition, including review, analysis, and objections to, motions for the approval of sale of assets; (g) review and analysis of the debtor's monthly operating reports and objections to same; and (h) negotiations and mediation relating to abuse claim issues. SLS also has a broad-based practice, including a high level of sophistication in the areas of corporate and commercial law and litigation, as well as other areas that may become relevant to the administration of this Chapter 11 case.

6.    <u>Services of Counsel</u>. By this Application, the Committee seeks to employ SLS as its counsel in the Debtor's Chapter 11 bankruptcy case. Accordingly, the Committee

respectfully requests entry of an Order pursuant to sections 1103(a) and 328 of the Bankruptcy Code and Local Rules 2014-1 and 9013-1 authorizing the Committee to retain and employ SLS as its attorneys to perform for the Committee all necessary legal services, including but not limited to:

(a)    consulting with the Debtor and the Office of the United States Trustee regarding administration of the case;

(b)    advising the Committee with respect to its rights, powers, and duties as they relate to the case;

(c)    investigating the acts, conduct, assets, liabilities, and financial condition of the Debtor;

(d)    assisting the Committee in analyzing the Debtor's pre-petition and post-petition relationships with its creditors, equity interest holders, employees, and other parties in interest;

(e)    assisting and negotiating on the Committee's behalf in matters relating to the claims of the Debtor's other creditors;

(f)    assisting the Committee in preparing pleadings and applications as may be necessary to further the Committee's interests and objectives;

(g)    researching, analyzing, investigating, filing and prosecuting litigation on behalf of the Committee in connection with issues including but not limited to avoidance actions or fraudulent conveyances;

(h)    representing the Committee at hearings and other proceedings;

(i)    reviewing and analyzing applications, orders, statements of operations, and schedules filed with the Court and advising the Committee regarding all such materials;

(j)    aiding and enhancing the Committee's participation in formulating a plan;

(k)    assisting the Committee in advising unsecured creditors of the Committee's decisions, including the collection and filing of acceptances and rejections to any proposed plan;

(l)    negotiating and mediating issues relating to the value and payment of claims held by the Committee's constituency; and

(m)     performing such other legal services as may be required and are deemed to be in the interests of the Committee.

7.     Fees.   SLS will be compensated at or below its standard hourly rates for engagements of this nature.   Such fees are based upon, among other things, the level and sophistication of each professional's experience, the size and complexity of the matter involved, and each professional's track-record for efficiency and effectiveness.   SLS's hourly rates for this matter are:  $195.00-$285.00/hour  for paralegals;  $325.00-$380.00/hour  for associates,  and $420.00-$640.00/hour  for partners.

(a)     *Reasonableness of Fees*.  The fees charged by SLS are competitive with the fees charged by firms of similar size, level of expertise and experience. The fees and costs charged by SLS are at or below the fees and costs charged to other, similar clients of SLS on matters of similar size and complexity.   SLS's fees also comply with the United States Trustee's Guidelines and orders of this Court.

(b)     *Changes to the Fee Structure*.  SLS's hourly rates are subject to periodic adjustments in the ordinary course of practice.  Such adjustments are generally made on an annual basis, and based upon changes in the legal market  and the increased sophistication  and effectiveness of a given professional.

8.     Costs.   It is SLS's standard policy, in all areas of practice, to charge clients for certain expenses incurred in connection with the client's case. The Committee requests that all fees and related expenses incurred by the Debtor on account of services rendered by SLS in these cases be paid as administrative expenses of the estates pursuant to Sections 328, 330(a), 331, 503(b) and 507(a)(1) of the Bankruptcy Code.   The expenses to be charged to the Debtor include, among other things, certain telephone and tele-copier charges, certain mail and express mail charges, special or hand delivery charges, certain photocopy charges, travel expenses, and

computerized research expenses. SLS will charge the Debtor for these expenses in a manner and at a rate consistent with charges made generally to SLS's other clients, and consistent with the United States Trustee's Guidelines and Local Bankruptcy Rules.

9.      Compensation Subject to Court's Approval. As set forth in the Kugler Declaration, SLS acknowledges that all compensation is subject to court approval after a hearing and upon notice to the United States Trustee and other interested parties. SLS may, from time to time apply to the Court for interim compensation in conformity with Section 331 of the Bankruptcy Code. At the conclusion of these cases, SLS will file an appropriate application seeking allowance of all fees and costs to date, regardless of whether interim compensation has been paid. The Committee and SLS understand and agree that the proposed compensation arrangement shall be subject to Section 328(a) of the Bankruptcy Code, which authorizes this Court to modify SLS's compensation if the fee arrangement appears in retrospect to have been improvident in light of developments unanticipated as of the time of this Application.

10.     Timing of Fee Applications. The Committee requests that the fee applications for SLS be approved by the Court on 90-day intervals as provided in Instruction 9(b) of this Court's published Instructions for Filing a Chapter 11 Case.

11.     Final Compensation. At the conclusion of this Chapter 11 case, SLS will file an appropriate application seeking final allowance of its fees and costs, regardless of whether interim compensation has been paid to SLS. Upon allowance of such fees and costs, the Debtor's estates will pay to SLS the difference between the amounts allowed to SLS and any interim compensation already distributed to SLS.

12.     Right to Withdraw.  In the event that SLS does not receive timely payment of its fees and expenses as provided in this Application, SLS reserves the right to withdraw from its representation of the Committee.

13.     Possible Disgorgement.  SLS understands and agrees that, if aggregate interim payments made to SLS exceed the amount that is ultimately allowed to SLS, SLS will be required to, and will, promptly repay the entire difference to the Debtor's estate.

14.     SLS Is Not a Creditor.  SLS does not hold or assert a pre-petition claim against the Debtor, and SLS is not otherwise a creditor of the Debtor.

15.     Disinterestedness.   To the best of the Committee's and SLS's knowledge, information, and belief, and as set forth in the Kugler Declaration, SLS does not represent any interest adverse to the Debtor's estate or its creditors in connection with these Chapter 11 cases, and SLS is disinterested within the meaning of sections 327(a), 328 and 1103(b) of the Bankruptcy Code and Bankruptcy Rule 2014.  Aside from *de minimus* items specifically disclosed, counsel and associates of SLS do not have any connection with the Debtor, its estate, or any other party in interest, its representative attorneys and accountants, the United States Trustee for Region 12, or any person employed in the Office of the United States Trustee for Region 12.

16.     Continuing Duty to Disclose.  SLS has assessed, and will continue to monitor and assess, all of its client relationships to ensure that SLS is, and remains, disinterested.  In addition, SLS will disclose on an ongoing basis any relationship that may reflect upon its disinterestedness.

17.     No Fee Sharing.  In accordance with Bankruptcy Rule 2016(b), SLS has not shared, or agreed to share, any compensation received in connection with these cases with other entity.

18.     Notice.  Notice of this Application has been provided to (i) counsel for the Debtor, Richard D. Anderson, Briggs and Morgan, P.A., 2200 IDS Center, 80 S. 8th Street, Minneapolis,

MN 55402; (ii) Sarah J. Wencil, Esq., Office of the United States Trustee, Suite 1015, U.S.

Courthouse, 300 South Fourth Street, Minneapolis, MN 55415; and (iii) all other parties listed on

the attached service list.

19.    No Prior Request. No previous request for the relief sought by the Application has

been made to this or any other court.

WHEREFORE, the Committee respectfully requests that the court enter an order in the

form attached authorizing the Committee to retain SLS as its counsel in this case, effective as of

February 23, 2015, and granting such further relief as may be just and proper.


                                        OFFICIAL COMMITTEE OF UNSECURED
                                        CREDITORS

Date: March 2, 2015              By _____
                                        James Keenan
                                        Acting Chairperson


PREPARED BY:                     Robert T. Kugler (# 194116)
                                 Edwin H. Caldie (# 388930)
                                 **Stinson Leonard Street LLP**
                                 150 South Fifth Street, Suite 2300
                                 Minneapolis, MN 55402
                                 Main: 612-335-1404
                                 Facsimile: 612-335-1657
                                 Email:    robert.kugler@stinsonleonard.com
                                           ed.caldie@stinsonleonard.com

                                 *Proposed Counsel to the Official Committee of*
                                 *Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 15-30125 |
| The Archdiocese of Saint Paul and Minneapolis, | Chapter 11 |
| Debtor. | Judge Robert J. Kressel |

### VERIFIED STATEMENT OF ROBERT T. KUGLER IN SUPPORT OF THE APPLICATION TO EMPLOY STINSON LEONARD STREET LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF FEBRUARY 23, 2015

Robert T. Kugler, Esq., makes the following verified statement ("Statement") in support of the Application ("Application") of the Official Committee of Unsecured Creditors ("Committee") to employ Stinson Leonard Street LLP as its legal counsel effective as of February 23, 2015.

1.    I am a partner in the law firm of Stinson Leonard Street LLP ("SLS"), which maintains offices for the practice of law at, among other locations, 150 South Fifth Street, Minneapolis, Minnesota, 55402. I am duly admitted to practice law in the States of Minnesota and Wisconsin, including the United States Court of Appeals for the Eighth Circuit, United States District Court for the District of Minnesota, United States District Court for the Northern District of California, and the United States District Court for the Western District of Wisconsin.

2.    I submit this Statement (the "Statement") in support of the Application of the Committee pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Bankruptcy Rules, for entry of an order authorizing the employment and retention of SLS, as counsel to the Committee, effective as of February 23, 2015.

3.    Except as otherwise indicated, the facts set forth in this Statement are personally known to me and, if called as a witness, I could and would testify thereto.

4.    To the extent that any information disclosed herein requires supplementation, amendment or modification upon SLS's completion of further analysis or as additional information becomes available to it, a supplemental Statement will be filed with the Court.

5.    In connection with its proposed retention by the Committee and in preparing this Statement, SLS researched its client database to determine whether it has any relationships with any of the parties-in-interest listed on **Exhibit 1** (the "Case Parties") attached hereto and incorporated herein.  The list of Case Parties was generated by SLS by reviewing the Official Catholic Directory published by The Archdiocese of Saint Paul and Minneapolis in 2014, and by reviewing pleadings filed in existing lawsuits between the Debtor and various insurers.  The list of Case Parties also includes the "Catholic entities" set forth on Exhibit A to the Verified Statement of Richard D. Anderson in Support of the Application by the Debtor to Employ Chapter 11 Counsel (Briggs and Morgan, P.A.), which was filed in this case as docket number 4.

6.    SLS is also in the process of comparing the parties listed on the Debtor's schedules to the Case Parties.  To the extent any party did not already appear on the list of Case Parties, SLS intends to augment its conflict search to include those parties as well (together with the Case Parties, the "Parties-in-Interest").  SLS will supplement this Statement, as necessary, with disclosures of additional responsive information as it develops or becomes available through the ongoing conflict process described herein.

7.    The database maintained by SLS is designed to include every matter on which the firm is now or has been engaged, the person or entity for which the firm is now or has been engaged, and in each instance, the identity of related parties and adverse parties and the attorney

2

in the firm that is knowledgeable about the matter.[1]  It is the policy of SLS that no new matter may be accepted or opened within the firm without comparing the database against the prospective client and parties-in-interest.  Accordingly, the database is regularly updated for every new matter undertaken by SLS.

8.    Based on these inquiries, SLS discloses that it currently represents the Parties-in-Interest listed on the attached **Exhibit 2** (or an affiliate, subsidiary or related entity thereof), in matters wholly-unrelated to this Chapter 11 case.  Where there is any uncertainty as to whether SLS represents any Party-in-Interest, SLS has listed such Party-in-Interest on Exhibit 2 out of an abundance of caution to ensure thorough disclosure.

9.    In each instance, SLS's representation of entities set forth on **Exhibit 2** represented less than 1% of SLS's revenue for 2014.

10.    SLS further discloses that it – or one of its legacy firms of Leonard, Street and Deinard Professional Association or Stinson Morrison Hecker LLP – formerly represented the Parties-in-Interest listed on the attached **Exhibit 3** (or an affiliate, subsidiary or related entity thereof), in matters wholly-unrelated to this Chapter 11 case.  Where there is any uncertainty as to whether SLS or one of its legacy firms formerly represented any Party-in-Interest, SLS has listed such Party-in-Interest on Exhibit 3 out of an abundance of caution to ensure thorough disclosure.

11.    As SLS continues to compare the parties listed on the Debtor's schedules to the Case Parties, or in the event that the Debtor makes additional filings such as supplemental or amended schedules, it may come to light that SLS has represented one or more other creditors, or

---

[1] On January 1, 2014, the law firms of Leonard, Street and Deinard Professional Association and Stinson Morrison Hecker LLP merged to form Stinson Leonard Street LLP.  The database researched includes the past client information for both firms.

parties in interest, in matters wholly unrelated to this Chapter 11 case. Once the Debtor makes any such additional filings disclosing the identities of additional creditors and/or parties in interest, SLS will conduct additional conflict checks to ensure that any such relationships and/or connections are duly disclosed by way of a supplemental Statement, and SLS will also take all steps necessary to ensure that any related issues are addressed in a manner consistent with applicable rules of professional conduct and the Bankruptcy Code.

12.    Insofar as I have been able to ascertain, except as described herein, the partners, counsel, associates, and paraprofessionals of SLS are "disinterested" parties within the meaning of Section 101(14) of the Bankruptcy Code, and have no interest adverse to and no connection with the Committee, the Debtor's estate, creditors or any other party-in-interest herein or their respective attorneys and accountants with respect to matters for which SLS is to be engaged.

13.    SLS's conflict search indicated that one of its former attorneys, Mr. Albert A. Woodward, served for several years in his individual capacity on the Debtor's Board of Pension Trustees, and on the Archdiocesan Investment Advisory Committee. Mr. Woodward's service in connection with these organizations was undertaken in all instances as a layperson and in his individual capacity as opposed to in his capacity as an attorney, partner, shareholder, or agent of SLS or one of its predecessor firms, and Mr. Woodward neither represented the Debtor's Board of Pension Trustees or the Archdiocesan Investment Advisory Committee, nor provided any legal advice or assistance in connection with such service.

14.    SLS's conflict search revealed that one of its current partners, Mr. Randy Zellmer, volunteers as an "annulment auditor" on behalf of the Diocese of Winona. The Diocese of Winona may be an affiliate of the Debtor or otherwise become an interested party in this case. In his role as an annulment auditor, Mr. Zellmer provides guidance to the Diocese regarding

4

whether a marital annulment is appropriate in instances where one is requested by parishioners. Mr. Zellmer's volunteer service has been undertaken in all instances in his individual capacity as opposed to in his capacity as an attorney, partner, shareholder, or agent of SLS or one of its predecessor firms, and Mr. Zellmer neither represents the Diocese of Winona nor provides any legal advice or assistance in connection with his volunteer service to the Diocese of Winona.

15.    Arthur G. Boylan is a partner at SLS. Mr. Boylan's father – Arthur J. Boylan, the former Chief Magistrate Judge for the U.S. District Court in Minnesota – has been appointed to mediate certain issues in connection with this Chapter 11 case.    Arthur G. Boylan will not be working on this Chapter 11 case and, more specifically, Arthur G. Boylan will not have anything to do with the mediation overseen by his father.    Nevertheless, because Mr. Boylan's family connection to a mediator appointed in this case could be considered a "connection," it is disclosed out of an abundance of caution.

16.    SLS's conflict search revealed that Mr. Arthur G. Boylan also serves on the board of directors for the Risen Christ School in Minneapolis. Risen Christ School may be an affiliate of the Debtor. Mr. Boylan's board service was undertaken in all instances in his individual capacity as opposed to in his capacity as an attorney, partner, shareholder, or agent of SLS or one of its predecessor firms, and Mr. Boylan neither represents the Risen Christ School nor provides any legal advice or assistance in connection with such board service.

17.    SLS's conflict search revealed that SLS, via its predecessor firm of Leonard, Street and Deinard, P.C., formerly represented DeLaSalle High School ("DeLaSalle") in matters wholly unrelated to this Chapter 11 Case. DeLaSalle may be an affiliate of the Debtor. SLS's representation of DeLaSalle related, among other things, to the character and scope of certain real property interests owned by DeLaSalle.    Although SLS's representation of DeLaSalle

5

concluded years ago, in an abundance of caution, SLS has erected an ethical wall to ensure that any confidential information obtained through its former representation of DeLaSalle will not become known or available to attorneys representing the Committee.

18.    SLS's conflict search also indicated that Kevin Conneely, a partner at SLS, was appointed by the Archbishop in November 2013 to be the Chair of the newly-constituted Ministerial Standards Board (MSB).  The MSB is a nine-member volunteer advisory group that serves in a consultative role on matters relating to clergy misconduct and clergy fitness for public ministry.  The MSB advises the Archbishop, and more recently the Director of Ministerial Standards and Safe Environment, on the fitness of priests of the Archdiocese for public ministry and other matters regarding ministerial standards and restrictions.  In this role, Mr. Conneely acts as a layperson and in his individual capacity and does not provide any legal advice to the Archdiocese or any Archdiocesan officials, he does not have any powers or offices within the Archdiocese, and the recommendations of the MSB are non-binding on any Archdiocesan official.  Like others on MSB members who are reviewing files for priests who come before the MSB, Mr. Conneely has access to the files for any given priest and also has access to confidential internal correspondence and materials that the Archdiocese may claim as privileged. Like all other MSB members, Mr. Conneely has signed a Confidentiality Agreement with the Archdiocese by which he has agreed to protect, and not to disclose or use for any other purpose, any confidential and privileged information related to his work on the MSB.  SLS maintains no records or files in connection with Mr. Conneely's service on the MSB.

19.    SLS's conflict search reflected that one of its partners, Mr. David Naples, serves on the Finance Committee for St. John the Baptist Byzantine Catholic Church.  St. John the Baptist Byzantine Catholic Church may be an affiliate of the Debtor.  Mr. Naples's board service

has been undertaken in all instances in his individual capacity as opposed to in his capacity as an

attorney, partner, shareholder, or agent of SLS or one of its predecessor firms, and Mr. Naples

neither represents St. John the Baptist Byzantine Catholic Church nor provides any legal advice

or assistance in connection with his volunteer service to that entity.

20.    SLS's conflict search also indicated that from May 12, 2004 to May 21, 2004 a

former SLS attorney, Ms. Mary Morrison, represented the Archdiocese in connection with the

allocation of a charitable contribution. At this time, it is not anticipated that such allocation will

become a point of controversy in this bankruptcy case. Out of an abundance of caution, SLS will

refrain from participating in any negotiations or litigation relating to, or arising out of any claim

relating to the subject contribution.

21.    SLS's conflict search also indicated that in 2014 it represented the Dakota County

Community Development Association ("CDA") in connection with an Internal Revenue Service

("IRS") audit of tax exempt bonds issued by the CDA in 2002 (the "Bonds") in order to

refinance certain improvements to Faithful Shepherd Catholic School ("Faithful Shepherd"), a

possible affiliate of the Debtor. In 2002, the CDA loaned the proceeds of the Bonds to the

Catholic Finance Corporation ("CFC"), which in turn loaned the proceeds to the Archdiocese,

which caused the proceeds to be applied to refinance debt of Faithful Shepherd. Upon

information and belief, the Bonds were refunded and retired in full in 2012, although certain

indemnity obligations of the Archdiocese remain. One of those continuing indemnity obligations

is the obligation of the Archdiocese to pay any costs incurred by the CDA in connection with any

IRS audit of the Bonds. The IRS conducted such an audit in 2014 and SLS, in representing the

CDA, incurred fees of $10,146.00. On December 10, 2014, Debtor paid those indemnification

costs directly to SLS rather than to CDA. Under these circumstance, SLS does not believe this

payment would cause it to be disinterested, but out of an abundance of caution and to insure that there is no concern regarding potential conflicts, SLS has refunded the $10,146.00 to the Debtor.

22.    Other than as disclosed herein to the best of my knowledge, neither SLS nor any attorney or paraprofessional at SLS, currently, or in the past, has represented the Debtor in any matter.    Moreover, SLS will not undertake the representation of any party other than the Committee in connection with this Chapter 11 case.

23.    To the best of my knowledge, neither SLS nor any attorney or paraprofessional at SLS is an insider of the Debtor, and neither SLS nor any attorney or paraprofessional at SLS holds directly any claim, debt or equity security of the Debtor.

24.    Other than as disclosed herein to the best of my knowledge, neither SLS nor any attorney or paraprofessional at SLS represents any party-in-interest or entities other than the Committee in connection with this Chapter 11 case.

25.    To the best of my knowledge, no attorney or paraprofessional at SLS has been, within two years from the date of the filing of the Debtor's petition, a director, officer, or employee of the Debtor.

26.    SLS does not have an interest materially adverse to the interests of the Debtor's estate or an interest materially adverse to any class of creditors or equity security holders of the Debtor, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

27.    To the best of my knowledge and information, SLS neither holds nor represents any interest adverse to the Committee, the Debtor, its creditors or other parties-in-interest or their respective attorneys upon matters which SLS is to be employed.

28.     SLS, in the past, may have represented, or may currently represent, or may in the future represent, certain creditors or claimants of the Debtor or other parties-in-interest, or their respective attorneys, accountants and investment banks, in matters unrelated to the Debtor's Chapter 11 case, or entities' claims against, or interests in, the Debtor's estate.

29.     It is also possible that other direct or indirect relationships or connections may exist or arise among SLS and the Debtor or its creditors without my knowledge, and in the event other material connections are found to exist that would require disclosure under any applicable statutes or rules, SLS reserves the right to, and will, promptly supplement this Statement.

30.     SLS intends to apply for compensation for professional services rendered in connection with this Chapter 11 case subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the Local Bankruptcy Rules, and orders of this Court, on an hourly basis, plus reimbursement for all actual, necessary out-of-pocket expenses and other charges incurred by SLS.  The 2015 hourly rates for the attorneys expected to provide the bulk of services for the Committee are as follows:

| | |
|---|---|
| Robert Kugler | $620.00 |
| Edwin Caldie | $420.00 |
| Katherine Becker | $410.00 |
| Amanda Schlitz (Associate) | $360.00 |
| Phillip Ashfield (Associate) | $340.00 |
| Aong Moua (Paralegal) | $285.00 |

In addition, other attorneys and paralegals at SLS may render legal services as necessary and as appropriate to represent the Committee.  The 2015 hourly rates of other SLS partners, of

counsel, associates, and paralegals that may provide legal services to the Committee are as follows:

| | |
|---|---|
| Partners | $410 to $640 per hour |
| Of Counsel | $320 to $580 per hour |
| Associates | $325 to $380 per hour |
| Staff Attorneys | $230 to $320 per hour |
| Paralegals | $195 to $270 per hour |

31.     The hourly rates indicated above are the customary hourly rates charged by SLS in other cases.  All rates are subject to periodic adjustment to reflect economic conditions, experience, and other relevant factors.  SLS will also seek reimbursement for all out-of-pocket expenses incurred in rendering services to the Committee, consistent with the rules and guidelines of the Court.  These expenses include, *inter alia*, court reporters, transcription, computerized research, filing fees, photocopying charges (both in-house and outside), long-distance telephone calls, facsimile transmissions, postage and overnight carrier delivery services, messengers, courier mail, and overtime and temporary services.  Some of these services are provided by SLS, in which case the charges are set by SLS, and others are provided by third-party service providers, in which case the charges are set by the providers.  SLS will charge the cost of these expenses in a manner and at rates consistent with charges generally made to the firm's other clients.  All such charges for which SLS seeks payment are subject to Court approval and/or pursuant to any administrative procedures established by the Court.

32.     SLS will file applications for compensation with the Court in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and orders of this Court, and be paid pursuant to said Code, Rules and orders.  SLS intends

to make all reasonable efforts to comply with the U.S. Trustee's requests for information and additional disclosures, both in connection with this application and the fee applications to be filed by SLS in this Chapter 11 case.

33.     No promises have been received by SLS or any partner, counsel or associate thereof as to compensation in connection with this Chapter 11 case other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and orders of this Court.

34.     In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any partner or employee thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Court herein, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me, or any partner or employee of my firm.

35.     For the reasons stated herein, SLS represents no interest adverse to the Debtor's individual creditors or the Committee upon matters which SLS is to be employed and, therefore, is capable of fulfilling its duties to the Committee and the unsecured creditors that the Committee represents.

36.     SLS will continue to review any new information regarding Parties-in-Interest and will make further disclosures as may be appropriate at that time.

37.     SLS is current among the five largest law firms in Minnesota and SLS has the financial wherewithal to, and will, disgorge fees if the Court so orders at any point in this case.

Dated:    March 2, 2015                              _____
                                                     Robert T. Kugler

# EXHIBIT 1

21st Century Centennial Insurance Company

Academy of Holy Angels

Academy of Holy Angels / Legal Advice Regarding Student Claim

Aetna Casualty and Surety Company

Aim Higher Foundation

All Saints Catholic Church

All Saints School

Aloysius Callaghan

American Home Assurance Company

Andrew Cozzens

Annunciation Catholic Church

Annunciation School

Archdiocesan Correctional Ministries

Archdiocesan Council of Catholic Women (ACCW)

Archdiocese of Milwaukee, WI

Archdiocese of Saint Paul and Minneapolis

Archdiocese of Saint Paul and Minneapolis Chancery Offices

Ascension Catholic Church

Ascension School

Association of Coordinators and Religious Educators (ACRE)

Assumption Catholic Church

Ave Maria Academy

Basilica of Saint Mary Catholic Church

BeFriender Ministries

Bellefonte Insurance Company

Benedictine Health Center At Innsbruck

Benedictine Health Center of Minneapolis

Benedictine Senior Living at Steeple Pointe

Benilde-St. Margaret's School

Bethlehem Academy School

Blessed Sacrament Catholic Church

Blessed Trinity School (Nicollet Campus, Gr. 4-8)

Blessed Trinity School (Penn Campus, Gr. PreK-3)

Brainerd Lakes Catholic Churches (Diocese of Duluth)

Calvary Cemetery

Carmelite Hermitage of the Blessed Virgin Mary

Carondelet Catholic School

Casa Guadalupana

Catherine Cory

Catholic Cemeteries

Catholic Charismatic Renewal Office

Catholic Charities

Catholic Charities Office for Social Justice

Catholic Charities Trafficking Victim Services

Catholic Committee on Scouting

Catholic Community Foundation

Catholic Eldercare

Catholic Eldercare 1101 on Main

Catholic Eldercare Mainstreet Lodge

Catholic Eldercare on Main

Catholic Eldercare RiverVillage East

Catholic Eldercare RiverVillage North

Catholic Finance Corporation

Catholic Mutual

Catholic Mutual Relief Society of America, The

Catholic Senior Services

Catholic United Financial

Catholic Youth Camp (CYC)

Center for Mission

Cerenity Senior Care - Marian of Saint Paul

Certain Underwriters at Lloyd's, London

Charles Lachowitzer

Christ the King Catholic Church

Christ the King Retreat Center

Christopher Shofner

Christopher Thompson

Church of All Saints

Church of St. Mary (Diocese of New Ulm)

CNA Reinsurance of London Limited

College of St. Benedict

College of St. Scholastica

Colonial Penn Insurance Company

Commission of Black Catholics

Commission on Ecumenism and Interreligious Affairs

CommonBond Communities

Community of Saints Regional Catholic School

Companions of Christ

Continental Casualty Company

Continental Insurance Company

Convent of the Good Shepherd

Corey Belden

Corpus Christi Catholic Church

Cotter Schools (Diocese of Winona, MN)

Courage/EnCourage

Cretin-Derham Hall High School

Cristo Rey Jesuit High School

Curatio: Apostolate of Catholic Health Care Professionals

Dale Korogi

Daniel F Griffith

Daniel Gannon

Daniel Griffith

Daniel Statsick

David Blume

David Kohner

David W Smith

Deb Thielen

DeLaSalle High School

Dennis Thompson

Diocese of Crookston

Diocese of Duluth

Diocese of New Ulm

Diocese of St. Cloud

Diocese of Winona

Divine Mercy Catholic Church

Dominion Insurance Company

Don Briel

Donald DeGrood

Dunrovin Christian Brothers Retreat Center

Dwight Whitt

Epiphany Catholic Church

Erich Rutten

Excess Insurance Company

Faithful Shepherd Catholic School

Fernando Ortega

Fireman's Fund Insurance Company

Francis Kittock

Franciscan Brothers of Peace

Franciscan Retreats and Spirituality Center

Friends of Catholic Urban Schools

George Welzbacher

Gethsemene Cemetery

Gichitwaa Kateri Catholic Church

Good Shepherd Catholic Church

Good Shepherd School

Greg Pulles

Gregory Welch

Greta Sawyer

Guardian Angels Catholic Church

Hartford Accident and Indemnity Company

Heather Lawton

Highland Catholic School

Highlands on Graham Senior Apartments

Hill-Murray School

Holy Childhood Catholic Church

Holy Cross Catholic Church

Holy Family Academy

Holy Family Catholic Church

Holy Family Catholic High School

Holy Family Maronite Catholic Church (Eastern Rite)

Holy Name Catholic Church

Holy Name of Jesus Catholic Church

Holy Name of Jesus School

Holy Rosary Catholic Church

Holy Spirit Catholic Church

Holy Trinity Catholic Church

Holy Trinity School

Immaculate Conception Catholic Church

Immaculate Conception Catholic Church of Marysburg

Immaculate Conception Catholic School

Immaculate Heart of Mary Catholic Church

Incarnation Catholic Church

Interstate Fire and Casualty Company

J Michael Byron

Jackie Daylor

James Accurso

James Perkl

Jean Stolpestad

Jeff Cavins

Jesuit Retreat House - Demontreville

John Bierbaum

John Cherek

John Floeder

John McMahon

John Nlenstedt

John Paul Erickson

John Selvig

John Ubel

John Vomastek

Joseph Kueppers

Joseph Michalak, Jr

Joseph R Johnson

Karen Rauenhorst

Kenneth Pierre

Kevin Kenney

Kevin McDonough

La Mision at Church of the Assumption

Laurinda Irwin

Lee Piche

LifeCare Center East

Little Sisters of the Poor Holy Family Residence

Lorna Anderson

Loyola Catholic School (Diocese of Winona)

Loyola Spirituality Center

Lucy Johnson

Lumen Christi Catholic Community

Macalester College - Campus Ministry

Margaret LeClair

Mark Dittman

Mark Dosh

Mark Misukanis

Mark Pavlik

Mary Jo Jungwirth

Mary, Mother of the Church Catholic Church

Mary, Queen of Peace Catholic Church

Mary's Pence

Maternity of Mary - St. Andrew Catholic School

Maternity of the Blessed Virgin Catholic Church

Michael C Becker

Michael Krenik

Michael Skluzacek

Michael Sullivan

Michael Tegeder

Mickey Friesen

Minnesota Catholic Conference

MN Interfaith Power & Light

Most Holy Redeemer Catholic Church

Most Holy Trinity Catholic Church

Natalie McKliget

Nathaniel Meyers

National Catholic Rural Life Conference

National Fire Insurance Company of Hartford

Nativity Early Learning Center

Nativity of Mary Catholic Church

Nativity of Mary School

Nativity of Our Lord Catholic Church

Nativity of Our Lord School

Nativity of the Blessed Virgin Mary Catholic Church

NET Ministries

New Ulm Area Catholic Schools (Diocese of New Ulm)

Newman Center

Northside Life Care Center

Notre Dame Academy

Office of the Archbishop

Office of the Auxiliary Bishop and Vicar General

Office of Vicar General and Moderator of the Curia

Official Committee of Unsecured Creditors of Archdiocese of St. Paul and Minneapolis

Organizacion Creciendo Juntos

Our Lady of Grace Catholic Church

Our Lady of Guadalupe Catholic Church

Our Lady of Lourdes Catholic Church

Our Lady of Mount Carmel Catholic Church

Our Lady of Peace Catholic Church

Our Lady of Peace Home

Our Lady of the Lake Catholic Church

Our Lady of the Prairie Catholic Church

Our Lady of the Prairie School

Our Lady of Victory Catholic Church

Our, Lady of Guadalupe Catholic Church

Pacem in Terris Retreat Center

Partnership for Youth

Patrick Hipwell

Pax Christi Catholic Church

Peter Daly

Peter J Williams

Peter Wittman

Pope John Paul II Catholic School

Pregnancy Helpline

Premier Bank

Presentation of the Blessed Virgin Mary Catholic Church

Presentation of the Blessed Virgin Mary School

Pro-Life Action Ministries

Providence Academy

Ralph Talbot Jr

Regina Medical Center Senior Living

Resurrection Cemetery

Richard J Pearson

Risen Christ Catholic Church

Risen Christ School

Risen Savior Catholic Church

Riverview Highlands Senior Apartments

Robert Hart

Roger Scherer

Rolf Tollefson

Roman Catholic Diocese of Duluth

Roman Catholic Diocese of New Ulm

Ruth Porter

Sacred Heart Catholic Church

Sagrado Corazon de Jesus Catholic Church

Saint Agnes Catholic School

Saint Ambrose of Woodbury Catholic School

Saint Mary's University of Minnesota

Saint Paul's Outreach

Sandcastle Child Care Center & Preschool

Sara Kronholm

Sarah Mealey

School Sisters of Notre Dame

Sean McDonough

Shakopee Area Catholic School

Society of Saint Vincent de Paul Thrift Store

Soverign Marine & General Insurance Company Limited

Sphere Drake Insurance PLC

Ss Joachim and Anne Catholic Church

Ss Peter and Paul Catholic Church

St George Catholic Church

St, Cecilia Catholic Church

St, John the Evangelist Campus of St. Wenceslaus

St. Adalbert Catholic Church

St. Agatha Catholic Church

St. Agnes Catholic Church

St. Albert Catholic Church

St. Albert the Great Catholic Church

St. Alphonsus Catholic Church

St. Alphonsus Parish School

St. Ambrose of Woodbury Catholic Church

St. Andrew Catholic Church

St. Andrew Kim Catholic Church

St. Anne - St. Joseph Hien Catholic Church

St. Anne Catholic Church

St. Anne School

St. Anthony Cemetery

St. Austin Campus of St. Bridget Catholic Church

St. Bartholomew Catholic Church

St. Bernard Catholic Church

St. Bonaventure Catholic Church

St. Boniface Catholic Church

St. Bridget Catholic Church

St. Bridget Catholic Church and School

St. Bridget of Sweden Catholic Church

St. Brigid's at Hi-Park

St. Canice Campus of Most Holy Redeemer Catholic Church

St. Casimir Catholic Church

St. Catherine University

St. Catherine University - Campus Ministry

St. Cecilia Catholic Church

St. Charles Borromeo Catholic Church

St. Charles Borromeo School

St. Charles Catholic Church

St. Clement Campus of Holy Cross

St. Cloud Diocese

St. Columba Catholic Church

St. Columbkill Campus of Holy Trinity Catholic Church

St. Constantine Ukrainian Catholic Church (Eastern Rite)

St. Croix Catholic School

St. Cyril and Methodius Catholic Church

St. Dominic Catholic Church

St. Dominic School

St. Edward Catholic Church

St. Elizabeth Ann Seton Catholic Church

St. Elizabeth Ann Seton School

St. Frances Cabrini (Archdiocese of Milwaukee, WI)

St. Frances Cabrini Catholic Church

St. Francis de Sales Catholic Church

St. Francis of Assisi (Diocese of Winona)

St. Francis of Assisi Catholic Church

St. Francis of the Lakes Catholic School

St. Francis Regional Medical Center

St. Francis Xavier Catholic Church

St. Francis Xavier School

St. Gabriel the Archangel Catholic Church

St. Genevieve Catholic Church

St. George Catholic Church

St. Gerard Majella Catholic Church

St. Gertrude's Health & Rehabilitation Center

St. Gregory the Great Catholic Church

St. Hedwig Campus of Holy Cross

St. Helena Catholic Church

St. Henry Catholic Church

St. Hubert Catholic Church

St. Hubert School

St. Ignatius Catholic Church

St. James Campus of St. Francis de Sales Catholic Church

St. Jerome Catholic Church

St. Jerome School

St. Joan of Arc Catholic Church

St. John Neumann Catholic Church

St. John the Baptist Byzantine Catholic Church (Eastern Rite)

St. John the Baptist Campus of St. Genevieve

St. John the Baptist Catholic Church

St. John the Evangelist Campus of St. Gabriel the Archangel Catholic Church

St. John the Evangelist Campus of St. Wenceslaus

St. John the Evangelist Catholic Church

St. John the Evangelist School

St. John Vianney College Seminary

St. John's University

St. Joseph Campus of St. Gabriel the Archangel Catholic Church

St. Joseph Catholic Church

St. Joseph Hospital

St. Joseph of the Lakes Catholic Church

St. Joseph School

St. Joseph the Worker Catholic Church

St. Jude of the Lake Catholic Church

St. Jude of the Lake School

St. Katharine Drexel Catholic Church

St. Lawrence Catholic Church

St. Leonard of Port Maurice Catholic Church

St. Louis, King of France Catholic Church

St. Luke Catholic Church

St. Margaret Mary Catholic Church

St. Mark Campus of Ss Joachim and Anne Catholic Church

St. Mark Catholic Church

St. Mark School

St. Maron Maronite Catholic Church (Eastern Rite)

St. Mary Campus of Holy Trinity Catholic Church

St. Mary Campus of Ss Joachim and Anne Catholic Church

St. Mary Catholic Church

St. Mary Junior and Senior High School (Diocese of New Ulm)

St. Mary of Czestochowa Catholic Church

St. Mary of the Lake Catholic Church

St. Mary of the Lake School

St. Mary of the Purification Campus of Ss Joachim and Anne Catholic Church

St. Mary School (Diocese of Winona)

St. Mary's Cemetery

St. Mathias Catholic Church

St. Matthew Catholic Church

St. Michael Catholic Church

St. Monica Parish School (Archdiocese of Milwaukee, WI)

St. Nicholas Catholic Church

St. Odilia Catholic Church

St. Odilia School

St. Olaf Catholic Church

St. Pascal Baylon Catholic Church

St. Pascal Baylon Catholic School

St. Patrick Catholic Church

St. Patrick School (Diocese of Superior, WI)

St. Paul Catholic Church

St. Paul Seminary School of Divinity

St. Paul's Monastery

St. Peter Catholic Church

St. Peter Catholic School

St. Peter Claver Catholic Church

St. Peter School

St. Pius X (Diocese of New Ulm)

St. Pius X Catholic Church

St. Pius X School

St. Plus V Catholic Church

St. Raphael Catholic Church

St. Raphael Catholic School

St. Richard Catholic Church

St. Rita Catholic Church

St. Rose of Lima Catholic Church

St. Rose of Lima Catholic School

St. Scholastica Campus of St. Wenceslaus

St. Sebastian Congregation (Archdiocese of Milwaukee, WI)

St. Stanislaus Catholic Church

St. Stephen Catholic Church

St. Stephen Catholic School

St. Therese at Oxbow Lake

St. Therese at St. Odilia

St. Therese Catholic Church

St. Therese of New Hope

St. Therese School

St. Therese Southwest

St. Thomas Academy

St. Thomas Aquinas Catholic Church

St. Thomas Becket Catholic Church

St. Thomas More Catholic Church

St. Thomas the Apostle Campus of Blessed Sacrament

St. Thomas the Apostle Catholic Church

St. Timothy Catholic Church

St. Timothy School

St. Victoria Catholic Church

St. Vincent de Paul Campus of Cathedral of St. Paul

St. Vincent de Paul Catholic Church

St. Vincent de Paul Catholic School

St. Wenceslaus Catholic Church

St. Wenceslaus Catholic School

St. William Catholic Church

Stan Mader

State Farm Fire & Casualty Company

Stephen LaCanne

Stephen Ulrick

Stewart Laird

Stronghold Insurance Company Limited

Susan Mulheron

Susan Stepka

Terra Nova Insurance Company Limited

The Catholic Spirit

The Church of Mendota

The Church of Saint Ambrose of Woodbury

The Church of the Blessed Sacrament of St. Paul

The Glenn by St. Therese Southwest

The Lawyers Guild of St. Thomas More

The Way of the Shepherd Catholic Montessori

The.Catholic Spirit

Theresa Hartnett

Thomas Abood

Thomas J Walker

Thomas Mertens

Thomas Schreier

Thomas Sieg

Thomas Skiba

TIG Insurance Company

Tim Marx

Timothy Cloutier

Timothy Dolan

TLC Options for Women

Transfiguration Catholic Church

Transfiguration Catholic School

Troy Przybllla

Twin Cities FertilityCare Center

Twin Cities TEC

University LifeCare Center

University of St. Thomas

University of St. Thomas - Campus Ministry

Venezuelan Mission

Veteran's Health Administration

Visitation Monastery of Minneapolis

Visitation School

Wakota Life Care

Wells Fargo bank

William Baer

William Murtaugh

Yasuda Fire & Marine Insurance Company (U.K.) Limited

# EXHIBIT 2

| SEARCHED-FOR PARTY | CURRENT FIRM CLIENT |
|---|---|
| Catholic Charities Trafficking Victim Services | Catholic Charities and Catholic Charities of St. Cloud |
| Cretin-Derham Hall High School | Cretin-Derham Hall High School |
| Providence Academy | Providence Academy |
| Saint Paul's Outreach | Saint Paul's Outreach, Inc. |
| St. John the Baptist Byzantine Catholic Church Eastern Rite | St. John the Baptist Catholic Church |
| University of St. Thomas | University of St. Thomas |
| Premier Bank | Premier Bank, Inc. |
| Catholic United Financial | Catholic United Financial |
| US Bank | US Bank |
| G & K Services | G & K Services |
| State Farm Fire & Casualty Company | State Farm Fire & Casualty Company |

# EXHIBIT 3

| SEARCHED-FOR PARTY | FORMER FIRM CLIENT |
|---|---|
| Academy of Holy Angels | Academy of Holy Angels |
| Benedictine Health Center of Minneapolis | Benedictine Health System |
| Benilde-St. Margaret's School | Benilde-St. Margaret's School |
| Catholic Cemeteries | Catholic Cemeteries |
| Catholic Charities Trafficking Victim Services | Catholic Charities of the Archdiocese of St. Paul and Minneapolis |
| Church of All Saints | All Saints Catholic Church |
| CommonBond Communities | CommonBond Communities |
| Catholic Finance Corporation | Catholic Finance Corporation |
| Cristo Rey Jesuit High School | Cristo Rey Jesuit High School |
| DeLaSalle High School | DeLaSalle High School |
| Diocese of St. Cloud | Diocese of St. Cloud |
| Catholic Mutual | Catholic Mutual Relief Society of America |
| Cerenity Senior Care - Marian of St. Paul | Cerenity Senior Care |
| Holy Family Catholic Church | Church of the Holy Family |
| Our Lady of Peace Catholic Church | Our Lady of Peace Catholic Church |
| Risen Christ School | Risen Christ School |
| School Sisters of Notre Dame | School Sisters of Notre Dame |
| Macalaster College - Campus Ministry | Macalaster College |
| Newman Center | Newman Center |
| St. Anne Catholic Church | St. Anne's Community Development Corporation |
| Society of St. Vincent de Paul | Society of St. Vincent de Paul |
| St. Peter & Paul Catholic Church | St. Peter & Paul's Catholic Church |
| St. Henry Catholic Church | Church of St. Henry |
| St. Francis Regional Medical Center | St. Francis Regional Medical Center |
| St. Paul Seminary School of Divinity | The Saint Paul Seminary |
| St. Peter Claver Catholic Church | Missionary Sisters of St. Peter Claver |
| St. Pius X Diocese of New Ulm | Church of St. Pius X |
| St. Thomas Academy | St. Thomas Academy |
| St. Stephen Catholic Church | St. Stephen's Church |
| Premier Bank | Premier Bank / Premier Bank Minnesota |
| The Continental Insurance Company | Continental General Insurance Company |
| | |

| | |
|---|---|
| Hartford Accident and Indemnity Company | Hartford Life Insurance Companies, Hartford Specialty, Hartford Insurance, Hartford Financial Services Group, Inc., and Hartford Fire Insurance Company |
| American Home Assurance Company | American Home Assurance Company |
| The Aetna Casualty and Surety Company | Aetna, Aetna Life Insurance Company, The Aetna Casualty and Surety Company |
| Travelers Casualty and Surety Company | American Travelers Insurance Company, National Travelers Life Company, St. Paul Travelers Companies, St. Paul Travelers Insurance Companies Inc., St. Paul Travelers Special Liability Group, Travelers Casualty and Surety Company, Travelers Casualty Company, Travelers Insurance Company, Travelers Property Casualty, Travelers Casualty and Surety Company of America |
| Certain Underwriters of Lloyds, London | Lloyds of London |
| CNA Reinsurance of London, Ltd. | CNA, CNA Insurance Company, CNA Surety |
| Interstate Fire and Casualty Company | Interstate Fire and Casualty Insurance Company |
| 21st Century Centennial Insurance Company | Centennial Surety Associates, Inc., Centennial Surety Associates, Inc., Centennial Surety |
| The Continental Insurance Company | Continental General Insurance Company |

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

The Archdiocese of Saint Paul
and
Minneapolis,

                    Debtor.

ORDER APPROVING
EMPLOYMENT OF ATTORNEYS

BKY 15-30125

At Minneapolis, Minnesota, March ___, 2015

        Based on the application filed on March 2, 2015, by the official committee of unsecured creditors pursuant to 11 U.S.C. §§ 328(a) and 1103:

        IT IS ORDERED:

        The employment by the committee of Stinson Leonard Street LLP, to represent the committee in carrying out its duties under Title 11 is approved.


                              _____
                              ROBERT J. KRESSEL
                              UNITED STATES BANKRUPTCY JUDGE