UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | <u>ORDER APPROVING EMPLOYMENT OF REAL ESTATE BROKER</u> |
| The Archdiocese of Saint Paul and Minneapolis, | |
| Debtor. | BKY 15-30125 |

At Minneapolis, Minnesota, March 9, 2015.

Based on the application filed on March 6, 2015, by the debtor in possession pursuant to 11 U.S.C. § 327(a);

IT IS ORDERED: The employment by the debtor in possession of NorthMarq Real Estate Services, LLC, as its real estate broker is approved.

/e/ Robert J. Kressel
_____
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/09/2015*
Lori Vosejpka, Clerk, by LH