UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 15-30125 |
| The Archdiocese of Saint Paul and Minneapolis, | CHAPTER 11 CASE |
| Debtor. | |

# CERTIFICATE OF SERVICE

Benjamin E. Gurstelle, under penalty of perjury, states that on March 13, 2015, he caused to be served the following:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

by sending true and correct copies via U.S. Mail to the parties listed on the attached service list.

Dated:  March 13, 2015              */e/ Benjamin E. Gurstelle*
                                     Benjamin E. Gurstelle

6975577v1

# THE ARCHDIOCESE OF SAINT PAUL AND MINNEAPOLIS
## ADDITIONAL SERVICE LIST

ALICIA MEJIA
7791 HEMINGWAY AVE S
COTTAGE GROVE, MN 55016

CANVAS HEALTH
7066 STILLWATER BLVD N
OAKDALE, MN 55128

CENTER FOR PROFESSIONAL
DEVELOPMENT ITT
7905 GOLDEN TRIANGLE DR
EDEN PRAIRIE, MN 55344

DANIELLE ALEXANDER DESIGN
LLC
276 LAKEVIEW TERRACE BLVD
WACONIA, MN 55387

EVOLVING SOLUTIONS
3989 COUNTY RD 116
HAMEL, MN 55340

GREAT AMERICA FINANCIAL
SERVICES CORPORATION
PO BOX 660831
DALLAS, TX 75266-0831

GEMOLOGICAL RESOURCE INC
224 DEERPATH CT
STILLWATER, MN 55082

JACQUELINE RAPP
17050TOP HILL RD
FAIRDALE, KY 40118-9428

KRISTI SHYPKOWSKI
4696 47th ST S UNIT C
FARGO, ND 58104

LARAMIE COUNTY
ADMINISTRATION
PO BOX 660831
DALLAS, TX 75266-0831

LOFFLER COMPANIES INC
PO BOX 660831
DALLAS, TX 75266-0831

THE LAUNDRY DOCTOR
662 SELBY AVE
ST. PAUL, MN 55104

VANESSA J VAN HOOF
6945 16TH AVE S
RICHFIELD, MN 55423

6975577v1