UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

The Archdiocese of Saint Paul and Minneapolis,

        Debtor.

BKY 15-30125

CHAPTER 11 CASE

**ORDER EXTENDING EXCLUSIVE TIME TO FILE A PLAN AND DISCLOSURE STATEMENT AND OBTAIN CONFIRMATION OF A PLAN PURSUANT TO 11 U.S.C. § 1121**

This case is before the court on the motion of the Archdiocese of Saint Paul and Minneapolis to extend the exclusive time granted to the debtor to file a plan and disclosure statement and obtain confirmation of a plan pursuant to 11 U.S.C. § 1121.

Based on the motion and file,

IT IS ORDERED:

1. The period within which the Archdiocese has the exclusive right to file a plan pursuant to 11 U.S.C. § 1121(b) is extended through November 30, 2015.

2. The period within which the Archdiocese has the exclusive right to gain acceptance of a plan of reorganization pursuant to 11 U.S.C. § 1121(c)(3) is extended through January 29, 2016.

Dated: April 9, 2015

    /e/ Robert J. Kressel
    _____
    Robert J. Kressel
    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/09/2015*
Lori Vosejpka, Clerk, by LH

6975808v5