UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

The Archdiocese of Saint Paul and Minneapolis,           Bankruptcy Case No. 15-30125

              Debtor.                                             Chapter 11 Case

### NOTICE OF THE TIME FOR TIMELY FILING PROOFS OF CLAIM

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE ARCHDIOCESE OF SAINT PAUL AND MINNEAPOLIS:

      **PLEASE TAKE NOTICE** that on January 16, 2015 The Archdiocese of Saint Paul and Minneapolis filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Minnesota. The debtor's address, the case number, proof of claim forms and other relevant information related to this Chapter 11 case may be obtained at: http://information.archspm.org/.

      **PLEASE TAKE FURTHER NOTICE** that except as described below, all persons, entities, or governmental units that have or assert any pre-petition claims against the debtor must file a proof of claim with the Clerk of Bankruptcy Court at the following address: Clerk of Court, U.S. Bankruptcy Court, District of Minnesota, 200 Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, MN 55101, so that the proof of claim is received by the Clerk of Court on or before **August 3, 2015.**

      **PLEASE TAKE FURTHER NOTICE** that the Non-Tort Proof of Claim Form may be obtained at:  http://information.archspm.org/ or http://www.mnb.uscourts.gov.

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU MUST FILE A PROOF OF CLAIM**

Dated: 4/21/15                                                    Lori A. Vosejpka
                                                                    Clerk, United States Bankruptcy Court

                                                                     By Barbie, Deputy Clerk