# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**The Archdiocese of Saint Paul and Minneapolis**

Case No. **BKY 15-30125**

Debtor(s)

Chapter 11 Case

## SEXUAL ABUSE CLAIMS

Claims _423_ to _425_ turned over to Briggs and Morgan.

Received by _Jordan Weber_ on _3-17-16_.

Amended 365
Amended 397
Attachment to 23
Attachment to 404
Attachment to 229
Sealed Letter Filed 1-22-16