**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 15-30125 |
| The Archdiocese of Saint Paul and Minneapolis, | Chapter 11 |
| Debtor. | |

**NOTICE OF CONTINUED HEARING ON THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER TO EMPLOY DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF FEBRUARY 26, 2016**

TO:  All parties as specified in Local Rule 2014-1:

PLEASE TAKE NOTICE that the hearing on the Motion of the Official Committee of Unsecured Creditors (the "Committee") to employ Deloitte Transactions and Business Analytics LLP as financial advisor for the Official Committee of Unsecured Creditors [ECF No. 560], which was scheduled for hearing on March 24, 2016, has been **continued until March 31, 2016 at 10:30 a.m.** in Courtroom 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

Dated:  March 23, 2016

/e/ *Robert T. Kugler*
Robert T. Kugler (#194116)
Edwin H. Caldie (#0388930)
**STINSON LEONARD STREET LLP**
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657
Email:  robert.kugler@stinsonleonard.com
Email:  edwin.caldie@stinsonleonard.com

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

121371646.1