# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MINNESOTA

---

In Re:                                                                                  Bky Case No. 15-30125

The Archdiocese of Saint Paul
And Minneapolis,
           Debtor
_____
### NOTICE AND OBJECTION TO SALE OF CHANCERY PROPERTY
_____

      In the event that the Court does not enter an Order permitting Friends of Cathedral Hill to submit a bid after the bid deadline established in this Court's Order dated January 28, 2016, Friends of Cathedral Hill respectfully objects to the sale on the grounds that a higher price can be achieved and said sale is not in the best interests of creditors.

WHEREFORE, it is requested that approval of the sale be denied.

Respectfully submitted,

/e/ Andrew T. Brever

_____
Andrew T. Brever
Attorney ID #0392108
Foster Brever Wehrly, PLLC
Attorneys for Friends of Cathedral Hill
2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418
abrever@fosterbrever.com
Tele:   (612) 455-8942
Fax:   (612) 788-9879