UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| The Archdiocese of Saint Paul and Minneapolis, | Bankruptcy Case No. 15-30125 |
| Debtor. | Chapter 11 Case |

**NOTICE OF CONTINUED HEARING FOR FINAL APPROVAL OF SALE
(Chancery)**

TO:   All parties in interest as specified in Local Rule 9013-3:

1.   PLEASE TAKE NOTICE that the hearing on the motion of the Archdiocese of Saint Paul and Minneapolis for final approval of the sale of the Chancery property, which was originally schedule for March 31, 2016, has been **continued to April 7, 2016 at 10:30 a.m.**, before the Honorable Robert J. Kressel, in Courtroom 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

2.   Any response to this motion must be filed and delivered no later than April 1, 2016, which is five days before the time set for the continued hearing (including Saturdays, Sundays, and holidays).  **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

7574273v1

Dated:  March 28, 2016

Respectfully submitted,

*e/ Benjamin E. Gurstelle*

BRIGGS & MORGAN, P.A.
Richard D. Anderson (#2306)
randerson@briggs.com
Charles B. Rogers (#0130588)
crogers@briggs.com
Benjamin E. Gurstelle (#389968)
bgurstelle@briggs.com
2200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 977-8400
Facsimile: (612) 977-8650

Attorneys for The Archdiocese of Saint Paul and Minneapolis

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>The Archdiocese of Saint Paul and Minneapolis,<br><br>        Debtor. | Bankruptcy Case No. 15-30125<br><br>CHAPTER 11 CASE |

## CERTIFICATE OF SERVICE

Benjamin E. Gurstelle, under penalty of perjury, states that on March 28, 2016, he caused to be served foregoing document by sending true and correct copies via ECF, email, or U.S. Mail to the parties on the attached service list.

Dated: March 28, 2016　　　　　　　　　　*/e/ Benjamin E. Gurstelle*
　　　　　　　　　　　　　　　　　　　　Benjamin E. Gurstelle

7574322v1

THE ARCHDIOCESE OF SAINT PAUL AND MINNEAPOLIS
SERVICE LIST

**VIA U.S. MAIL:**

IRS District Counsel
380 Jackson Street, Ste 650
St. Paul, MN 55101-4804

Internal Revenue Service
Wells Fargo Place
30 E 7th Street
Mail Stop 5700
St. Paul, MN 55101

MN Department of Revenue
Collection Enforcement
551 Bankruptcy Section
600 North Robert Street
St. Paul, MN 55101-2228

Office of the U.S. Attorney
600 US Courthouse
300 S Fourth Street
Minneapolis, MN 55415

Ramsey County Assessor's Office
90 Plato Boulevard W.
Saint Paul, MN 55107

Hennepin County Treasurer
A600 Government Center
Minneapolis, MN 55487

Dakota County
1590 Hwy 55
Hastings, MN 55033

Ramsey County
PO Box 64097
Saint Paul, MN 55164

Social Security Administration
CBIZ Payroll
2797 Frontage Road, Suite 2000
Roanoke, VA 24017

US Dept of HHS – Medicare
CBIZ Payroll
2797 Frontage Road, Suite 2000
Roanoke, VA 24017

MN Dept of Labor and Industry
PO Box 64219
Saint Paul, MN 55164

The Archdiocese of Saint Paul and Minneapolis
c/o Joseph F. Kueppers
226 Summit Avenue
Saint Paul, MN 55102

Premier Bank
2866 White Bear Ave
Maplewood, MN 55109

North American Banking Company
2230 Albert Street
Roseville, MN 55113

GE Information Technology Solutions, Inc.
1738 Bass Rd
PO Box 13708
Macon, GA 31208

Jeff Kahane
Duane Morris LLP
865 S Figueroa St, Ste 3100
Los Angeles, CA 90017-5450

Russell Roten
Duane Morris LLP
865 S Figueroa St, Ste 3100
Los Angeles, CA 90017-5450

John Philip Borger
Faegre Baker Daniels
90 S 7th Street
Minneapolis MN 55402-3901

Eric E. Caugh
Zelle Hoffman Voelbel & Mason
500 Washington Ave S, Suite 4000
Minneapolis, MN 55415

Michael Bazley
SBN 2257467
652 I Street
Sacramento, CA 95814

United Properties Development LLC
c/o Mark W. Nelson
3600 American Blvd. West, Ste 750
Minneapolis, MN 55431

John R. Rupp
c/o John M. Miller
PFB Law
55 East Fifth Street, Suite 800
St. Paul, MN 55101

**VIA ECF:**

United States Trustee
U.S. Trustee's Office
1015 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415
ustpregion12.mn.ecf@usdoj.gov

Sarah J. Wencil
U.S. Trustee's Office
1015 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Sarah.J.Wencil@usdoj.gov

Committee of Unsecured Creditors
c/o Robert Kugler
    Edwin Caldie
Stinson Leonard Street LLP
150 S Fifth Street, Suite 2300
Minneapolis, MN 55402
Robert.kugler@stinsonleonard.com
Ed.caldie@stinsonleonard.com

Committee of Parish Creditors
c/o Nauni Manty
    Dennis O'Brien
Manty & Associates, P.A.
401 Second Avenue North
Suite 400
Minneapolis, MN 55401
Nauni@mantylaw.com
Dennis@mantylaw.com

All other persons or entities receiving ECF notices in this case.

7574322v1