UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

The Archdiocese of Saint Paul and Minneapolis,   Bankruptcy Case No. 15-30125

Debtor.   Chapter 11 Case

**NOTICE OF EXTENSION OF BID DEADLINE AND AUCTION DATE**
**(Chancery)**

PLEASE TAKE NOTICE that in response to inquiries received on March 25 and March 28, 2016 from parties interested in bidding on real property located at 226 Summit Avenue and 230 Summit Avenue, Saint Paul, Minnesota (the "Chancery"), the Archdiocese of Saint Paul and Minneapolis, in consultation with the Official Committee of Unsecured Creditors, and in accordance with Section XI of the Chancery sale procedures approved by the Bankruptcy Court as ECF No. 533, has agreed to extend certain deadlines and continue certain events as follows:

(a) The deadline to submit qualified bids for the Chancery, originally set as 3:00 p.m. on March 18, 2016, is extended through **4:00 p.m. on Wednesday March 30, 2016.**

(b) The Archdiocese will notify all potential bidders making a bid whether the bids deem them to be qualified bidders and will designate the location of the auction by no later than **11:00 a.m. on Friday April 1, 2016.**

(c) The auction on the Chancery, originally set to take place at 10:00 a.m. on March 29, 2016, is continued to **10:00 a.m. on April 4, 2016.**

7575543v1

Dated:  March 29, 2016

Respectfully submitted,

*e/ Richard D. Anderson*

BRIGGS & MORGAN, P.A.
Richard D. Anderson (#2306)
randerson@briggs.com
Charles B. Rogers (#0130588)
crogers@briggs.com
Benjamin E. Gurstelle (#389968)
bgurstelle@briggs.com
2200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 977-8400
Facsimile: (612) 977-8650

Attorneys for The Archdiocese of Saint Paul and Minneapolis

-2-