**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

The Archdiocese of Saint Paul and
Minneapolis,

Debtor.

Case No. 15-30125

Chapter 11

---

**UNSWORN DECLARATION OF JEFFREY R. ANDERSON**

1.      The undersigned, Jeffrey R. Anderson, submits this Declaration in support of the motion (the "Motion") of the Official Committee of Unsecured Creditors (the "Committee") for substantive consolidation.

2.      I am an attorney with the law firm of Jeff Anderson & Associates, P.A. representing Certain Personal Injury Creditors in the above-captioned bankruptcy case filed by The Archdiocese of Saint Paul and Minneapolis (the "Archdiocese").

3.      Attached hereto as Exhibit 1 is a copy of a chart summarizing parish and other Catholic entity loans guaranteed by the Archdiocese.

4.      Attached hereto as Exhibit 2 is a Summary Statement of Financial Position for the Catholic Finance Corporation dated June 30, 2008.

5.      Attached hereto as Exhibit 3 is Archdiocesan Parish Financial Report Instruction Booklet for Fiscal Year Ended June 30, 2010.

6.      Attached as Exhibit 4 is a chart of 2006 Archdiocesan parish finances.

7.      Attached as Exhibit 4A are excerpts of the 2006 Archdiocesan parish finances.

8.      Attached as Exhibit 5 is a chart of 2007 Archdiocesan parish finances.

9.      Attached as Exhibit 5A are excerpts of the 2007 Archdiocesan parish finances.

10.   Attached as Exhibit 6 is a chart of 2008 Archdiocesan parish finances.

11.   Attached as Exhibit 6A are excerpts of the 2008 Archdiocesan parish finances.

12.   Attached as Exhibit 7 is a chart of 2009 Archdiocesan parish finances.

13.   Attached as Exhibit 7A are excerpts of the 2009 Archdiocesan parish finances.

14.   Attached as Exhibit 8 is a chart of 2010 Archdiocesan parish finances.

15.   Attached as Exhibit 8A are excerpts of the 2010 Archdiocesan parish finances.

16.   Attached as Exhibit 9 is a chart of Archdiocesan parish financials 2000-2006.

17.   Attached as Exhibit 10 are various Archdiocesan parish financial reports.

18.   Attached as Exhibit 11 is a Catholic Cemeteries Purchase Agreement.

19.   Attached as Exhibit 12A and 12B is information from the Catholic Cemeteries website.

20.   Attached as Exhibits 13A-J are photos of Resurrection Catholic Cemeteries.

21.   Attached as Exhibits 14A-N are photos of Calvary Catholic Cemeteries.

22.   Attached as Exhibits 15A-J are photos of Gethsemane Catholic Cemeteries.

23.   Attached as Exhibits 16A-I are photos of St. Mary's Catholic Cemeteries.

24.   Attached as Exhibits 17A-E are photos of St. Anthony's Catholic Cemeteries.

I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: May 23, 2016

_____
Jeffrey R. Anderson

2