UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: | Case No. 15-30125 |
| The Archdiocese of Saint Paul and Minneapolis, | Chapter 11 case |
| Debtor. | |

---

**RULE 2019 DISCLOSURE**

---

Jeff Anderson & Associates, P.A. (hereinafter "Jeff Anderson & Associates") submits this disclosure in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.[1]

1. Jeff Anderson & Associates, located at 366 Jackson Street, Suite 100, Saint Paul, Minnesota 55101, individually represents each Sexual Abuse Claimant listed in Exhibit A attached to this disclosure. Due to confidentiality, each Sexual Abuse Claimant listed in Exhibit A has been identified by their Sexual Abuse Proof of Claim Form number assigned by the Clerk of Court. The names and addresses of the confidential Sexual Abuse Claimants are available to permitted parties who have executed a confidentiality agreement and have access to the Sexual Abuse Claim Forms. (Order Establishing Deadlines for Filing Proofs of Claim; Approving Proof of Claim Forms; Approving Form and Manner of Notice; and Approving Confidentiality Procedure, ECF No. 188.)

2. Pursuant to individual, confidential retainer agreements, Jeff Anderson & Associates was individually retained by each Sexual Abuse Claimant listed in Exhibit A to

---

[1]By filing this disclosure, Jeff Anderson & Associates does not concede that Rule 2019 is applicable to the firm because it does not represent "multiple creditors . . . that are (A) acting in concert to advance their common interests . . ." and instead represents each claimant individually. Fed. R. Bankr. P. 2019(b)(1). Previously, Jeff Anderson & Associates filed certain pleadings in this case indicating the Sexual Abuse Claimants represented by the firm were "acting in concert." (ECF Nos. 632, 723, 782.) This, however, was a mistake. The footnotes should have indicated that Jeff Anderson & Associates represented the claimants individually and that the claimants were *not* acting in concert.

pursue claims for damages against the Archdiocese of Saint Paul and Minneapolis as a result of sexual abuse. This includes representing and acting on behalf of each Sexual Abuse Claimant in the bankruptcy case.

3. As of the date of this filing, each Sexual Abuse Claimant maintains an individual economic interest against the Debtor Archdiocese of Saint Paul and Minneapolis that has been disclosed in the Amended Sexual Abuse Survivor Proof of Claim Forms or will be disclosed in the future.

Dated: February 17, 2017

JEFF ANDERSON & ASSOCIATES, P.A.

/e/ Michael G. Finnegan

Jeffrey R. Anderson, #2057
Michael G. Finnegan, #033649X
Elin M. Lindstrom, #0392927
366 Jackson Street, Suite 100
St. Paul, MN 55101
Telephone: 651-227-9990
Facsimile: 651-297-6543
Email: jeff@andersonadvocates.com
Email: mike@andersonadvocates.com
Email: elin@andersonadvocates.com

Attorneys for Certain Abuse Survivor Claimants

## EXHIBIT A

## CLAIMANTS REPRESENTED BY JEFF ANDERSON & ASSOCIATES, P.A.

Claimant No. 3
Claimant No. 4
Claimant No. 5
Claimant No. 6
Claimant No. 7
Claimant No. 8
Claimant No. 9
Claimant No. 10
Claimant No. 11
Claimant No. 12
Claimant No. 13
Claimant No. 14
Claimant No. 15
Claimant No. 16
Claimant No. 17
Claimant No. 18
Claimant No. 19
Claimant No. 20
Claimant No. 21
Claimant No. 23
Claimant No. 24
Claimant No. 25
Claimant No. 26
Claimant No. 27
Claimant No. 28
Claimant No. 29
Claimant No. 30
Claimant No. 31
Claimant No. 32
Claimant No. 34
Claimant No. 36
Claimant No. 37
Claimant No. 38
Claimant No. 39
Claimant No. 40
Claimant No. 41
Claimant No. 42
Claimant No. 43
Claimant No. 44
Claimant No. 45
Claimant No. 46
Claimant No. 47
Claimant No. 48
Claimant Nos. 49 and 299
Claimant No. 50
Claimant No. 51
Claimant No. 52
Claimant No. 53
Claimant No. 54
Claimant No. 55
Claimant No. 56
Claimant No. 57
Claimant No. 58
Claimant No. 59
Claimant No. 60
Claimant No. 61
Claimant No. 62
Claimant No. 63
Claimant No. 64
Claimant No. 65
Claimant No. 66
Claimant No. 67
Claimant No. 68
Claimant No. 69
Claimant No. 70
Claimant No. 71
Claimant No. 72
Claimant No. 73
Claimant No. 74
Claimant No. 75
Claimant No. 76
Claimant No. 77
Claimant No. 78
Claimant No. 79
Claimant No. 80
Claimant No. 81
Claimant No. 82
Claimant No. 83
Claimant No. 84
Claimant No. 85
Claimant No. 86
Claimant No. 87
Claimant No. 88
Claimant No. 89
Claimant No. 90
Claimant No. 91
Claimant No. 92
Claimant No. 93
Claimant No. 94
Claimant No. 95
Claimant No. 96
Claimant No. 97
Claimant No. 98
Claimant No. 99
Claimant No. 100
Claimant No. 101
Claimant No. 102
Claimant No. 103
Claimant No. 104
Claimant No. 105
Claimant No. 106
Claimant No. 107
Claimant No. 108
Claimant No. 109
Claimant No. 110
Claimant No. 111
Claimant No. 112
Claimant No. 113
Claimant No. 114
Claimant No. 115
Claimant No. 116
Claimant No. 117
Claimant No. 118
Claimant No. 119
Claimant No. 120
Claimant No. 121
Claimant No. 122
Claimant No. 123
Claimant No. 124
Claimant No. 125
Claimant No. 126
Claimant No. 127
Claimant No. 128

Claimant No. 129
Claimant No. 130
Claimant No. 131
Claimant No. 132
Claimant No. 133
Claimant No. 134
Claimant No. 135
Claimant No. 136
Claimant No. 137
Claimant No. 138
Claimant No. 139
Claimant No. 140
Claimant No. 141
Claimant No. 142
Claimant No. 144
Claimant No. 145
Claimant No. 146
Claimant No. 148
Claimant No. 149
Claimant No. 150
Claimant No. 151
Claimant No. 152
Claimant No. 153
Claimant No. 154
Claimant No. 157
Claimant No. 158
Claimant No. 159
Claimant No. 160
Claimant No. 161
Claimant No. 162
Claimant No. 163
Claimant No. 164
Claimant No. 165
Claimant No. 166
Claimant No. 167
Claimant No. 168
Claimant No. 169
Claimant No. 170
Claimant No. 171
Claimant No. 172
Claimant No. 173
Claimant No. 174
Claimant No. 175
Claimant No. 177
Claimant No. 178
Claimant No. 179
Claimant No. 180
Claimant No. 181
Claimant No. 182
Claimant No. 183
Claimant No. 184
Claimant No. 185
Claimant No. 186
Claimant No. 187
Claimant No. 188
Claimant No. 189
Claimant No. 190
Claimant No. 191
Claimant No. 192
Claimant No. 195
Claimant No. 196
Claimant No. 197
Claimant No. 198
Claimant No. 199
Claimant No. 200
Claimant No. 202
Claimant No. 203
Claimant No. 204
Claimant No. 205
Claimant No. 206
Claimant No. 207
Claimant No. 208
Claimant No. 209
Claimant No. 211
Claimant No. 212
Claimant No. 213
Claimant No. 214
Claimant No. 215
Claimant No. 217
Claimant No. 218
Claimant No. 220
Claimant No. 221
Claimant No. 222
Claimant No. 223
Claimant No. 224
Claimant No. 225
Claimant No. 230
Claimant No. 231
Claimant No. 232
Claimant No. 233
Claimant No. 234
Claimant No. 235
Claimant No. 236
Claimant No. 237
Claimant No. 238
Claimant No. 239
Claimant No. 244
Claimant No. 245
Claimant No. 246
Claimant No. 247
Claimant No. 248
Claimant No. 249
Claimant No. 250
Claimant No. 251
Claimant No. 252
Claimant No. 253
Claimant No. 254
Claimant No. 255
Claimant No. 256
Claimant No. 257
Claimant No. 258
Claimant No. 262
Claimant No. 263
Claimant No. 264
Claimant No. 265
Claimant No. 266
Claimant No. 267
Claimant No. 268
Claimant No. 269
Claimant No. 270
Claimant No. 271
Claimant No. 272
Claimant No. 273
Claimant No. 274
Claimant No. 275
Claimant No. 276
Claimant No. 288
Claimant No. 289
Claimant No. 290
Claimant No. 291
Claimant No. 292
Claimant No. 293
Claimant No. 294
Claimant No. 295
Claimant No. 296
Claimant No. 297
Claimant No. 298
Claimant No. 300

Claimant No. 301
Claimant No. 302
Claimant No. 303
Claimant No. 304
Claimant No. 305
Claimant No. 306
Claimant No. 307
Claimant No. 308
Claimant No. 313
Claimant No. 314
Claimant No. 315
Claimant No. 316
Claimant No. 317
Claimant No. 318
Claimant No. 319
Claimant No. 320
Claimant No. 321
Claimant No. 322
Claimant No. 323
Claimant No. 324
Claimant No. 325
Claimant No. 326
Claimant No. 327
Claimant No. 328
Claimant No. 329
Claimant No. 330
Claimant No. 331
Claimant No. 332
Claimant No. 333
Claimant No. 334
Claimant No. 335
Claimant No. 336
Claimant No. 337
Claimant No. 338
Claimant No. 339
Claimant No. 340
Claimant No. 341
Claimant No. 342
Claimant No. 343
Claimant No. 344
Claimant No. 345
Claimant No. 346
Claimant No. 347
Claimant No. 348
Claimant No. 349
Claimant No. 350
Claimant No. 351
Claimant No. 352
Claimant No. 353
Claimant No. 354
Claimant No. 355
Claimant No. 356
Claimant No. 357
Claimant No. 358
Claimant No. 359
Claimant No. 360
Claimant No. 361
Claimant No. 362
Claimant No. 363
Claimant No. 364
Claimant No. 365
Claimant No. 366
Claimant No. 367
Claimant No. 368
Claimant No. 369
Claimant No. 373
Claimant No. 374
Claimant No. 375
Claimant No. 376
Claimant No. 377
Claimant No. 392
Claimant No. 393
Claimant No. 394
Claimant No. 395
Claimant No. 396
Claimant No. 397
Claimant No. 398
Claimant No. 399
Claimant No. 400
Claimant No. 401
Claimant No. 402
Claimant No. 403
Claimant No. 405
Claimant No. 406
Claimant No. 407
Claimant No. 409
Claimant No. 411
Claimant No. 415
Claimant No. 421
Claimant No. 422
Claimant No. 423
Claimant No. 424
Claimant No. 425
Claimant No. 426
Claimant No. 427
Claimant No. 428
Claimant No. 429
Claimant No. 430
Claimant No. 431
Claimant No. 432
Claimant No. 433
Claimant No. 434
Claimant No. 435
Claimant No. 436
Claimant No. 437
Claimant No. 438
Claimant No. 439
Claimant No. 440
Claimant No. 441
Claimant No. 442
Claimant No. 443
Claimant No. 444
Claimant No. 445
Claimant No. 446
Claimant No. 447
Claimant No. 448
Claimant No. 449
Claimant No. 450
Claimant No. 451
Claimant No. 452
Claimant No. 453
Claimant No. 454
Claimant No. 455

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Bankruptcy Case No. 15-30125

The Archdiocese of Saint Paul and Minneapolis, Chapter 11 Case

Debtor.

## CERTIFICATE OF SERVICE

Therese Gahler, being duly sworn, deposes and states that on February 17, 2017, she served the following:

Rule 2019 Disclosure

by sending a true and correct copy to all parties receiving electronic notice via the Court's ECF Notice System and on the parties listed below by U.S. Mail:

| | | |
|---|---|---|
| IRS District Counsel<br>380 Jackson Street, Suite 650<br>St. Paul, MN 55101-4804 | Internal Revenue Service<br>Wells Fargo Place<br>30 E. 7th Street<br>Mail Stop 5700<br>St. Paul, MN 55101 | MN Department of Revenue<br>Collection Enforcement<br>551 Bankruptcy Section<br>600 North Robert Street<br>St. Paul, MN 55101-2228 |
| Office of the U.S. Attorney<br>600 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Ramsey County Assessor's Office<br>90 Plato Boulevard W.<br>St. Paul, MN 55107 | Hennepin County Treasurer<br>A600 Government Center<br>Minneapolis, MN 55487 |
| Dakota County<br>1590 Hwy 55<br>Hastings, MN 55033 | Ramsey County<br>P.O. Box 64097<br>Saint Paul, MN 55164 | Social Security Administration<br>CBIZ Payroll<br>2797 Frontage Road, Suite 2000<br>Roanoke, VA 24017 |
| US Dept of HHS – Medicare<br>CBIZ Payroll<br>2797 Frontage Road,<br>Suite 2000<br>Roanoke, VA 24017 | MN Dept of Labor and Industry<br>P.O. Box 64219<br>St. Paul, MN 55164 | The Archdiocese of Saint Paul and Minneapolis<br>c/o Joseph F. Kueppers<br>226 Summit Avenue<br>St. Paul, MN 55102 |
| Premier Bank<br>2866 White Bear Ave<br>Maplewood, MN 55109 | Michael Bazley<br>651 I Street<br>Sacramento, CA 95813 | GE Information Technology Solutions, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208 |

| | | |
|---|---|---|
| Jeff Kahane<br>Duane Morris LLP<br>865 S. Figueroa St., Suite 3100<br>Los Angeles, CA 90017-5450 | Russell Roten<br>Duane Morris LLP<br>865 S. Figueroa St., Suite 3100<br>Los Angeles, CA 90017 | Bremer Bank as Custodian for MN Department of Commerce<br>225 S. Sixth Street, Suite 200<br>Minneapolis, MN 55402 |
| John Philip Borger<br>Faegre Baker Daniels<br>90 S. 7th Street<br>Minneapolis MN 55402 | Eric E. Caugh<br>Zelle Hoffman Voelbel & Mason<br>500 Washington Avenue South<br>Suite 4000<br>Minneapolis, MN 55415 | |

Dated: February 17, 2017.

/s/ Therese Gahler
Therese Gahler