UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

The Archdiocese of Saint Paul and Minneapolis,

Debtor.

ORDER TO DISCLOSE COMPENSATION (DEBTOR)

BKY 15-30125

At Minneapolis, Minnesota, August 31, 2017.

IT IS ORDERED:

1	No later than September 15, 2017, the debtor shall file a report disclosing the compensation earned and expenses incurred by every professional firm retained by the debtor in connection with this case.

2.	For each firm, the report shall disclose:

(i)	the role the firm is serving,

(ii)	the amount of fees and expenses that have been allowed and paid,

(iii)	the amount of fees and expenses allowed but not paid, and

(iv)	the amount of additional fees and expenses accrued through August 31, 2017.

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 08/31/2017
Lori Vosejpka, Clerk, by LH