**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 15-30125 |
| The Archdiocese of Saint Paul and Minneapolis, | Chapter 11 |
| Debtor. | |

**REPORT OF PROFESSIONAL COMPENSATION EARNED AND EXPENSES INCURRED ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The Official Committee of Unsecured Creditors, by and through its undersigned counsel, files this report of compensation earned and expenses incurred by its retained professionals pursuant to the Court's order to disclose compensation [ECF No. 1143].

**Stinson Leonard Street LLP**

(i) <u>Role the Firm is Serving</u>: Stinson Leonard Street LLP serves as counsel to the Committee in carrying out its duties under Title 11.

(ii) <u>Fees and Expenses Allowed and Paid</u>:

Fees – $1,107,115.50
Expenses – $29,431.97

(iii) <u>Fees and Expenses Allowed But Not Paid</u>:

Fees – $1,197,001.00
Expenses – $16,922.13

(iv) <u>Additional Fees and Expenses Accrued Through August 31, 2017</u>:

Fees – $1,477,876.00
Expenses – $44,756.09

1

**CBRE, Inc.**

(i) <u>Role the Firm is Serving</u>: CBRE, Inc. serves as real estate consultant and appraiser for the Committee.

(ii) <u>Fees and Expenses Allowed and Paid</u>:

Fees – $123,404.17
Expenses – $3,325.00

(iii) <u>Fees and Expenses Allowed But Not Paid</u>:

Fees – $0
Expenses – $0

(iv) <u>Additional Fees and Expenses Accrued Through August 31, 2017</u>:

Fees – $0
Expenses – $0

| | |
|---|---|
| Dated: September 15, 2017 | /e/ *Robert T. Kugler* |
| | Robert T. Kugler (#194116) |
| | Edwin H. Caldie (#0388930) |
| | Brittany M. Michael (#0397592) |
| | **STINSON LEONARD STREET LLP** |
| | 150 South Fifth Street, Suite 2300 |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 335-1500 |
| | Facsimile: (612) 335-1657 |
| | Email: robert.kugler@stinson.com |
| | Email: edwin.caldie@stinson.com |
| | Email: brittany.michael@stinson.com |
| | |
| | **COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |