# SETTLEMENT AGREEMENT, RELEASE, AND POLICY BUYBACK

This Settlement Agreement, Release, and Policy Buyback ("Agreement") is hereby made by, between, and among the "Archdiocese" (as defined below), the other "Archdiocese Parties" (as defined below) on whose behalf this Agreement is executed, the "Parishes" (as defined below), the other "Parish Parties" (as defined below) on whose behalf this Agreement is executed, the "Seminary" (as defined below), the other "Seminary Parties" (as defined below) on whose behalf this Agreement is executed, and the "Settling Insurers" (as defined below).

## RECITALS

WHEREAS, numerous individuals have asserted certain "Tort Claims" (as defined below) against the Archdiocese, the Parishes, and the Seminary;

WHEREAS, the "Settling Insurer Entities" (as defined below) issued, allegedly issued, or may have issued certain insurance policies that insure or allegedly insure the Archdiocese Parties, the Parish Parties and/or the Seminary Parties (the "Settling Insurer Entity Policies" as defined below);

WHEREAS, certain disputes between the Archdiocese Parties, the Parish Parties, the Seminary Parties (collectively, the "Catholic Parties"), and the Settling Insurers have arisen and/or may arise in the future concerning the Settling Insurers' positions regarding the nature and scope of their responsibilities, if any, to provide coverage to the Catholic Parties under the Settling Insurer Entity Policies including in connection with Tort Claims (the "Coverage Disputes"), including those disputes at issue in the lawsuit captioned *Archdiocese of St. Paul and Minneapolis v. The Continental Insurance Company, et al.*, Adversary Proceeding No. 15-3013 pending in the United States Bankruptcy Court for the District of Minnesota (the "Coverage Suit");

WHEREAS, on January 16, 2015 (the "Petition Date"), the Archdiocese filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Minnesota (the "Bankruptcy Court"), Case No. 15-30125 (the "Reorganization Case");

WHEREAS, through this Agreement, the Catholic Parties and the Settling Insurers, without any admission of liability or concession of the validity of the positions or arguments advanced by each other, now wish to compromise and resolve fully and finally any and all Coverage Disputes and all other disputes between and among them relating to the Catholic Parties, the Coverage Disputes, the Settling Insurer Entity Policies, and/or Tort Claims;

WHEREAS, through this Agreement, the Catholic Parties intend to provide the Settling Insurer Entities with the broadest possible release and the broadest possible buyback with respect to the Settling Insurer Entity Policies and to provide that the Settling Insurer Entities shall have no further obligations now or in the future to the "Protected Parties" (as defined below) and no further obligations now or in the future under, arising from, or related to the Settling Insurer Entity Policies;

WHEREAS, as part of the compromise and resolution of the Coverage Disputes, the Archdiocese Parties and the Archdiocese Settling Insurers wish to effect a sale of the

Archdiocese Settling Insurer Entity Policies issued or allegedly issued to the Archdiocese and the Archdiocese's Interests in the other Archdiocese Settling Insurer Entity Policies, pursuant to 11 U.S.C. §§ 105 and 363; and

NOW, THEREFORE, in consideration of the foregoing recitals and of the mutual covenants contained in this Agreement, the sufficiency of which is hereby acknowledged, and intending to be legally bound, subject to the approval of the Bankruptcy Court, the Catholic Parties and the Settling Insurers hereby agree as follows:

## 1. DEFINITIONS

1.1.  As used in this Agreement, the following terms shall have the meanings set forth below or in the recitals.  Capitalized terms not defined below, herein, or in the recitals shall have the meanings given to them in the Bankruptcy Code.

1.1.1.  "Abuse" means (a) any actual or alleged sexual conduct, misconduct, abuse, or molestation, including actual or alleged "sexual abuse" as that phrase is defined in Minnesota Statutes § 541.073(1); (b) indecent assault or battery, rape, lascivious behavior, undue familiarity, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm; (c) contacts or interactions of a sexual nature; or (d) assault, battery, corporal punishment, or other act of physical, psychological, or emotional abuse, humiliation, intimidation, or misconduct.

1.1.2.  "Archdiocese" means the Archdiocese of St. Paul and Minneapolis, which is the diocesan corporation formed pursuant to Minnesota Statutes § 315.16 that is the public juridic person of the Roman Catholic Archdiocese of Saint Paul and Minneapolis, as now constituted or as it may have been constituted, and the Estate (pursuant to section 541 of the Bankruptcy Code).

1.1.3.  "Archdiocese Insurance Policy(ies)" means (a) all insurance policies identified on Exhibit 1 and (b) any and all other known and unknown contracts, binders, certificates, or policies of insurance, in effect on or before the Effective Date that were issued to, allegedly issued to, or for the benefit of, or subscribed on behalf of or that otherwise actually, allegedly, or potentially insure, the Archdiocese or any of its predecessors in interest, successors or assigns, and that actually, allegedly, or could potentially afford coverage with respect to any Tort Claim; provided, however, that if a contract, binder, certificate, or policy of insurance that is not identified on Exhibit 1 and was not issued or subscribed on behalf of or allegedly issued to or subscribed on behalf of the Archdiocese insures or covers both the Archdiocese and another Person, such contract, binder, certificate, or policy of insurance is an "Archdiocese Insurance Policy" to the extent it insures or covers the Archdiocese, but not to the extent it insures or covers any other Person.

1.1.4.  "Archdiocese Other Insured Entities" means any Person, including those entities listed on Exhibit 1, insured or covered or allegedly insured or covered under an Archdiocese Settling Insurer Entity Policy that was issued or allegedly issued to the Archdiocese, but only with respect to any Claim that would be covered or alleged to be covered under that Archdiocese Settling Insurer Entity Policy but for this Agreement, including Tort Claims based on alleged Abuse that occurred in whole or in part during

2

the effective period of that Archdiocese Settling Insurer Entity Policy. Notwithstanding the foregoing, "Archdiocese Other Insured Entities" does not include the Archdiocese, the Parishes, or the Seminary.

1.1.5.   "Archdiocese Parties" means collectively the Archdiocese and: (a) each of the past, present, and future parents, subsidiaries, merged companies, divisions, and acquired companies of the Archdiocese; (b) any and all named insureds, insureds, and additional insureds under the Archdiocese Settling Insurer Entity Policies; (c) each of the foregoing Persons' respective past, present, and future parents, subsidiaries, merged companies, divisions, and acquired companies; (d) each of the foregoing Persons' respective predecessors, successors, and assigns; and (e) any and all past and present employees, officers, directors, shareholders, principals, teachers, staff, members, boards, administrators, priests, deacons, brothers, sisters, nuns, other clergy or Persons bound by monastic vows, volunteers, agents, attorneys, and representatives of the Persons identified in the foregoing subsections (a)-(d), in their capacity as such. Nothing in the foregoing is intended to suggest that such Persons are "employees" or agents of the Archdiocese or subject to its control. An individual who perpetrated an act of Abuse that forms the basis of a Tort Claim is not an Archdiocese Party as to that Tort Claim. No religious order, diocese, or archdiocese, other than the Archdiocese itself, is an Archdiocese Party, except to the extent such religious order, diocese, or archdiocese is an Archdiocese Other Insured Entity.

1.1.6.   "Archdiocese Settling Insurers" means Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company); Northfield Insurance Company; St. Paul Surplus Lines Insurance Company; and St. Katherine Insurance Company PLC (now known as Travelers Insurance Company Limited).

1.1.7.   "Archdiocese Settling Insurer Entity Policies" means any and all Archdiocese Insurance Policies issued, subscribed to, or underwritten in whole or in part or allegedly issued, subscribed to, or underwritten in whole or in part by a Settling Insurer Entity.

1.1.8.   "Bankruptcy Plan Effective Date" means the date upon which all of the Bankruptcy Orders (as defined in Section 3.1) become Non-Appealable Orders and all the conditions set forth in Sections 13.1 of the Joint Plan have been satisfied.

1.1.9.   "Catholic Entities" means the Parishes and those Persons listed on Exhibit 2.

1.1.10. "Channeled Claim" means any Tort Claim, any Related Insurance Claim, or any other Claim against any of the Protected Parties or the Settling Insurer Entities that, directly or indirectly, arises out of, relates to, or is in connection with any Tort Claim, any Related Insurance Claim, any Class 13 Claims (as defined in the Joint Plan), any Medicare Claim, and any Claim covered by the Channeling and Supplemental Insurer Injunctions in Article XIV of the Joint Plan.

1.1.11. "Claim" means any past, present or future claim, demand, action, request, cause of action, suit, proceeding or liability of any kind or nature whatsoever, whether at law or equity, known or unknown, actual or alleged, asserted or not asserted, suspected or not suspected, anticipated or unanticipated, accrued or not accrued, fixed or contingent, which has been or may be asserted by or on behalf of any Person, whether seeking

3

damages (including compensatory, punitive or exemplary damages) or equitable, mandatory, injunctive, or any other type of relief, including cross-claims, counterclaims, third-party claims, suits, lawsuits, administrative proceedings, notices of liability or potential liability, arbitrations, actions, rights, causes of action or orders, and any other claim within the definition of "claim" in section 101(5) of the Bankruptcy Code.

1.1.12. "Covered Non-Tort Claim" means any Claim, other than Tort Claims, Related Insurance Claims, or Medicare Claims, for which the Archdiocese, a Catholic Entity, Other Insured Entity, or the Seminary would otherwise have coverage under a Settling Insurer Entity Policy but as a result of the sale, transfer, or release by the Debtor, the Catholic Entity or the Seminary of such Settling Insurer Entity Policy pursuant to an Insurance Settlement Agreement (as defined in the Joint Plan), the Archdiocese, Catholic Entity, Other Insured Entity, or Seminary does not have insurance coverage for such Claim(s).

1.1.13. "Effective Date" means the date on which this Agreement has been executed by all of the Parties.

1.1.14. "Extra-Contractual Claim" means any Claim against any of the Settling Insurer Entities based, in whole or in part, on allegations that any of the Settling Insurer Entities acted in bad faith or in breach of any express or implied duty, obligation or covenant, contractual, statutory or otherwise, including any Claim on account of alleged bad faith; failure to act in good faith; violation of any express or implied duty of good faith and fair dealing; violation of any unfair claims practices act or similar statute, regulation, or code; any type of alleged misconduct; or any other act or omission of any of the Settling Insurer Entities of any type for which the claimant seeks relief other than coverage or benefits under a policy of insurance. Extra-Contractual Claims include: (a) any claim that, directly or indirectly, arises out of, relates to, or is in connection with any of the Settling Insurer Entities' handling of any Claim or any request for insurance coverage, including any request for coverage for any Claim; (b) any Claim that, directly or indirectly, arises out of, relates to, or is in connection with any of the Settling Insurer Entity Policies, or any contractual duties arising therefrom, including any contractual duty to defend any of the Protected Parties against any Claim; and (c) any Claim that directly or indirectly, arises out of, relates to, or is in connection with the conduct of the Settling Insurer Entities with respect to the negotiation of this Agreement or the Joint Plan.

1.1.15. "Future Tort Claim" means any Tort Claim that was neither filed, nor deemed filed, by May 25, 2016, and is held by (a) an individual who was at the time of the Petition Date under a disability recognized by Minn. Stat. § 541.15, subds. 1, 2 and 3 (or other applicable law suspending the running of the limitation period, if any, other than Minn. Stat. § 541.15, subd. 4); (b) an individual who was abused through and including the Effective Date and whose claim is timely under Minn. Stat. § 541.073 subd. 2 as amended in 2013; (c) an individual who has a Tort Claim that was barred by the statute of limitations as of August 3, 2015 but is no longer barred by the applicable statute of limitations for any reason, including the enactment of legislation that revises previously time-barred Tort Claims; or (d) any other individual or class of individuals

the Future Tort Claim Representative can identify that would have had a Tort Claim on or prior to the Bankruptcy Plan Effective Date.

1.1.16. "<u>High Schools</u>" means Benilde-St. Margaret's School ("Benilde") and De La Salle High School ("De La Salle"), both organized under Minnesota Statues Chapter 317A, and Totino-Grace High School ("Totino Grace") organized under Minnesota Statues Chapter 333A.

1.1.17. "<u>Interests</u>" means all liens, Claims, encumbrances, interests, and other rights of any nature, whether at law or in equity, including any rights of contribution, indemnity, defense, subrogation, or similar relief.

1.1.18. "<u>Joint Plan</u>" refers to the Second Amended Joint Chapter 11 Plan Of Reorganization Of The Archdiocese Of St. Paul And Minneapolis [ECF Doc. No. 1223] in the Reorganization Case and any subsequent amendment thereto agreed to by the Settling Insurers as provided herein.

1.1.19. "<u>Medicare Claims</u>" means any and all Claims relating to Tort Claims by the Centers for Medicare & Medicaid Services of the United States Department of Health and Human Services and/or any other agent or successor Person charged with responsibility for monitoring, assessing, or receiving reports made under MMSEA and pursuing Claims under MSPA, including Claims for reimbursement of payments made to Tort Claimants who recover or receive any distribution from the Trust and Claims relating to reporting obligations.

1.1.20. "<u>Medicare Trust Fund</u>" means a U.S. Treasury-held trust fund account from which Medicare is funded or from which Medicare disbursements are paid, including the Hospital Insurance Trust Fund and the Supplementary Medical Insurance (SMI) Trust Fund.

1.1.21. "<u>MMSEA</u>" means § 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (P.L.110-173).

1.1.22. "<u>MSPA</u>" means 42 U.S.C. § 1395y <u>et</u> <u>seq</u>., or any other similar statute or regulation, and any related rules, regulations, or guidance issued in connection therewith or amendments thereto, including the regulations promulgated thereunder, found at 42 C.F.R. § 411.1 *et seq.*

1.1.23. "<u>Non-Appealable Order</u>" means an order, judgment, or other decree (including any modification or amendment thereof) that remains in effect and has not been reversed, withdrawn, vacated, or stayed, and as to which the time to appeal or seek review, rehearing, or writ of certiorari has expired and as to which no appeal, petition for certiorari, or other proceedings for reargument or rehearing shall then be pending or as to which, if such an appeal, writ of certiorari, review, reargument, or rehearing has been sought, (a) appeal, certiorari, review, reargument, or rehearing has been denied or dismissed and the time to take any further appeal or petition for certiorari, review, reargument, or rehearing has expired; or (b) such order has been affirmed by the highest court to or in which such order was appealed, reviewed, reargued, or reheard or that granted certiorari and the time to take any further appeal or petition for certiorari,

5

review, reargument, or rehearing has expired; provided, however, that the possibility that a motion under Rule 59 or Rule 60 of the Federal Rules of Civil Procedure or any analogous rule under the Bankruptcy Rules may be filed with respect to such order shall not cause such order not to be a "Non-Appealable Order."

1.1.24. "Other Insured Entities" means the Archdiocese Other Insured Entities, the Parish Other Insured Entities, and the Seminary Other Insured Entities.

1.1.25. "Parishes" means all past and present parishes of or in the Archdiocese, including any current Diocese of New Ulm parish that was previously a parish of the Archdiocese but only for the time period prior to when it joined the Diocese of New Ulm. "Parishes" includes all the parishes identified on Exhibit 3.

1.1.26. "Parish Insurance Policy(ies)" means any and all known and unknown contracts, binders, certificates, or policies of insurance in effect on or before the Effective Date that were issued to, allegedly issued to, or for the benefit of, or that otherwise actually, allegedly, or potentially insure, a Parish or any of its predecessors in interest, successors or assigns and that actually, allegedly, or could potentially afford coverage with respect to a Tort Claim; provided, however, that if a contract, binder, certificate, or policy of insurance that was not issued or allegedly issued to a Parish insures or covers both a Parish and another Person, that contract, binder, certificate, or policy of insurance is a "Parish Insurance Policy" to the extent it insures or covers a Parish, but not to the extent it insures any other Person. For the avoidance of doubt, "Parish Insurance Policies" does not include any Archdiocese Insurance Policy that was issued or allegedly issued to the Archdiocese.

1.1.27. "Parish Other Insured Entities" means any Person insured or covered or allegedly insured under a Parish Settling Insurer Entity Policy that was issued or allegedly issued to a Parish and any and all past and present employees, officers, directors, shareholders, principals, teachers, staff, members, boards, administrators, priests, deacons, brothers, sisters, nuns, other clergy or religious, volunteers, agents, attorneys, and representatives of such Person, but only with respect to any Claim that would be covered or alleged to be covered under that Parish Settling Insurer Entity Policy, including any Tort Claims based on alleged Abuse that occurred in whole or in part during the effective periods of that Parish Settling Insurer Entity Policy. Notwithstanding the foregoing, "Parish Other Insured Entities" does not include the Archdiocese, the Parishes, or the Seminary.

1.1.28. "Parish Parties" means the Parishes and: (a) each of the past, present, and future parents, subsidiaries, merged companies, divisions, and acquired companies of the Parishes; (b) any and all named insureds, insureds, and additional insureds under the Parish Settling Insurer Entity Policies; (c) each of the foregoing Persons' respective past, present, and future parents, subsidiaries, merged companies, divisions and acquired companies; (d) each of the foregoing Persons' respective predecessors, successors and assigns; and (e) any and all past and present employees, officers, directors, shareholders, principals, teachers, staff, members, boards, administrators, priests, deacons, brothers, sisters, nuns, other clergy or religious, volunteers, agents, attorneys, and representatives of the Persons identified in the foregoing subsections (a)-(d). Nothing in the foregoing is intended to suggest that such Persons are "employees"

6

or agents of a Parish or subject to its control.  An individual who perpetrated an act of Abuse that forms the basis of a Tort Claim is not a Parish Party with respect to that Tort Claim. No religious order, diocese, or archdiocese is a Parish Party, except to the extent such religious order, diocese, or archdiocese is a Parish Other Insured Entity.

1.1.29. "Parish Settling Insurers" means Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company), Northfield Insurance Company, St. Paul Surplus Lines Insurance Company, and St. Katherine Insurance Company PLC (now known as Travelers Insurance Company Limited); Travelers Indemnity Company; St. Paul Fire and Marine Insurance Company;  United States Fidelity and Guaranty Company; and Phoenix Insurance Company.

1.1.30. "Parish Settling Insurer Entity Policies" means any and all Parish Insurance Policies issued, subscribed to, or underwritten in whole or in part or allegedly issued, subscribed to, or underwritten in whole or in part by a Settling Insurer Entity.

1.1.31. "Parties" means the Archdiocese, the other Archdiocese Parties on whose behalf this Agreement is executed, the Parishes, the other Parish Parties on whose behalf this Agreement is executed, the Seminary, the other Seminary Parties on whose behalf this Agreement is executed and the Settling Insurers.

1.1.32. "Person" means any individual or entity, including any corporation, limited liability company, partnership, general partnership, limited partnership, limited liability partnership, limited liability limited partnership, proprietorship, association, joint stock company, joint venture, estate, trust, trustee, personal executor or personal representative, unincorporated association, or other entity, including any federal, international, foreign, state, or local governmental or quasi-governmental entity, body, or political subdivision or any agency or instrumentality thereof and any other individual or entity within the definition of (a) "person" in section 101(41) of the Bankruptcy Code; or (b) "entity" in section 101(15) of the Bankruptcy Code.

1.1.33. "Protected Party" means any of the Archdiocese Parties, the Reorganized Debtor, the High Schools, the Seminary Parties, the Annual Appeal, Catholic Youth Camp, Catholic Youth Center and the Parish Parties and, solely to the extent of and in their capacity as such, their respective predecessors and successors, and all of the foregoing Persons' past, present, and future members, shareholders, trustees, officers, directors, officials, employees, agents, representatives, servants, contractors, consultants, volunteers, attorneys, professionals, insiders, subsidiaries, merged or acquired companies or operations, and their successors and assigns; but an individual who perpetrated an act of Abuse that forms the basis of a Tort Claim is not a Protected Party for that Tort Claim. Protected Party also includes (a) the Other Insured Entities and (b)  solely to the extent of and in their capacity as such, the Other Insured Entities' respective predecessors and successors, and all of the foregoing Person's, past, present, and future members, shareholders, trustees, officers, directors, officials, employees, agents, representatives, servants, contractors, consultants, volunteers, attorneys, professionals, insiders, subsidiaries, merged or acquired companies or operations, and their successors and assigns, but only for Claims with respect to which the corresponding Other Insured Entity is an Other Insured Entity. For the avoidance of doubt, and as more fully set forth in the definition of "Archdiocese Other Insured

7

Entities," "Parish Other Insured Entities", and "Seminary Other Insured Entities", "Other Insured Entities," are Protected Parties only as to certain Claims, including only certain Tort Claims. For the avoidance of doubt, no religious order, diocese or archdiocese other than the Archdiocese itself is a Protected Party except to the extent the religious order, diocese or archdiocese is an Other Insured Entity.

1.1.34. "Related Insurance Claim" means (a) any Claim by any Person against any Protected Party or a Settling Insurer Entity that, directly or indirectly, arises from, relates to, or is in connection with a Tort Claim, including any such Claim for defense, indemnity, contribution, subrogation, or similar relief or any direct action or claim, including an action or claim under Minn. Stat. § 60A.08, subd. 8; and (b) any Extra-Contractual Claim.

1.1.35. "Reorganized Debtor" means the Archdiocese, on and after the Bankruptcy Plan Effective Date.

1.1.36. "Seminary" means The St. Paul Seminary.

1.1.37. "Seminaries" means the Seminary and St. John Vianney Seminary.

1.1.38. "Seminary Insurance Policy(ies)" means any and all known and unknown contracts, binders, certificates, or policies of insurance in effect on or before the Effective Date that were issued to, allegedly issued to, or for the benefit of, or that otherwise actually, allegedly, or potentially insure the Seminary or any of its predecessors in interest, successors or assigns and that actually, allegedly, or could potentially afford coverage with respect to a Tort Claim; provided, however, that if a contract, binder, certificate, or policy of insurance that was not issued or allegedly issued to the Seminary insures or covers both the Seminary and another Person, that contract, binder, certificate, or policy of insurance is a "Seminary Insurance Policy" to the extent it insures the Seminary, but not to the extent it insures or covers any other Person.  For the avoidance of doubt, "Seminary Insurance Policies" does not include any Archdiocese Insurance Policy that was issued or allegedly issued to the Archdiocese.

1.1.39. "Seminary Settling Insurers" means the Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company), Northfield Insurance Company, St. Paul Surplus Lines Insurance Company, and St. Katherine Insurance Company PLC (now known as Travelers Insurance Company Limited); Travelers Indemnity Company; St. Paul Fire and Marine Insurance Company;  United States Fidelity and Guaranty Company; and Phoenix Insurance Company.

1.1.40. "Seminary Parties" means the Seminary: (a) each of its past, present, and future parents, subsidiaries, merged companies, divisions, and acquired companies; (b) any and all named insureds, insureds, and additional insureds under the Seminary Settling Insurer Entity Policies; (c) each of the foregoing Persons' respective past, present, and future parents, subsidiaries, merged companies, divisions and acquired companies; (d) each of the foregoing Persons' respective predecessors, successors and assigns; and (e) any and all past and present employees, officers, directors, shareholders, principals, teachers, staff, members, boards, administrators, priests, deacons, brothers, sisters,

nuns, other clergy or religious, volunteers, agents, attorneys, and representatives of the Persons identified in the foregoing subsections (a)-(d). Nothing in the foregoing is intended to suggest that such Persons are "employees" or agents of the Seminary or subject to its control. An individual who perpetrated an act of Abuse that forms the basis of a Tort Claim is not the Seminary Party with respect to that Tort Claim. No religious order, diocese, or archdiocese is a Seminary Party, except to the extent such religious order, diocese, or archdiocese is a Seminary Other Insured Entity.

1.1.41. "Seminary Other Insured Entities" means any Person insured or covered or allegedly insured under a Seminary Settling Insurer Entity Policy that was issued or allegedly issued to the Seminary and any and all past and present employees, officers, directors, shareholders, principals, teachers, staff, members, boards, administrators, priests, deacons, brothers, sisters, nuns, other clergy or religious, volunteers, agents, attorneys, and representatives of such Person, but only with respect to any Claim that would be covered or alleged to be covered under that Seminary Settling Insurer Entity Policy but for this Agreement, including any Tort Claims based on alleged Abuse that occurred in whole or in part during the effective periods of that Seminary Settling Insurer Entity Policy. Notwithstanding the foregoing, "Seminary Other Insured Entities" does not include the Archdiocese, the Parishes, or the Seminary.

1.1.42. "Seminary Settling Insurer Entity Policies" means any and all Seminary Insurance Policies issued, subscribed to, or underwritten in whole or in part or allegedly issued, subscribed to, or underwritten in whole or in part by a Seminary Settling Insurer Entity; provided, however, that any Seminary Insurance Policy that was issued by a Seminary Settling Insurer Entity to the Seminary for an effective period commencing on or after July 1, 2007 is a "Seminary Settling Insurer Entity Policy" only to the extent it actually, allegedly, or could potentially afford coverage in connection with Tort Claims.

1.1.43. "Settlement Amount" means the Travelers Settlement Amount (as defined in Section 3.4 below).

1.1.44. "Settling Insurer Entities" means the Archdiocese Settling Insurers, the Parish Settling Insurers, and the Seminary Settling Insurers, and each of their past, present and future parents, subsidiaries, affiliates, and divisions; each of the foregoing Persons' respective past, present, and future parents, subsidiaries, affiliates, holding companies, merged companies, related companies, divisions and acquired companies; each of the foregoing Persons' respective past, present and future directors, officers, shareholders, employees, partners, principals, agents, attorneys, joint ventures, joint venturers, representatives, and claims handling administrators; and each of the foregoing Persons' respective predecessors, successors, assignors, and assigns, whether known or unknown, and all Persons acting on behalf of, by, through or in concert with them.

1.1.45. "Settling Insurer Entity Policies" means the Archdiocese Settling Insurer Entity Policies, the Parish Settling Insurer Entity Policies, and the Seminary Settling Insurer Entity Policies.

1.1.46. "Settling Insurers" means the Archdiocese Settling Insurers, the Parish Settling Insurers, and the Seminary Settling Insurers.

1.1.47. "<u>Tort Claim</u>" means any Claim against any of the Protected Parties that arises out of, relates to, results from, or is in connection with, in whole or in part, directly or indirectly, Abuse that took place in whole or in part prior to the Bankruptcy Plan Effective Date, including any such Claim that seeks monetary damages or any other relief, under any theory of liability, including vicarious liability; respondeat superior; any fraud-based theory, including fraud in the inducement; any negligence-based or employment-based theory, including negligent hiring, supervision, retention or misrepresentation; any other theory based on misrepresentation, concealment, or unfair practice; contribution; indemnity; public or private nuisance; or any other theory, including any theory based on public policy or any acts or failures to act by any of the Protected Parties or any other Person for whom any of the Protected Parties are allegedly responsible, including any such Claim asserted against any of the Protected Parties in connection with the Reorganization Case.  "Tort Claim" includes any Future Tort Claim.

1.1.48. "<u>Tort Claimant</u>" means any Person holding a Tort Claim.

1.1.49. "<u>Trust</u>" means the trust or trusts established pursuant to the Joint Plan.

## 2.  THE REORGANIZATION CASE AND JOINT PLAN

2.1   The Archdiocese and the Official Committee of Unsecured Creditors (the "UCC") appointed by the United States Trustee in the Reorganization Case filed the Joint Plan on June 28, 2018.  This Agreement is contingent on the Joint Plan being amended to the Settling Insurers' satisfaction, including as set forth in Section 2.1.4.  The Joint Plan so amended, and any subsequent amendments thereto, shall be in all respects consistent with this Agreement and shall not deprive the Settling Insurer Entities of any right or benefit under this Agreement or otherwise adversely affect the rights and interests of the Settling Insurer Entities under this Agreement, and must, in form and substance, be approved by the Settling Insurers.  As set forth in the Joint Plan, in the event of a conflict between the Joint Plan and this Agreement, this Agreement shall control and shall be deemed incorporated into the Joint Plan to the extent necessary to effectuate such result.

2.1.1   The Joint Plan includes, and shall include, an injunction (the "<u>Channeling Injunction</u>") in substantially the form of Section 14.3 of the Joint Plan as filed on June 28, 2018, with only such modifications as are acceptable to the Settling Insurers, pursuant to section 105(a) of the Bankruptcy Code.

2.1.2   The Joint Plan shall also include an injunction (the "<u>Supplemental Injunction</u>") in substantially the form of Exhibit 4, with only such modifications as are acceptable to the Settling Insurers, pursuant to sections 105(a) and 363 of the Bankruptcy Code. Neither the Channeling Injunction nor the Supplemental Injunction shall be construed to bar either (a) a Claim based on Abuse against a Person who is not a Protected Party or a Settling Insurer Entity or (b) a Claim by such Person for insurance coverage in connection with a Claim described in the foregoing subsection (a) under an insurance policy other than the Settling Insurer Entity Policies.

141559966.17

2.1.3    The Joint Plan does and shall identify the Protected Parties and Settling Insurer Entities as parties protected by the Channeling Injunction and the Supplemental Injunction and shall contain a Section 7.7 that provides as follows:

(a)    In consideration of the releases and Channeling Injunction and other covenants set forth herein, subject to the occurrence of the Bankruptcy Plan Effective Date, each of the Archdiocese Parties:

(1)    Irrevocably and unconditionally, without limitation, releases, acquits, forever discharges, and waives any Claims and/or Interests they have or might have now or in the future against the other Protected Parties, the Reorganized Debtor, and the Settling Insurer Entities with respect to any and all Related Insurance Claims, any contribution, subrogation, indemnification, or other similar Claim arising from or relating to Tort Claims, and any Settling Insurer Entity Policies; and

(2)    Consents to the sale of Archdiocese Parties' Claims and/or Interests, if any, in the Settling Insurer Entity Policies in accordance with this Agreement and to the contribution of the proceeds from such sale and settlement to the Trust, as provided in the Joint Plan.

(b)    In consideration of the releases and Channeling Injunction and other covenants set forth herein, subject to the occurrence of the Bankruptcy Plan Effective Date, each of the Catholic Entities:

(1)    Irrevocably and unconditionally, without limitation, releases, acquits, forever discharges, and waives any Interests they have or might have now or in the future against the other Protected Parties, the Reorganized Debtor, and the Settling Insurer Entities with respect to any and all Related Insurance Claims, any contribution and indemnity claims arising from or relating to Tort Claims, and any Settling Insurer Entity Policies; and

(2)    Consents to the sale of such Catholic Entity's Interests, if any, in the Settling Insurer Entity Policies in accordance with this Agreement and to the contribution of the proceeds from such sale and settlement to the Trust, as provided in the Joint Plan.

(c)    In consideration of the releases and Channeling Injunction and other covenants set forth herein, subject to the occurrence of the Bankruptcy Plan Effective Date, each of the Other Insured Entities:

(1)    Irrevocably and unconditionally, without limitation, releases, acquits, forever discharges, and waives any Interests they have or might have now or in the future against the other Protected Parties, the Reorganized Debtor, and the Settling Insurer Entities in connection with the Settling Insurer Entity Policies with respect to any and all Related Insurance Claims, and any contribution and indemnity claims arising from or relating to Tort Claims; and

141559966.17

(2)     Consents to the sale of such Other Insured Entity's Interests, if any, in the Settling Insurer Entity Policies in accordance with this Agreement and to the contribution of the proceeds from such sale and settlement to the Trust, as provided in the Joint Plan.

(d)     In consideration of the releases and Channeling Injunction and other covenants set forth herein, subject to the occurrence of the Bankruptcy Plan Effective Date, each of the Seminaries:

(1)     Irrevocably and unconditionally, without limitation, releases, acquits, forever discharges, and waives any Interests they have or might have now or in the future against the other Protected Parties, the Reorganized Debtor, and the Settling Insurer Entities with respect to any and all Related Insurance Claims, and any contribution and indemnity claims arising from or relating to Tort Claims, and any Settling Insurer Entity Policies; and

(2)     Consents to the sale of such Seminaries' Interests, if any, in the Settling Insurer Entity Policies in accordance with the "Insurance Settlement Agreements" (as defined in the Joint Plan) and to the contribution of the proceeds from such sales and settlements to the Trust, as provided in the Joint Plan.

(v)     Nothing in Sections 7.7(a) through 7.7(d) of the Joint Plan shall be construed to bar either (a) a Claim based on Abuse against a Person who is not a Protected Party or a Settling Insurer Entity or (b) a Claim by such Person for insurance coverage in connection with a Claim described in the foregoing subsection (a) under an insurance policy other than the Settling Insurer Entity Policies.

2.1.4   The Joint Plan does and shall provide that this Agreement is binding on the Trust.  The Joint Plan shall provide: The Trust shall establish a "Medicare Holdback" and such Medicare Holdback shall consist of the proceeds of the Archdiocese Home Liquidation Claim (as described in Section 5.1(b)(2)(vi) of the Joint Plan). The Trust shall not distribute any portion of the Medicare Holdback until such time as the Medicare Procedures (defined below) are completed by the Trust.  The "Medicare Procedures" to be completed by the Trust are as follows: (a) immediately upon confirmation, the Trustee shall make a query to the Social Security Administration (the "SSA Query"), with respect to each Tort Claimant, to determine whether each Tort Claimant is eligible to receive, is receiving, or has received Medicare benefits ("Medicare Eligible"); (b) within ten (10) calendar days after the Confirmation Date, the Trust shall provide to the Settling Insurers and, if requested, the Archdiocese, information sufficient to allow the Settling Insurers to perform their own SSA queries to the extent they wish to do so; (c) in the event that one or more Tort Claimants is/are identified through the SSA Query process as Medicare Eligible, the Trust shall complete a query to the Centers for Medicare and Medicaid Services ("CMS") for each such Tort Claimant to determine whether any payment ("Conditional Payment") made pursuant to Section 1395y(b)(2)(B) of the MSPA has been made to or on behalf of that Tort Claimant arising from or relating to treatment for Abuse; (d) if any Conditional

Payment has been made to or on behalf of that Tort Claimant, the Trustee shall, within the time period called for by the MSPA, reimburse the appropriate Medicare Trust Fund for the appropriate amount, and submit the required information for that Tort Claimant to the appropriate agency of the United States government; and (e) upon resolution of all CMS inquiries or matters relating to Section 2.1.4(c) and (d) above, the Medicare Holdback shall be immediately available for distribution by the Trust.  The Trustee's obligation to make the reimbursements required by Section 2.1.4(d) above and to indemnify the Settling Insurers and the other Parties as provided herein with respect to Medicare Claims, Tort Claims, and Related Insurance Claims is not limited to the amount of the Medicare Holdback.  The Joint Plan shall continue to provide that:

2.1.4.1        It is the position of the Parties that none of the Parties nor the Trust will have any reporting obligations in respect of their contributions to the Trust, or in respect of any payments, settlements, resolutions, awards, or other claim liquidations by the Trust, under the reporting provisions of MSPA or MMSEA. Prior to making any payments to any claimants, the Trust shall seek a statement or ruling from the United States Department of Health and Human Services ("HHS") that the Trust and the Parties have no reporting obligations under MMSEA with respect to payments to the Trust by the Parties or payments by the Trust to claimants.    Unless and until there is definitive regulatory, legislative, or judicial authority (as embodied in a final non-appealable decision from the United States Court of Appeals for the Eighth  Circuit or the United States Supreme Court), or a letter from the Secretary of Health and Human Services confirming that the Parties have no reporting obligations under MMSEA with respect to any settlements, payments, or other awards made by the Trust or with respect to contributions the Parties have made or will make to the Trust, the Trust shall, at its sole expense, in connection with the implementation of the Joint Plan, act as a reporting agent for the Parties, and shall timely submit all reports that would be required to be made by the Parties under MMSEA on account of any Claims settled, resolved, paid, or otherwise liquidated by the Trust or with respect to contributions to the Trust, including reports that would be required if the Parties were determined to be "applicable plans" for purposes of MMSEA, or any of the Parties were otherwise found to have MMSEA reporting requirements. The Trust, in its role as reporting agent for the Parties, shall follow all applicable guidance published by CMS to determine whether or not, and, if so, how, to report to CMS pursuant to MMSEA.

2.1.4.2   If the Trust is required to act as a reporting agent for the Parties pursuant to the provisions of this Section 2.1.4, the Trust shall provide a written certification to each of the Parties within ten (10) business days following the end of each calendar quarter, confirming that all reports to CMS required by this Section 2.1.4. have been submitted in a timely fashion, and identifying (a) any reports that were rejected or otherwise identified as noncompliant by CMS, along with the basis for such rejection or noncompliance, and (b) any payments to a claimant who is eligible to receive, is receiving, or has received Medicare benefits ("Medicare Beneficiaries") that the Trust did not report to CMS.

141559966.17

2.1.4.3 With respect to any reports rejected or otherwise identified as noncompliant by CMS, the Trust shall, upon request by any Party, promptly provide copies of the original reports submitted to CMS, as well as any response received from CMS with respect to such reports; provided, however, that the Trust may redact from such copies the names, Social Security numbers other than the last four digits, health insurance claim numbers, taxpayer identification numbers, employer identification numbers, mailing addresses, telephone numbers, and dates of birth of the injured parties, claimants, guardians, conservators, and/or other personal representatives, as applicable. With respect to any such reports, the Trust shall reasonably undertake to remedy any issues of noncompliance identified by CMS and resubmit such reports to CMS, and, upon request by any Party, provide the Parties copies of such resubmissions; provided, however, that the Trust may redact from such copies the names, Social Security numbers other than the last four digits, health insurance claim numbers, taxpayer identification numbers, employer identification numbers, mailing addresses, telephone numbers, and dates of birth of the injured parties, claimants, guardians, conservators, and/or other personal representatives, as applicable. In the event the Trust is unable to remedy any issue of noncompliance, the provisions of this Section 2.1.4 shall apply.

2.1.4.4 If the Trust is required to act as a reporting agent for the Parties pursuant to the provisions of this Section 2.1.4, with respect to each Claim of a Medicare Beneficiary that was paid by the Trust and not disclosed to CMS, the Trust shall, upon request by any Party, promptly provide the last four digits of the claimant's Social Security number, the year of the claimant's birth and any other information that may be necessary in the reasonable judgment of any Party to satisfy their obligations, if any, under MMSEA, as well as the basis for the Trust's failure to report the payment. In the event any Party informs the Trust that it disagrees with the Trust's decision not to report a Claim paid by the Trust, the Trust shall promptly report the payment to CMS. All documentation relied upon by the Trust in making a determination that a payment did not have to be reported to CMS shall be maintained for a minimum of six (6) years following such determination.

2.1.4.5 If the Trust is required to act as a reporting agent for the Parties pursuant to the provisions of this Section 2.1.4, the Trust shall make the reports and provide the certifications required by this Section 2.1.4 until such time as Archdiocese, Catholic Entities, the Seminaries, and the Settling Insurers determine, in their reasonable judgment, that they have no further legal obligation under MMSEA or otherwise to report any settlements, resolutions, payments, or liquidation determinations made by the Trust or contributions to the Trust. Furthermore, following any permitted cessation of reporting, or if reporting has not previously commenced due to the satisfaction of one or more of the conditions set forth in this Section 2.1.4, and if any Party reasonably determines, based on subsequent legislative, administrative, regulatory, or judicial developments, that reporting is required, then the Trust shall promptly perform its obligations under this Section 2.1.4.

2.1.4.6    Section 2.1.4 is intended to be purely prophylactic in nature, and does not imply, and shall not constitute an admission, that the Parties are in fact "applicable plans" within the meaning of MMSEA, or that they have any legal obligation to report any actions undertaken by the Trust or contributions to the Trust under MMSEA or any other statute or regulation.

2.1.4.7    In the event that CMS concludes that reporting done by the Trust in accordance with this Section 2.1.4 is or may be deficient in any way, and has not been corrected to the satisfaction of CMS in a timely manner, or if CMS communicates to the Trust or any Party a concern with respect to the sufficiency or timeliness of such reporting, or there appears to any Party a reasonable basis for a concern with respect to the sufficiency or timeliness of such reporting or non-reporting based upon the information received pursuant to this Section 2.1.4, or other credible information, then each Party shall have the right to submit its own reports to CMS under MMSEA, and the Trust shall provide to any Party that elects to file its own reports such information as the electing Party may require in order to comply with MMSEA, including the full reports filed by the Trust pursuant to this Section 2.1.4 without any redactions.  The Parties shall keep any information they receive from the Trust pursuant to this Section 2.1.4. confidential and shall not use such information for any purpose other than meeting obligations under MMSEA.

2.1.4.8    Notwithstanding any other provisions hereof, the Trust shall not be required to report as required by this Section until Settling Insurers shall have provided their Medicare Reporting Number, if one exists.  Moreover, the Trust shall have no indemnification obligation under Section 2.1.4.10 to the Settling Insurers for any penalty, interest, or sanction with respect to a Claim that may arise solely on account of the Settling Insurers' failure timely to provide their Medicare Reporting Number, if one exists, to the Trust in response to a timely request by the Trust for such Medicare Reporting Number.  However, nothing herein relieves the Trust from its reporting obligations with respect to each Person who provides the Trust with its Medicare Reporting Number.  The Trust shall indemnify each Archdiocese Party, Parish Party, Seminary Party, or Settling Insurer for any failure to report payments to Medicare eligible Tort Claimants on behalf of Persons who have supplied Medicare Reporting Numbers, if any exists.

2.1.4.9    In connection with the implementation of the Joint Plan, the Trustee shall obtain, prior to remittance of funds to Tort Claimants' counsel or the Tort Claimant, if pro se, in respect of any Claim a certification from the claimant to be paid that said claimant has or will provide for the payment and/or resolution of any obligations owing or potentially owing under MSPA relating to such Claim; otherwise the Trust shall withhold from any payment to the Tort Claimant funds sufficient to assure that any obligations owing or potentially owing under MSPA relating to such Claim are paid to CMS.  The Trust shall provide a quarterly certification of its compliance with this Section 2.1.4 to each Party, and permit reasonable audits by such Persons, no more often than quarterly, to confirm the Trust's compliance with this Section 2.1.4. For the

15

avoidance of doubt, the Trust shall be obligated to comply with the requirements of this Section 2.1.4 regardless of whether any Party elects to file its own reports under MMSEA pursuant to this Section 2.1.4.

2.1.4.10 The Trust shall defend, indemnify, and hold the Settling Insurer Entities and the Catholic Parties harmless from any Medicare Claims and any Claims related to the Trust's obligations under this Section.

2.2     The Archdiocese or UCC shall serve and file a motion (the "Approval Motion") pursuant to which the Archdiocese and UCC will seek the entry of an order in form and substance acceptable to the Settling Insurers, entered by the Bankruptcy Court under sections 363(b), (f), and (m) and 105(a) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004 and 9019 and under such other provisions as the Bankruptcy Court may order, approving this Agreement and authorizing the Parties to undertake the settlement and the transactions contemplated by this Agreement (the "Approval Order"). The Approval Order shall include an injunction pursuant to sections 105 and 363 of the Bankruptcy Code enjoining all Persons from asserting any Interests in the Archdiocese Settling Insurer Entity Policies. The Archdiocese or UCC shall serve and file a motion (the "Procedures Motion") that seeks the entry of an order, in form and substance acceptable to the Settling Insurers, approving the Procedures Motion and the procedures proposed therein for notice, service, and publication of the Approval Motion (the "Procedures Order"). The Approval Motion shall be filed in accordance with the Procedures Order or as otherwise ordered by the Bankruptcy Court. The Archdiocese and the Settling Insurers will use their best efforts to have the Approval Motion heard and decided by the Bankruptcy Court in advance of any hearing by the Bankruptcy Court on confirmation of the Joint Plan as amended to the Settling Insurers' satisfaction.

2.3     The Archdiocese or UCC will provide written notice of the Approval Motion in accordance with the local rules at least 14 days in advance of the hearing to (a) all Tort Claimants to the extent they are known by the Archdiocese, even if not scheduled or the subject of a proof of claim, by serving their counsel of record, or if pro se or unrepresented at their last known address to the extent available after a reasonable search; (b) counsel for the UCC; (c) the Future Claimants' Representative appointed by the Court on February 14, 2017 [No. 969]; (d) all Persons who have filed notices of appearance in the Reorganization Case; (e) all Persons known to have provided general or professional liability insurance to the Catholic Parties that actually, allegedly, or could potentially afford coverage for any of the Catholic Parties with respect to any Tort Claim, after a reasonable search; and (f) all co-defendants and their counsel (to the extent of record) in any pre-petition litigation brought by Tort Claimants as to whom any claim for contribution, subrogation, indemnification or other similar Claim arose for purposes of statute of limitations after January 16, 2013 at the last address shown on any filed appearance or, if such co-defendant is proceeding *pro se*, then to the last address of record for such *pro se* co-defendant. The Archdiocese shall also cause a notice of intent to seek entry of the Approval Order to be published twice in the *USA Today*, *Star Tribune*, *Pioneer Press*, and *The Catholic Spirit* in forms and at times as ordered by the Bankruptcy Court.

2.4   If any Person files an objection to the Procedures Motion or Approval Motion, the Archdiocese shall file a written response, in form and substance acceptable to the Settling Insurers, such acceptance not to be unreasonably withheld, and shall take all reasonable steps

to defend against any appeal, petition, motion, or other challenge to the Bankruptcy Court's entry of the Procedures Order and Approval Order.

2.5    In the Reorganization Case, the Archdiocese shall seek and obtain entry of a Non-Appealable Order in form and substance acceptable to the Settling Insurers that: (a) approves the Joint Plan (as amended to the Settling Insurers' satisfaction) pursuant to section 1129 of the Bankruptcy Code and any other applicable provision of the Bankruptcy Code; (b) contains the Channeling Injunction; (c) contains the Supplemental Injunction; (d) provides that this Agreement is binding on the Tort Claimants, the Trust, the Reorganized Debtor, and any successors of the Trust or Reorganized Debtor; and (e) provides all protections to the Settling Insurer Entities against Tort Claims and other Channeled Claims that are afforded to "Settling Insurers Entities" as defined in the Joint Plan under the Joint Plan as amended to the Settling Insurers' satisfaction (the "<u>Plan Confirmation Order</u>").

2.5.1    The Plan Confirmation Order shall be in all respects consistent with this Agreement and shall contain no provisions that diminish or impair any benefit of this Agreement to the Settling Insurer Entities.

2.5.2    In seeking to obtain the Plan Confirmation Order, the Archdiocese must: (a) seek a confirmation hearing within a reasonable time; (b) urge the Bankruptcy Court to overrule any objections and confirm the Joint Plan as amended to the Settling Insurers' satisfaction; and (c) take all reasonable steps to defend against any appeal, petition, motion, or other challenge to the Bankruptcy Court's entry of the Plan Confirmation Order.

2.5.3    The form and manner of notice of the hearing to confirm the Joint Plan (as amended to the Settling Insurers' satisfaction) are subject to advance approval by the Settling Insurers, which approval shall not be unreasonably withheld.

2.5.4    Prior to entry of the Plan Confirmation Order, the Archdiocese shall oppose any motion to lift stay pursuant to section 362 of the Bankruptcy Code as to any Tort Claim. If the Bankruptcy Court lifts the stay as to any Tort Claim prior to entry of the Plan Confirmation Order, the Archdiocese Settling Insurers shall have the right, but not the duty, to defend the Archdiocese and other Archdiocese Parties insured or allegedly insured under the Archdiocese Settling Insurer Entity Policies against that Tort Claim subject to a reservation of rights and with counsel of the Archdiocese Settling Insurers' choosing.  If no Settling Insurer Entity defends against the Tort Claim, the Archdiocese and other Archdiocese Parties insured under the Archdiocese Settling Insurer Entity Policies shall defend against the Tort Claim and comply with the terms of the stay relief order.  The Archdiocese Settling Insurers, to the extent required under their respective Archdiocese Settling Insurer Entity Policies in the absence of this Agreement, if any, shall pay the reasonable and necessary costs and expenses incurred by counsel for the Archdiocese or other Archdiocese Parties insured under the Archdiocese Settling Insurer Entity Policies in defending such Tort Claims.  The Archdiocese Parties will cooperate with the Archdiocese Settling Insurers in connection with the defense of any Tort Claim to the extent required by the respective Archdiocese Settling Insurer Entity Policies and applicable law.  Any actions taken by the Archdiocese Settling Insurers pursuant to this Section 2.5.4, including in connection with the defense of any Tort Claim, shall be subject to a reservation of all of the Archdiocese Settling Insurers'

rights and defenses, including any such rights or defenses reserved in prior or contemporaneous correspondence.  For any Tort Claim that is permitted to proceed prior to entry of the Plan Confirmation Order, if any, the Archdiocese Settling Insurers will indemnify the Archdiocese and other Archdiocese Parties insured under the Archdiocese Settling Insurer Entity Policies for such Tort Claims to the extent, if any, required under their respective Archdiocese Settling Insurer Entity Policies in the absence of this Agreement.  Any amounts incurred or paid by the Archdiocese Settling Insurers in connection with the defense of or indemnification of any Tort Claim prior to the Plan Confirmation Order shall be deducted from the amount that the Settling Insurers are required to pay pursuant to Section 3.2 of this Agreement.  If the amount paid by the Archdiocese Settling Insurers in connection with the defense and indemnification reaches the Settlement Amount, then the Archdiocese Settling Insurers will automatically be relieved of any obligations they might have had with respect to the defense or indemnification of any Tort Claim and may withdraw from the defense and stop paying for defense costs without any further obligations with respect to the defense or indemnification of the Archdiocese or other Archdiocese Parties insured under the Archdiocese Settling Insurer Entity Policies with respect to any Claims then in suit or any others that may thereafter be brought.  In such event, the Archdiocese shall ensure that all claims are otherwise defended and that no default is entered to the extent feasible.

2.6   The Joint Plan and the "Trust Distribution Plan" (as defined in the Joint Plan) shall be amended to provide that the assets in the Trust shall be used first for payment of indemnity and expenses relating to reimbursing the United States government for reimbursement obligations for Conditional Payments made pursuant to the MSPA applicable to any given Medicare Beneficiary and, after satisfaction thereof, to such Medicare Beneficiaries and Tort Claimants, as well as all other expenditures and disbursements as provided in the Joint Plan, "Trust Agreement" (as defined in the Joint Plan) and "Trust Distribution Plan" (as defined in the Joint Plan).  Except for the payment of the Settlement Amount, the Settling Insurer Entities shall not be obligated to make any other payments, including any payments to the Trust.

2.7   The Catholic Parties and the Trust will undertake all reasonable actions and cooperate with the Settling Insurers once they pay the Settlement Amount pursuant to Section 3.2 in connection with their reinsurers, including responding to reasonable requests for information and meeting with representatives of reinsurers as set forth below.

2.7.1   The Settling Insurers shall have the right (upon reasonable notice and in a manner convenient to the Catholic Parties or the Trust, as applicable) to review and obtain from the Catholic Parties or the Trust relevant files, information and documents (a) concerning Claims subject to payment or potential payment from the Settlement Amount, and (b) required of or necessary to the Settling Insurers in connection with any Claims for reinsurance for the Settlement Amount or in connection with this Agreement.  The Settling Insurers will accept the documents in the form provided to the Catholic Parties or the Trust (*e.g.*, electronic, paper, *etc.*) or in the form easiest for the Catholic Parties or the Trust to provide.  Neither the Catholic Parties nor the Trust shall be required to create any additional documents or reports or modify or change the form or format of any such information.

2.7.2    For the avoidance of doubt, the relevant files, information and documents referenced in Section 2.7.1 shall include:

<blockquote>

(a)    Information from any database maintained by the Trust, any information that the Trust collects pursuant to any trust distribution procedures, and any information included on any claim form used by the Trust with respect to Channeled Claims, and,

(b)    For each Channeled Claim that has been resolved by settlement, judgment, allowance, disallowance or otherwise:

> (i)    the claimant's name;
>
> (ii)    a claim number, if the Trust uses such a number to identify Claims;
>
> (iii)    dates of alleged abuse;
>
> (iv)    the age of the claimant at the time of the alleged abuse; and
>
> (v)    the amount paid to the claimant.

</blockquote>

2.7.3    As of the Bankruptcy Plan Effective Date, the Catholic Parties and the Trust, once established, shall reasonably cooperate in obtaining and providing the files, information and documents referred to in Sections 2.7, 2.7.1 and 2.7.2 at the Settling Insurers' reasonable request and expense (provided that the Settling Insurers shall have no obligation to pay, other than reasonable copying costs, any internal costs of the Catholic Parties or the Trust, including costs associated with time or expenses of the Trust's employees or agents).  For the avoidance of doubt, Sections 2.7 and 2.7.1 through 2.7.7, and any results of such a review:

<blockquote>

(a)    shall not affect the Settling Insurers' payment obligations under this Agreement;

(b)    shall not obligate the Catholic Parties or the Trust to collect any information from any claimant that it is not otherwise obligated to collect;

(c)    shall not give the Settling Insurers any right to challenge the allowance or payment of any Claim by the Trust; and

(d)    shall not require the Catholic Parties or the Trust to make any representations or warranties regarding the accuracy of any information contained in or derived from a proof of claim in the Reorganization Case.

</blockquote>

2.7.4    At the Trust's sole discretion, the Trust may satisfy its obligations under Section 2.7 by providing the Settling Insurers with a report ("Report") concerning Claims activity with respect to the time period that is the subject of their requests for relevant files, information and documents.  If a Trust is required to collect under the

Joint Plan or any trust distribution procedures, or in fact collects the following information, such Reports shall include:

(a)   With respect to the Trust, the number of total Claims filed, pending, settled, dismissed or that went to judgment, the total indemnity paid, and total expense paid; and

(b)   With respect to each Claim received by the Trust:

    (i)      the claimant's name and Social Security number;

    (ii)     the claim number, if any;

    (iii)    status (open or closed);

    (iv)    the dates of abuse as set forth in the complaint and reflected by information reasonably available to the Archdiocese or a Trust (as applicable);

    (v)     the age of the claimant at the time of first alleged abuse;

    (vi)    the name of the abuse perpetrator for which the Archdiocese is alleged to be responsible;

    (vii)   date of death, if applicable; and

    (viii)  the amount of indemnity paid.

2.7.5   If the Trust exercises its discretion to provide Reports to the Settling Insurers pursuant to Section 2.7.4, the Trust shall still be obligated, at the request of the Settling Insurers to make available to the Settling Insurers files, information and documents described in Sections 2.7.1 through 2.7.3 relating to Claims that are the subject of the Report.

2.7.6   Nothing in Sections 2.7.1 through 2.7.5 requires the Trust or the Catholic Parties to disclose any privileged information, violate the Bankruptcy Court's April 15, 2015 Order [ECF Doc. No. 188] concerning confidentiality of information contained in Proofs of Claim or provide information without a reasonable expectation that such information shall be kept confidential.  For the avoidance of doubt, both the Trust and the Catholic Parties have a reasonable expectation that information will be kept confidential if provided to the Settling Insurers as provided herein, except to the extent necessary to provide information to reinsurers and retrocessionaires.

2.8   The Parties shall cease all litigation activities against each other in the Coverage Suit; provided, however, that each Party may take whatever steps that, in its sole judgment, are necessary to defend its interests as long as it remains a party in the Coverage Suit.  But in no event shall any further litigation in the Coverage Suit relieve the Settling Insurers of their obligation to pay the Settlement Amount or obligate the Settling Insurers to pay more than the Settlement Amount unless this Agreement is terminated in accordance with Section 5 of this Agreement.

2.9     Within ten (10) days after the Settling Insurers pay the Settlement Amount, the Parties shall sign and file any necessary papers to dismiss with prejudice any and all claims asserted by them against each other in the Coverage Suit.

2.10    Within a reasonable time after the Settling Insurers pay the Settlement Amount, the Archdiocese shall use its best efforts to obtain the dismissal of other Claims, if any, against the Settling Insurers by any other insurer in the Coverage Suit.

2.11    Subject to Section 2.8 above, the Parties covenant not to sue each other until (a) the Bankruptcy Orders become Non-Appealable Orders, at which time this covenant is superseded by the releases provided in Section 4, or (b) the date on which this Agreement is terminated, except that in the event the Bankruptcy Court lifts the stay as to any Tort Claim and any Settling Insurer refuses to reimburse the Archdiocese as provided in Section 2.5.4, then the Archdiocese or the respective Settling Insurer may seek leave to reopen the Coverage Suit for the limited purpose of determining whether the Archdiocese is entitled to reimbursement of defense costs for such Tort Claim.  As of the Bankruptcy Plan Effective Date, the Catholic Parties:

> 2.11.1    will withdraw all outstanding tenders of Claims to the Settling Insurer Entities for defense and indemnity under the Settling Insurer Entity Policies;
>
> 2.11.2    will not tender any Claims to the Settling Insurer Entities under the Settling Insurer Entity Policies; and
>
> 2.11.3    will not request the Settling Insurer Entities to fund any judgments, settlements, or defense costs under the Settling Insurer Entity Policies.

2.12    The Settling Insurer Entities shall have no obligation to pay, defend, handle, object, or otherwise respond to any Tort Claim, unless this Agreement is terminated, except as expressly provided herein.

2.13    The Joint Plan does and shall include a "Defense and Indemnity for Covered Non-Tort Claims" provision in Section 17.7 of the Joint Plan that requires the Reorganized Debtor to: (a) defend and indemnify the Catholic Entities, the Seminaries, and the Other Insured Entities with respect to any Covered Non-Tort Claim; and (b) as to any Claim against the Trust that qualifies as a Covered Non-Tort Claim, undertake on behalf of the Trust the enforcement of the injunctions set forth in Article XIV of the Joint Plan, defend the Covered Non-Tort Claim, and, if judgment is entered on such Claim, indemnify the Trust for any liability for such Claim. The Joint Plan shall further provide that the Reorganized Debtor may not seek insurance coverage from the Settling Insurer Entities for the Claims defended or indemnified under Section 17.7 of the Joint Plan or any other Claims under the Settling Insurer Entity Policies.

2.14    The Joint Plan does and shall contain a judgment reduction provision in substantially the form of Section 7.4 of the Joint Plan, with only such modifications as are acceptable to the Settling Insurers.

## 3.  PAYMENT OF THE SETTLEMENT AMOUNT

3.1.  <u>Conditions Precedent.</u>  The Settling Insurers' obligation to pay the Settlement Amount is conditioned on (a) the Joint Plan being amended to the Settling Insurers' satisfaction; (b) the Archdiocese obtaining entry of the Procedures Order, the Approval Order, and the Plan Confirmation Order (the "<u>Bankruptcy Orders</u>") and all of the Bankruptcy Orders becoming Non-Appealable Orders; and (c) all other conditions in Sections 13.1 and 13.2 of the Joint Plan being satisfied.

3.2.  In full and final settlement of all responsibilities under and arising out of the Archdiocese Settling Insurer Entity Policies, the Parish Settling Insurer Entity Policies, and the Seminary Settling Insurer Entity Policies; and in consideration of the sale of the Archdiocese Settling Insurer Entity Policies that were issued or allegedly issued to the Archdiocese, the Parish Settling Insurer Entity Policies that were issued or allegedly issued to a Parish, and the Seminary Settling Insurer Entity Policies that were issued or allegedly issued to the Seminary to the Settling Insurers free and clear of all Interests of any Person; the sale of the Archdiocese's Interests in the Archdiocese Settling Insurer Entity Policies that were not issued or allegedly issued to the Archdiocese; the sale of the Parishes' Interests in the Parish Settling Insurer Entity Policies that were not issued or allegedly issued to a Parish; and the sale of the Seminary's Interests in the Seminary Settling Insurer Entity Policies that were not issued or allegedly issued to the Seminary; and the other releases and benefits provided herein, the Settling Insurers shall pay to the Trust, in accordance with the Joint Plan as amended to the Settling Insurers' satisfaction, the sum of $35,500,000 (the "<u>Travelers Settlement Amount</u>") or such sum as remains after payments made pursuant to Section 2.5.4 above are deducted from the Travelers Settlement Amount pursuant to Section 2.5.4, within 30 days after the Settling Insurers receive both written notice from the Archdiocese or the Trustee that the Bankruptcy Plan Effective Date has occurred and directions as to transmission of the payment.

3.3.  The Parties agree that (a) the Settlement Amount is the total amount the Settling Insurer Entities are obligated to pay on account of any and all Claims under, arising out of, relating to, or in connection with all Settling Insurer Entity Policies (including all Channeled Claims); (b) under no circumstance will the Settling Insurer Entities ever be obligated to make any additional payments to or on behalf of anyone in connection with Settling Insurer Entity Policies, including any payments in connection with any Claims, including any Channeled Claims; (c) under no circumstance will the Settling Insurer Entities ever be obligated to make any additional payments to or on behalf of any Person, including any Protected Parties and any Tort Claimants, under the Settling Insurer Entity Policies with respect to any Claims that, directly or indirectly, arise out of, relate to, or are in connection with any Channeled Claims, including any Tort Claims; and (d) all limits of liability of the Settling Insurer Entity Policies issued or allegedly issued to the Archdiocese, the Parishes, or the Seminary, regardless of how those Settling Insurer Entity Policies identify or describe those limits, including all per person, per occurrence, per claim, "each professional incident," per event, per accident, total, and aggregate limits, shall be deemed fully and properly exhausted.  The Parties further agree that the Settlement Amount includes the full purchase price of the Settling Insurer Entity Policies and consideration for the releases and other protections afforded by this Agreement.

3.3.1.  The Parties agree and represent that (a) the consideration to be provided by the Settling Insurers pursuant to this Agreement (including the Settlement Amount)

constitutes a fair and reasonable exchange for the consideration granted to the Settling Insurer Entities in this Agreement (including the releases set forth below), and (b) the consideration to be provided by the Catholic Parties to the Settling Insurer Entities pursuant to this Agreement (including the releases set forth below) constitutes a fair and reasonable exchange for the consideration granted to the Catholic Parties in this Agreement (including the Settlement Amount). The Settling Insurers are not acting as volunteers in paying the Settlement Amount, and the Settling Insurers' payment of the Settlement Amount reflects potential liabilities and obligations to the Catholic Parties of amounts the Settling Insurer Entities allegedly are obligated to pay pursuant to the Settling Insurer Entity Policies on account of any and all Claims, including any and all unknown or future Claims.

3.4.  Nothing in this Agreement precludes the Parties from internally allocating payments or receipt of payments made under this Agreement in such manner as each Party sees fit. Any such allocation by any of the Parties shall not be binding on the other Parties. For purposes of the Joint Plan and the Approval Motion, the Catholic Parties have allocated the Settlement Amount as a $29,500,000 payment on behalf of the Archdiocese and a $6,000,000 payment on behalf of the Parishes and the Seminary.

## 4.  RELEASES AND SALE FREE AND CLEAR

4.1.  Upon payment by the Settling Insurers of the Settlement Amount pursuant to Section 3.2 in accordance with the Joint Plan as amended to the Settling Insurers' satisfaction:

(a) the Archdiocese, the Parishes, and the Seminary hereby fully, finally, and completely remise, release, acquit, and forever discharge the Settling Insurer Entities and any of their reinsurers or retrocessionaires solely in their capacity as such from any and all past, present, and future Claims that, directly or indirectly, arise out of, relate to, or are in connection with Tort Claims or the Settling Insurer Entity Policies, including any Channeled Claims, and all Claims that, directly or indirectly, arise from, relate to, or are in connection with the Reorganization Case;

(b)   each Other Insured Entity and every other Catholic Party who is not the Archdiocese, a Parish, the Seminary, or a Person listed in Section 1.1.5 (c) – (e), Section 1.1.28 (c) – (e), or Section 1.1.40 (c) – (e) above,  hereby fully, finally, and completely remises, releases, acquits, and forever discharges the Settling Insurer Entities and any of their reinsurers or retrocessionaires solely in their capacity as such from any and all past, present, and future Claims that, directly or indirectly, arise out of, relate to, or are in connection with the Reorganization Case, any of the Settling Insurer Entity Policies that were issued or allegedly issued to the Archdiocese, the Parishes, or the Seminary, or any Tort Claims that are based on alleged Abuse that occurred during the time periods covered by such Settling Insurer Entity Policies; and

(c)    each Person listed in Section 1.1.5 (c) – (e), Section 1.1.28 (c) – (e), or Section 1.1.40 (c) – (e) above hereby fully, finally, and completely remises, releases, acquits, and forever discharges the Settling Insurer Entities to the same extent as the Catholic Parties with respect to which it has the capacity listed in Section 1.1.5 (c) – (e), Section 1.1.28 (c) – (e), or Section 1.1.40 (c) – (e) above is

23

releasing the Settling Insurer Entities pursuant to Section 4.1(a) and (b) and then only to the extent of such capacity.

The releases in this Section 4.1 specifically include all future Claims that are based in whole or in part on the referenced Tort Claims or the referenced Settling Insurer Entity Policies.

4.2.   Upon payment by the Settling Insurers of the Settlement Amount pursuant to Section 3.2, the Settling Insurers:

> (a) hereby fully, finally, and completely remise, release, acquit, and forever discharge the Archdiocese, the Parishes, and the Seminary from any and all past, present, and future Claims that, directly or indirectly, arise out of, relate to, or are in connection with Tort Claims or Settling Insurer Entity Policies, including any Channeled Claims, and all Claims that, directly or indirectly, arise from, relate to, or are in connection with the Reorganization Case;

> (b) hereby fully, finally, and completely remise, release, acquit, and forever discharge each Other Insured Entity and every other Catholic Party who is not the Archdiocese, a Parish, the Seminary, or a Person listed in Section 1.1.5 (c) – (e), Section 1.1.28 (c) – (e), or Section 1.1.40 (c) – (e) above from any and all past, present, and future Claims that, directly or indirectly, arise out of, relate to, or are in connection with the Reorganization Case, any of the Settling Insurer Entity Policies that were issued or allegedly issued to the Archdiocese, the Parishes, or the Seminary, or any Tort Claims that are based on alleged Abuse that occurred during the time periods covered by such Settling Insurer Entity Policies; and

> (c) hereby fully, finally, and completely remise, release, acquit, and forever discharge each Person listed in Section 1.1.5 (c) – (e), Section 1.1.28 (c) – (e), or Section 1.1.40 (c) – (e) above to the same extent as the Settling Insurers are releasing the Parishes with respect to which such Person has the capacity listed in Section 1.1.5 (c) – (e), Section 1.1.28 (c) – (e), or Section 1.1.40 (c) – (e) above and then only to the extent of such capacity.

4.3.   From and after the Bankruptcy Plan Effective Date, none of the Catholic Parties shall assert against any of the Settling Insurer Entities any Claim with respect to any matter, conduct, transaction, occurrence, fact, or other circumstance that, directly or indirectly, arises out of, relates to, or is in connection with any of the Settling Insurer Entity Policies, any Channeled Claim, and/or any other matter released pursuant to Section 4.1 above.

4.4.   **The Archdiocese's Sale Of Policies And Interests Pursuant To Section 363 Of The Bankruptcy Code.** From and after the first day on which the Bankruptcy Orders are Non-Appealable Orders, the Archdiocese Settling Insurers hereby buy back the Archdiocese Settling Insurer Entity Policies that were issued or allegedly issued to the Archdiocese and the Archdiocese's Interests in the other Archdiocese Settling Insurer Entity Policies, free and clear of all Interests of all Persons, including all Interests of the Archdiocese Parties, any other Person claiming coverage by, through, or on behalf of any of the Archdiocese Parties, any other insurer, and any Tort Claimant.  This sale is pursuant to sections 363(b), (f), and (m) of the Bankruptcy Code.  The Parties acknowledge and agree, and the Approval Order shall find and conclude, that: (a) the Archdiocese Settling Insurers are good faith purchasers

of the foregoing Archdiocese Settling Insurer Entity Policies and Interests within the meaning of section 363(m) of the Bankruptcy Code; (b) the consideration exchanged constitutes a fair and reasonable settlement of the disputes between the Archdiocese Parties and the Archdiocese Settling Insurers and of their respective rights and obligations relating to the foregoing Archdiocese Settling Insurer Entity Policies and Interests and constitutes reasonably equivalent value; (c) the releases in this Agreement and the policy buyback comply with the Bankruptcy Code and applicable non-bankruptcy laws; (d) upon the Bankruptcy Orders becoming Non-Appealable Orders, the foregoing Archdiocese Settling Insurer Entity Policies and Interests shall be terminated and of no further force and effect; (e) the Settling Insurers' payment of the Settlement Amount in accordance with the Joint Plan as amended to the Settling Insurers' satisfaction constitutes the Settling Insurer Entities' full and complete performance of any and all obligations under the Archdiocese Settling Insurer Entity Policies, including any performance owed to the Archdiocese Parties, and exhausts all limits of liability of the Archdiocese Settling Insurer Entity Policies issued or allegedly issued to the Archdiocese and extinguishes all Interests in the other Archdiocese Settling Insurer Entity Policies; (f) all Interests the Archdiocese Parties may have had, may presently have, or in the future may have in the Archdiocese Settling Insurer Entity Policies that were issued or allegedly issued to the Archdiocese and all Interests the Archdiocese has in the other Archdiocese Settling Insurer Entity Policies are released pursuant to the terms of this Agreement; (g) the Archdiocese Parties meet the requirements to complete the sale of the Archdiocese Settling Insurer Entity Policies and Interests free and clear of any liens or other Interests; and (h) the Archdiocese Parties accept the payment of the Settlement Amount set forth in Section 3.2 in accordance with the Joint Plan (as amended the Settling Insurers' satisfaction) in full and complete satisfaction of all the Settling Insurer Entities' past, present, and future obligations, including any obligations to any of the Archdiocese Parties under such Archdiocese Settling Insurer Entity Policies or arising therefrom, as to any and all Claims for insurance coverage or policy benefits of any nature whatsoever arising out of or related in any way to such Archdiocese Settling Insurer Entity Policies, whether legal or equitable, known or unknown, suspected or unsuspected, fixed or contingent, and regardless of whether or not such claims arise from, relate to, or are in connection with the Channeled Claims, the Reorganization Case, or otherwise under the Archdiocese Settling Insurer Entity Policies.

**4.5.      The Parish Parties' Sale Of Policies And Interests.**  From and after the first day on which the Bankruptcy Orders are Non-Appealable Orders, the Parish Settling Insurers hereby buy back the Parish Settling Insurer Entity Policies that were issued or allegedly issued to the Parishes and the Parish Parties' Interests in the other Parish Settling Insurer Entity Policies, free and clear of all Interests of all Persons, including all Interests of the Parish Parties, any other Person claiming coverage by, through, or on behalf of any of the Parish Parties, any other insurer, and any Tort Claimant.  The Parties acknowledge and agree that: (a) the Parish Settling Insurers are good faith purchasers of the Parish Settling Insurer Entity Policies; (b) the consideration exchanged constitutes a fair and reasonable settlement of the disputes between the Parish Parties and the Parish Settling Insurers and of their respective rights and obligations relating to the Parish Settling Insurer Entity Policies and constitutes reasonably equivalent value; (c) the releases in this Agreement and the policy buyback comply with applicable law; (d) as of the Bankruptcy Plan Effective Date, the Parish Settling Insurer Entity Policies shall be terminated and of no further force and effect; (e) the Settling Insurers' payment of the Settlement Amount pursuant to Section 3.2 to the

Trust in accordance with the Joint Plan (as amended to the Settling Insurers' satisfaction) constitutes the Settling Insurer Entities' full and complete performance of any and all obligations under the Parish Settling Insurer Entity Policies, including any performance owed to the Parish Parties under any Parish Settling Insurer Entity Policies, and exhausts all limits of liability of the Parish Settling Insurer Entity Policies issued or allegedly issued to the Parish Parties and extinguishes all Interests in the other Parish Settling Insurer Entity Policies; (f) all Interests the Parish Parties may have had, may presently have, or in the future may have in the Parish Settling Insurer Entity Policies are released pursuant to the terms of this Agreement; and (g) the Parish Parties accept the Settling Insurers payment of the Settlement Amount pursuant to Section 3.2 in accordance with the Joint Plan (as amended to the Settling Insurers' satisfaction) in full and complete satisfaction of all the Settling Insurer Entities' past, present, and future obligations, including any obligations to any of the Parish Parties under the Parish Settling Insurer Entity Policies or arising therefrom, as to any and all past, present, and future Claims for insurance coverage or policy benefits of any nature whatsoever arising out of or related in any way to the Parish Settling Insurer Entity Policies, whether legal or equitable, known or unknown, suspected or unsuspected, fixed or contingent, and regardless of whether or not such claims arise from, relate to, or are in connection with the Channeled Claims, the Reorganization Case, or otherwise under the Parish Settling Insurer Entity Policies.

**4.6.** **The Seminary Parties' Sale Of Policies And Interests.** From and after the first day on which the Bankruptcy Orders are Non-Appealable Orders, the Seminary Settling Insurers hereby buy back the Seminary Settling Insurer Entity Policies that were issued or allegedly issued to the Seminary and the Seminary Parties' Interests in the other Seminary Settling Insurer Entity Policies**,** free and clear of all Interests of all Persons, including all Interests of the Seminary Parties, any other Person claiming coverage by, through, or on behalf of any of the Seminary Parties, any other insurer, and any Tort Claimant.  The Parties acknowledge and agree that: (a) the Seminary Settling Insurers are good faith purchasers of the Seminary Settling Insurer Entity Policies; (b) the consideration exchanged constitutes a fair and reasonable settlement of the disputes between the Seminary Parties and the Seminary Settling Insurers and of their respective rights and obligations relating to the Seminary Settling Insurer Entity Policies and constitutes reasonably equivalent value; (c) the releases in this Agreement and the policy buyback comply with applicable law; (d) as of the Bankruptcy Plan Effective Date, the Seminary Settling Insurer Entity Policies shall be terminated and of no further force and effect; (e) the Settling Insurers' payment of the Settlement Amount pursuant to Section 3.2 in accordance with the Joint Plan (as amended to the Settling Insurers' satisfaction) constitutes the Settling Insurer Entities' full and complete performance of any and all obligations under the Seminary Settling Insurer Entity Policies, including any performance owed to the Seminary Parties under any Seminary Settling Insurer Entity Policy, and exhausts all limits of liability of the Seminary Settling Insurer Entity Policies issued or allegedly issued to the Seminary Parties and extinguishes all Interests in the other Seminary Settling Insurer Entity Policies; (f) all Interests the Seminary Parties may have had, may presently have, or in the future may have in the Seminary Settling Insurer Entity Policies are released pursuant to the terms of this Agreement; and (g) the Seminary Parties accept the Settling Insurers payment of the Settlement Amount pursuant to Section 3.2 in accordance with the Joint Plan (as amended to the Settling Insurers' satisfaction) in full and complete satisfaction of the Settling Insurer Entities' past, present, and future obligations, including any obligations to any of the Seminary Parties under the Seminary Settling Insurer Entity

Policies or arising therefrom, as to any and all past, present, and future Claims for insurance coverage or policy benefits of any nature whatsoever arising out of or related in any way to the Seminary Settling Insurer Entity Policies, whether legal or equitable, known or unknown, suspected or unsuspected, fixed or contingent, and regardless of whether or not such claims arise from, relate to, or are in connection with the Channeled Claims, the Reorganization Case, or otherwise under the Seminary Settling Insurer Entity Policies.

4.7.  The Archdiocese, Parishes, and the Seminary represent and warrant that all of the releases and other benefits provided in this Agreement by the Catholic Parties to the Settling Insurer Entities are at least as favorable as the releases and other benefits that the Archdiocese, Parishes, and the Seminary has provided to any of the Archdiocese's, Parishes', and the Seminary's other insurers in the Reorganization Case.  If the Archdiocese, Parishes, or the Seminary enter into any agreement with any other one of their other insurers in the Reorganization Case that provides that insurer with releases or other benefits that are more favorable than those contained in this Agreement, then this Agreement shall be deemed to be modified to provide the Settling Insurer Entities with those more favorable releases and/or benefits.  The Archdiocese, Parishes, and the Seminary shall notify the Settling Insurers promptly of the existence of such more favorable releases or benefits.

4.8.  Nothing in this Agreement is intended to or shall be construed to apply to or have any effect on the Settling Insurer Entities' right to reinsurance recoveries arising under or in connection with the Settling Insurer Entity Policies or any other binder, certificate, or policy of insurance issued, subscribed to, or underwritten in whole or in part or allegedly issued, subscribed to, or underwritten in whole or in part by the Settling Insurer Entities.

4.9.  Nothing in this Agreement is intended to or shall be construed to release any Claims that the Settling Insurer Entities have or might have against any insurer except that, to the extent such other insurers have agreed or in the future agree to release any Claims against the Settling Insurer Entities arising out of or related in any way related to Tort Claims and any Related Insurance Claims, the Settling Insurer Entities also release such Claims against such other insurers to the same extent.

4.10. This Section 4 is not intended to, and shall not be construed to, release, waive, relinquish, or otherwise affect the Parties' rights and obligations under this Agreement.

## 5.  TERMINATION OF AGREEMENT

5.1.  The Parties may terminate this Agreement prior to the Bankruptcy Orders becoming Non-Appealable Orders by providing written notice to the other Parties if one or more of the conditions ("Termination Conditions") identified in Section 5.2 or 5.3 below occurs. Upon termination of this Agreement, this Agreement shall be void and of no effect, including the releases provided in Section 4 of this Agreement, and the Parties shall retain all of their rights, defenses, and obligations with respect to Settling Insurer Entity Policies as if this Agreement never existed.

5.2.  Termination Conditions for purposes of Section 5.1 of this Agreement are:

  (a)  the Bankruptcy Court issues an order denying the request for the Channeling Injunction or Supplemental Injunction provided in the Joint

Plan or denying confirmation of the Joint Plan as amended to the Settling Insurers' satisfaction, and any of the foregoing orders becomes a Non-Appealable Order;

(b) the Bankruptcy Court enters an order confirming a plan of reorganization that does not contain the Channeling Injunction or Supplemental Injunction provided in the Joint Plan, or that does not contain any of the other protections afforded the Settling Insurers under the Joint Plan, and such order becomes a Non-Appealable Order;

(c) the Bankruptcy Court issues an order either dismissing the Reorganization Case or converting it to one under Chapter 7 of the Bankruptcy Code and that order becomes a Non-Appealable Order; or

(d) the written agreement of the Parties that the Agreement should be terminated.

## 6. REPRESENTATIONS AND WARRANTIES OF THE PARTIES

6.1. The Parties separately represent and warrant as follows:

6.1.1. To the extent it is a corporation, including a non-profit corporation, or other legal entity, it has the requisite power and authority to enter into this Agreement and to perform the obligations contemplated by this Agreement, subject only to approval of the Bankruptcy Court;

6.1.2. This Agreement has been thoroughly negotiated and analyzed by counsel to the Parties and executed and delivered in good faith, pursuant to arm's length negotiations and for value and valuable consideration.

6.2 The Catholic Parties represent and warrant that they have not and will not assign any Interests in any Settling Insurer Entity Policies.

6.3 The Archdiocese represents and warrants that to the best of its knowledge i) it is an owner of the Archdiocese Settling Insurer Entity Policies listed in Exhibit 1 of this Agreement, and ii) no Person, except those specifically identified in Exhibit 1 has any Interest in such Archdiocese Settling Insurer Entity Policies.

6.4 The Catholic Parties represent and warrant that they have not in any way assisted, and shall not in any way assist, any Person in the establishment of any Claim against the Settling Insurer Entities

6.5. The Archdiocese and the Parishes represent and warrant that Exhibit 3 identifies all current parishes of the Archdiocese. If a parish has been incorrectly named in the signature block or omitted as a signatory, the parties agree to amend the Agreement to add the proper name of the parish or the name of an omitted parish as a signatory to the Agreement.

**7.  ACTIONS INVOLVING THIRD PARTIES**

7.1.  For purposes of supporting the releases granted in Section 4 and the extinguishment of any and all rights under Settling Insurer Entity Policies resulting from the purchase and sale thereof contemplated by this Agreement, the Catholic Parties hereby agree as follows:

7.1.1.  From and after the first day on which the Bankruptcy Orders become Non-Appealable Orders, if any insurer of the Catholic Parties that is not a Settling Insurer Entity obtains a judicial determination or binding arbitration award that it is entitled to obtain a sum certain from any of the Settling Insurers Entities as a result of a claim for contribution, subrogation, indemnification, or other similar Claim for any of the Settling Insurer Entities' alleged share or equitable share, or to enforce subrogation rights, if any, with respect to the defense and/or indemnity obligation of any of the Settling Insurer Entities for any Claims released or resolved pursuant to this Agreement, the Catholic Party(ies) (or the Trust, as applicable) shall voluntarily reduce its judgment or Claim against, or settlement with, such other insurer(s) to the extent necessary to satisfy such contribution, subrogation, indemnification, or other claims against the Settling Insurer Entities. To ensure that such a reduction is accomplished, the Settling Insurer Entities shall be entitled to assert this Section 7 as a defense to any action against them brought by any other insurer for any such portion of the judgment or Claim and shall be entitled to request that the court or appropriate tribunal issue such orders as are necessary to effectuate the reduction to protect the Settling Insurer Entities from any liability for the judgment or Claim.  Moreover, if any other insurer asserts that it has a Claim for contribution, indemnity, subrogation, or similar relief against any of the Settling Insurer Entities, such Claim may be asserted as a defense against a Claim by the Catholic Party(ies) (or the Trust, as applicable) in any coverage litigation, and the Catholic Parties (or the Trust, as applicable) may assert the legal and equitable rights of the Settling Insurer Entities in response thereto; and to the extent such a Claim is determined to be valid by the court presiding over such action, the liability of such other insurer to the Catholic Parties (or the Trust, as applicable) shall be reduced dollar for dollar by the amount so determined.

7.1.2.  Unless this Agreement is terminated, the Settling Insurers shall not seek reimbursement for any payments they make under this Agreement under theories of contribution, subrogation, indemnification, or similar relief from any other insurer unless that other insurer first seeks contribution, subrogation, indemnification, or similar relief from any of the Settling Insurer Entities.  Notwithstanding the foregoing, nothing herein shall be construed as prohibiting any of the Settling Insurer Entities from seeking recovery from its reinsurers. The Archdiocese, Parishes, and Seminary shall use their reasonable best efforts to obtain from all insurers with which it settles agreements similar to those contained in this Section 7; provided, however, that the failure of the Archdiocese, Parishes, or Seminary, despite reasonable best efforts, to obtain such an agreement from any insurer with which they settle will not be a basis to terminate this Agreement or excuse the Settling Insurers from performing their obligations hereunder, including payment of the Settlement Amount.

7.2.  From and after the Bankruptcy Plan Effective Date, the Trust shall defend, indemnify, and hold harmless the Settling Insurer Entities with respect to any Tort Claims, Related Insurance Claims, and Medicare Claims and the Reorganized Debtor shall defend, indemnify,

and hold harmless the Settling Insurer Entities with respect to all other Channeled Claims. The Settling Insurers shall have the right to defend any Claims identified in this Section 7.2 and shall do so in good faith. The Settling Insurers may undertake the defense of any such Claim on receipt of such Claim. The Settling Insurers agree to notify the Trust or Reorganized Debtor, as applicable, as soon as practicable of any Claims identified in this Section 7.2 and of their choice of counsel. The Trust or Reorganized Debtor, as applicable, shall reimburse all reasonable and necessary attorneys' fees, expenses, costs, and amounts incurred by the Settling Insurers in defending such Claims. The Settling Insurers may settle or otherwise resolve a Claim with the prior consent of the Trust or Reorganized Debtor, as applicable, which consent shall not be unreasonably withheld. The Settling Insurers' defense, settlement, or other resolution of any Claims pursuant to this Section 7.2 shall not diminish the Trust's or Reorganized Debtor's obligations to indemnify the Settling Insurers for such Claims, as set forth in this Section 7.2.

7.3.   If any Person attempts to prosecute a Channeled Claim against any of the Settling Insurer Entities before the Bankruptcy Orders become Non-Appealable Orders, or, alternatively, this Agreement is terminated under Section 5, then promptly following notice to do so from the Settling Insurer Entity against whom the Claim is asserted, the Archdiocese will file a motion and supporting papers to obtain an order from the Bankruptcy Court, pursuant to Bankruptcy Code §§ 362 and 105(a), protecting the Settling Insurer Entity from any such Claims until the Bankruptcy Orders become Non-Appealable Orders, or, alternatively, this Agreement is terminated under Section 5.

## 8.   MISCELLANEOUS

8.1.   If any action or proceeding of any type whatsoever is commenced or prosecuted by any Person not a Party to this Agreement to invalidate, interpret, or prevent the validation or enforcement, or carrying out, of all or any of the provisions of this Agreement, the Parties mutually agree, represent, warrant, and covenant to cooperate fully in opposing such action or proceeding.

8.2.   The Parties will take such steps and execute any documents as may be reasonably necessary or proper to effectuate the purpose and intent of this Agreement and to preserve its validity and enforceability.

8.3.   The Parties shall cooperate with each other in connection with the Approval Motion, the Procedures Order, the Approval Order, the Joint Plan as amended to the Settling Insurers' satisfaction, the Plan Confirmation Order, and the Reorganization Case. Such cooperation shall include consulting with each other upon reasonable request concerning the status of proceedings and providing each other with copies of reasonably requested pleadings, notices, proposed orders, and other documents relating to such proceedings as soon as reasonably practicable prior to any submission thereof. If the Bankruptcy Court issues an order denying the request for the Channeling Injunction or Supplemental Injunction provided for in the Joint Plan or denying confirmation of the Joint Plan as amended to the Settling Insurers' satisfaction, or if the Bankruptcy Court issues an order on the Approval Motion that refuses to approve this Agreement, the Archdiocese shall exhaust all rights to appeal with respect to such order and, if no appeal of right is allowed, the Archdiocese shall seek interlocutory review of each such order by all possible means, including by invoking all exceptions to the final order requirement for appellate review, all certifications for immediate appeal, and all

available writs, each as provided by the federal rules, U.S. Code, or decisional authority. Notwithstanding the foregoing, the Archdiocese has no obligation to seek a writ of certiorari from the United States Supreme Court.

8.4.   This Agreement constitutes a single integrated written contract that expresses the entire agreement and understanding between and among the Parties.

8.5.   This Agreement may be modified only by a written amendment signed by the Parties and approved by the UCC or Trust, such approval shall not be unreasonably withheld, and no waiver of any provision of this Agreement or of a breach thereof shall be effective unless expressed in a writing signed by the waiving Party.  The waiver by any Party of any of the provisions of this Agreement or of the breach thereof shall not operate or be construed as a waiver of any other provision or breach.

8.6.   By entering into this Agreement, none of the Parties has waived or shall be deemed to have waived any rights, obligations, or positions they have asserted or may in the future assert in connection with any matter outside the scope of this Agreement.  No part of this Agreement, its negotiation, or its performance may be used in any manner in any action, suit, or proceeding as evidence of the rights, duties, or obligations of the Parties with respect to matters outside the scope of this Agreement.  All actions taken and statements made by the Parties or by their representatives, relating to this Agreement or participation in this Agreement, including its development and implementation, shall be without prejudice or value as precedent and shall not be used as a standard by which other matters may be judged.

8.7.   This Agreement represents a compromise of disputed Claims and shall not be deemed an admission or concession regarding liability, culpability, wrongdoing, or insurance coverage.  All related discussions, negotiations, and all prior drafts of this Agreement shall be deemed to fall within the protection afforded to compromises and to offers to compromise by Rule 408 of the Federal Rules of Evidence and any parallel state law provisions.  Any evidence of the negotiations or discussions associated with this Agreement shall be inadmissible in any action or proceeding for purposes of establishing any rights, duties, or obligations of the Parties, except that they shall be admissible to the extent they would have otherwise been admissible, absent this Section 8.7, in (a) an action or proceeding to enforce the terms of this Agreement, including any use as set forth in Section 7.1.1 or (b) any possible action or proceeding between any of the Settling Insurer Entities and any of their reinsurers. This Agreement shall not be used as evidence or in any other manner, in any court or dispute resolution proceeding, to create, prove, or interpret the Settling Insurer Entities' obligations under any of the Settling Insurer Entity Policies or any other binder, certificate, or policy of insurance issued, subscribed to, or underwritten in whole or in part or allegedly issued, subscribed to, or underwritten in whole or in part by the Settling Insurer Entities, with respect to any Claims against any of the Settling Insurer Entities.

8.8.   None of the Parties shall make any public statements or disclosures (a) regarding each other's rationale or motivation for negotiating or entering into this Agreement, or (b) asserting or implying in any way that the Parties acted improperly or in violation of any duty or obligation, express or implied, in connection with any matter arising out of, relating to, or in connection with Settling Insurer Entity Policies or any other binder, certificate, or policy of insurance issued, subscribed to, or underwritten in whole or in part or allegedly issued,

subscribed to, or underwritten in whole or in part by the Settling Insurer Entities, including handling of or involvement in connection with Tort Claims or the resolution of Tort Claims.

8.9.  Neither this Agreement nor the rights and obligations set forth in this Agreement shall be assigned without the prior written consent of the other Parties.

8.10. This Agreement was jointly drafted by the Parties and the language of all parts of this Agreement shall in all cases be construed as a whole according to its meaning and not strictly for or against any of the Parties.

8.11. Section titles and/or headings contained in this Agreement are included only for ease of reference and shall have no substantive effect.

8.12. All notices, demands, or other communication to be provided pursuant to this Agreement shall be in writing and sent by e-mail and Federal Express or other overnight delivery service, costs prepaid, to the Parties at the addresses set forth below, or to such other person or address as any of them may designate in writing from time to time:

   If to the Archdiocese Parties:

         Joseph F. Kueppers
         Chancellor of Civil Affairs
         Office of the Chancellor for Civil Affairs
         Archdiocese of St. Paul and Minneapolis
             777 Forest Street
             Saint Paul, MN 55106

         With a copy to:

         Charles B. Rogers and Lauren E. Lonergan
         Briggs and Morgan, P.A.
         Suite 2200
         80 South Eighth Street
         Minneapolis, MN 55402


   If to Parish Parties:

         Joseph F. Kueppers
         Chancellor of Civil Affairs
         Office of the Chancellor for Civil Affairs
         Archdiocese of St. Paul and Minneapolis
         777 Forest Street
         Saint Paul, MN 55106

         With a copy to:

         Margo S. Brownell
          Maslon LLP

32

3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

If to the Seminary Parties:

Robley D. Evans
The Saint Paul Seminary
2260 Summit Avenue St. Paul, MN  55105

With a copy to:

Margo S. Brownell
Maslon LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

If to the Settling Insurers:

Ed Zawitoski
Senior Vice President
Travelers
11 Schilling Road
Hunt Valley, MD 21031-1110
E-mail: ezawitos@travelers.com

Scott Myers
Travelers
One Tower Square MSO4-B
Hartford, CT  06183
E-mail: spmyers@travelers.com

With a copy to:

Frederick P. Marczyk
Drinker Biddle & Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Fax: (215) 988-3373
E-mail: frederick.marczyk@dbr.com

8.13. This Agreement may be executed in multiple counterparts, all of which together shall constitute one and the same instrument.  This Agreement may be executed and delivered by facsimile, e-mail, or other electronic image, which facsimile, e-mail, or other electronic image counterparts shall be deemed to be originals.  This agreement may be electronically signed.  Any such electronic signatures are the same as handwritten signatures for the purposes of validity, enforceability and admissibility.

141559966.17

8.14. Nothing contained in this Agreement shall be deemed or construed to constitute (a) an admission by any of the Settling Insurers that any Person was or is entitled to any insurance coverage under the Settling Insurer Entity Policies or any other binder, certificate, or policy of insurance issued or allegedly issued by the Settling Insurer Entities or as to the validity of any of the positions that have been or could have been asserted by the Parties, (b) an admission by the Catholic Parties as to the validity of any of the positions or defenses to coverage that have been or could have been asserted by the Settling Insurer Entities, or (c) an admission by any of the Parties of any liability whatsoever with respect to any of Tort Claims.

8.15. All of the Persons included in the definition of the Settling Insurer Entities are intended beneficiaries of this Agreement.  Except as set forth in the preceding sentence or otherwise set forth in this Agreement, there are no third-party beneficiaries of this Agreement.

8.16. Except as provided in this Agreement, the Parties shall be responsible for their own fees and costs incurred in connection with the Reorganization Case, this Agreement, and the implementation of this Agreement.

8.17. The following rules of construction shall apply to this Agreement:

8.17.1.   Unless the context of this Agreement otherwise requires: (a) words of any gender include each other gender; (b) words using the singular or plural number also include the plural or singular number, respectively; (c) the terms "hereof," "herein," "hereby," and derivative or similar words refer to this entire Agreement; and (d) the words "include," "includes," or "including" shall be deemed to be followed by the words "without limitation."

8.17.2.   References to statutes shall include all regulations promulgated thereunder and references to statutes or regulations shall be construed as including all statutory and regulatory provisions regardless of whether specifically referenced in this Agreement.

8.17.3.   The wording of this Agreement was reviewed by legal counsel for each of the Parties, and each of them had sufficient opportunity to propose and negotiate changes prior to its execution. The wording of this Agreement shall not be construed in favor of or against any Person.

8.17.4.   The use of the terms "intend," "intended," or "intent," when describing the intention of the Parties, as the case may be, shall not be construed to create a breach of this Agreement when the stated intent is not achieved.

8.18. The Bankruptcy Court in the Reorganization Case shall retain jurisdiction to interpret and enforce the provisions of this Agreement, which shall be construed in accordance with Minnesota law.  The Settling Insurers do not, by virtue of this Section 8.18 or any other provision in this Agreement, consent to the Bankruptcy Court's jurisdiction as to any other matter.

8.19. This Agreement and the Archdiocese's obligations under this Agreement shall be binding on the Archdiocese and the Reorganized Debtor and shall survive the entry of the Plan Confirmation Order.

8.20. This Agreement shall be effective on the Effective Date.

[Remainder of page left blank intentionally]

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of the Archdiocese of St. Paul and Minneapolis**

By: _____

Title: _____CFO_____

Date: ____8/27/2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of SETTLING INSURERS (as defined herein)**

By: _____
Ed Zawitoski

Title: _____
2nd Vice President

Date: _____

36                                                                                          Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of Saint Paul Seminary**
**2260 Summit Avenue, St. Paul, Minnesota 55105**

By: _____

Title: _Vice Rector for Administration_

Date: ___8/28/18_____

38

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of Saint John Vianney Seminary**
**2115 Summit Ave, Mail 5024, St. Paul, Minnesota 55105**

By: _____

Title: _____Secretary_____

Date: _____8/28/18_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of the Catholic Cemeteries, individually and as successor in interest to: Calvary Cemetery, Gethsemane Cemetery (including Assumption Cemetery), Resurrection Cemetery, St. Anthony's Cemetery, and St. Mary's Cemetery**
**2105 Lexington Ave S., Mendota Heights, MN 55120**

By: _Jim M. Cherek_
 JOHN M. CHEREK

Title: _DIRECTOR / SECRETARY_

Date: _8 - 30 - 2018_

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of the Catholic Charities of The Archdiocese of Saint Paul and Minneapolis as successor in interest to St. Joseph's Home for Children (f/k/a Minneapolis Catholic Boys' Home, and f/k/a Minneapolis Catholic Orphan Asylum); Seton Residence (f/k/a St. Paul Catholic Orphan Asylum and f/k/a Catholic Infants Home); Catholic Social Service of Saint Paul (f/k/a known as Bureau of Catholic Charities of Saint Paul, Inc.)**
**1200 2nd Avenue S., Minneapolis, MN 55403**

By: _____

Title: General Counsel

Date: 09/05/2018

41

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of the CommonBond Communities (f/k/a Community Development Corporation for the Archdiocese of Saint Paul and Minneapolis, and f/k/a Urban Affairs Community Development Corporation, Inc.)**
**1080 Montreal Avenue, St Paul, MN 55116**

By: _____

Title: _____CEO_____

Date: _____8/31/18_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Newman Center and Chapel (f/k/a Newman Hall)**
**1203 5th St SE, Minneapolis, MN 55414**

By: _Fr. _____

Title: _Pastor_____

Date: _9-5-2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Society for the Propagation of the Faith, Incorporated (f/k/a Center for Mission)**
**777 Forest Street, St. Paul, Minnesota 55106**

By: _Michael Dressen_

Title: _Diretor_

Date: _8-27-2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of the Dominican Sisters of Sinsinawa solely in connection with Regina High School**

By: _Toni Harness_

Title: _PRIORESS OF THE CONGREGATION CHAIR, SINSINAWA DOMINICANS, INC._

Date: _09/05/2018_

45

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Cathedral of Saint Paul, including the former parish of The Church of St. Vincent of St. Paul, Minnesota, and as successor to the Cathedral School 239 Selby Ave., St. Paul, MN 55102**

By: _Renfer Corbel_

Title: _Rector_

Date: _31 August 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of All Saints of Lakeville, Minnesota, including the parish school**
**19795 Holyoke Ave, Lakeville, MN 55044**

By: _____

Title: _____Pastor_____

Date: _____9/11/18_____

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Annunciation of Hazelwood, Minnesota**
**4996 Hazelwood Ave., Northfield, MN 55057**

By: _Dennis Dempsey_
    Dennis Dempsey

Title: _Pastor_

Date: _August 29, 2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Annunciation of Minneapolis, including the parish school, and including The Church of the Visitation in Minneapolis 509 54th St W, Minneapolis, MN 55419**

By: _____

Fr. Brian Park

Title: _Pastor_____

Date: _9-5-18_____

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Ascension of Norwood, Minnesota**
**323 Reform St N, Norwood Young America, MN 55368**

By: _____

Title: _Pastor_____

Date: _Aug 31 2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Ascension of Minneapolis, Minnesota, including the parish school and the former parish of The Church of St. Philip of Minneapolis, Minnesota**
**1723 Bryant Ave N, Minneapolis, MN 55411**

By: _____

Title: _____Pastor_____

Date: _____9/12/18_____


141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Assumption
51 7th St W, St. Paul, MN 55102**

By: _____

Title: _____Pastor_____

Date: _____Sept. 6, 2018_____

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Assumption of Richfield, Minnesota**
**305 East 77th St, Richfield, MN 55423**

By: _Michael Kueber_

Title: _Pastor_

Date: _Aug 29, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of Basilica of St. Mary of Minneapolis**
**88 17th St. N., P.O. Box 50010, Minneapolis, MN 55405**

By: _Rev. John M. Bauer_

Title: _Pastor_

Date: _9-12-18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Blessed Sacrament of St. Paul, including The Church of St. Thomas the Apostle, of St. Paul, Minnesota**
**2119 Stillwater Ave, St. Paul, MN 55119**

By: _Fr. Benny Mekktatt_

Title: _Pastor_

Date: _9/11/2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Christ the King of Minneapolis
5029 Zenith Ave S, Minneapolis, MN 55410**

By: _____

Title: _____

Date: _____9/14/18_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of All Saints of Minneapolis**
**435 4th St NE, Minneapolis, MN 55413**

By: _____

Title: _Pastor_____

Date: _9/05/18_____

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Corpus Christi of Saint Paul
2131 Fairview Ave N, Roseville, MN 55113**

By: _____

Title: _____

Date: _____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Catholic Church of Divine Mercy of Faribault, including the parish school, and the former parishes of The Church of the Immaculate Conception of Faribault Minnesota, The Church of the Sacred Heart of Faribault, Minnesota, and The Church of St. Lawrence of Faribault, MN.**
**139 Mercy Drive, Faribault, MN 55021**

By: _Rev. Kevin Kenney_

Title: _Pastor_

Date: _9-6-2018_

59                                                        Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of The Epiphany of Coon Rapids, Minnesota, including the parish school**
**1900 111th Ave NW, Coon Rapids, MN 55433**

By: _____

Title: _____ Pastor

Date: _____ 9 - 11 - 18

Rev. Thomas Dufner

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Gichitwaa Kateri**
**3045 Park Ave, Minneapolis, MN 55407**

By: _Fr. Douger_
        Fr. Douglas A. Ebert

Title: _Pastor_

Date: _5 September 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Good Shepherd, of Minneapolis, Minnesota, including the parish school**
**145 Jersey Ave S, Golden Valley, MN 55426**

By: _____

Title: PASTOR _____

Date: SEPTEMBER 11, 2018 _____

Travelers

141558966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Guardian Angels of Oakdale, Minnesota**
**8260 Hudson Blvd, Lake Elmo, MN 55042**

By: _Rodger Lawson_

Title: _PASTOR_

Date: _SEPT 14, 2018_

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of Church of the Guardian Angels of Chaska, Minn including the parish school**
**218 Second St W, Chaska, MN 55318**

By: _Fr. William Deziel_

Fr. William Deziel

Title: _PASTOR_

Date: _8-30-18_

64

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of Highland Catholic School
2017 Bohland Ave, St. Paul, MN 55116**

By: _____
Paul F. Feela

Title: _____Pastor_____

Date: _____07 September 2018_____

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Holy Childhood, St. Paul, Minnesota**
**1435 Midway Pkwy, St. Paul, MN 55108**

By: _____

Title: _____

Date: _____

66

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Holy Cross of Minneapolis, Minnesota, including the Church of Saint Anthony of Padua, Church of Saint Hedwig of Minneapolis, and the former parish of The Church of Saint Clement**
**1621 University Ave NE, Minneapolis, MN 55413**

By: _Rev. Spencer J. Howe_

Title: _PAROCHIAL ADMINISTRATOR_

Date: _31 AUG, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of Holy Cross Catholic School**
**6100 37th St. W., Webster, MN 55088**

By: _____

Title: _Canonical Administrator_

Date: _9/11/18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Holy Family of St. Louis Park, including the parish school**
**5900 Lake St W, Saint Louis Park, MN 55416**

By: _____

Title: _____Pastor_____

Date: _____9/7/18_____

69

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Holy Name of Minneapolis**
**3637 11th Ave S, Minneapolis, MN 55407**

By: _____

Title: _____

Date: _____

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Holy Name of Jesus of Medina, Minnesota, including the parish school**
**155 County Rd 24, Wayzata, MN 55391**

By: _____

Title: _____PASTOR_____

Date: _____September 12, 2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of Dominican Fathers Holy Rosary Church & School**
**2424 – 18th Ave S, Minneapolis, MN 55404**

By: _Gerald L Stookey, OP_

Title: _Pastor_

Date: _9- 6 - 18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Holy Spirit of St. Paul, Minnesota, including the parish school**
**515 Albert St S, St. Paul, MN 55116**

By: _Daniel C. Hangar_

Title: _Pastor_

Date: _09/06/18_

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Holy Trinity, including the former parishes of The Church of St. Columbkille of Belle Creek, Minnesota and The Church of St. Mary of Belvidere, Minnesota**
**308 4th St N, Goodhue, MN 55027**

By: _Fr. Randal Kasel_

Title: _Parochial Administrator_

Date: _September 6, 2018_

74                                              Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Holy Trinity of Waterville, Minnesota**
**506 Common St, Waterville, MN 56096**

By: _Rev, Michael W. Ince_
   MICHAEL   W.   INCE

Title: _Pastor_

Date: _9 - 12 - 18_

75

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Holy Trinity of South St. Paul, including the parish school and The Church of St. Augustine of South St. Paul, Minnesota.**
**749 6th Ave S, South St. Paul, MN 55075-**

By: _____
JOHN P ECHERT

Title: _Pastor_____

Date: _9-11-18_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Immaculate Conception
116 Alabama St SE, Lonsdale, MN 55046**

By: _____

Title: _Pastor_ _____

Date: _September 4, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Immaculate Conception of Watertown, Minnesota**
**109 Angel Ave NW, Watertown, MN 55388**

By: _Rev James Devorak_

Title: _Pastor_

Date: _September 4, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Immaculate Conception of Columbia Heights, including the parish school**
**4030 Jackson St NE, Columbia Heights, MN 55421**

By: _Rev. James E. Peterson_

Title: _Parochial Administrator_

Date: _September 12, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Immaculate Conception of Marysburg, Minnesota**
**27528 Patrick St, Madison Lake, MN 56063**

By: *Rev Christopher L Shofner*

Title: *Pastor*

Date: *9/6/18*

Travelers

141559966.17

      IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Immaculate Heart of Mary of Glen Lake, Minnesota**
**13505 Excelsior Blvd, Minnetonka, MN 55345**

By: _Fr. John Brown_

Title: _Pastor_

Date: _9-4-18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

On behalf of The Church of the Incarnation of Minneapolis, including Sagado Corazon de Jesus
3817 Pleasant Ave, Minneapolis, MN 55409

By: _____

Title: *Pastor / Vice President*

Date: *12 September 2018*

Travelers

141559966 17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Lumen Christi, including The Church of Saint Therese of St. Paul, The Church of Saint Gregory the Great of Saint Paul, Minnesota, and the Church of Saint Leo of St. Paul, Minnesota.**
**2055 Bohland Ave, St. Paul, MN 55116**

By: _____
Paul F. Feela

Title: _____Pastor_____

Date: _____05 September 2018_____

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Mary, Mother of the Church of Burnsville, Minnesota**
**3333 East Cliff Rd, Burnsville, MN 55337**

By: _____

Title: _Trustee_____

Date: _Sept 9, 2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Catholic Church of Mary Queen of Peace, including the parish school and the former parishes of the Church of Saint Martin of Rogers and The Church of St. Walberg, of Hasson**
**21304 Church Ave, Rogers (Hassan Township), MN 55374**

By: _Father Michael G Galwe_

Title: _Pastor_

Date: _8·30·2018_

Travelers

141559966 17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Maternity of the Blessed Virgin, Saint Paul, Minnesota, including parish school and former parish of The Church of St. Andrews of St. Paul Minnesota**
**1414 Dale St N, St. Paul, MN 55117**

By: _____

Title: _Pastor_____

Date: _Aug. 30, 2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Most Holy Redeemer of Montgomery, Minnesota, including the parish school and The Church of St. Canice of Kilkenny, Minnesota**
**206 Vine Ave W, Montgomery, MN 56069**

By: _Rev. Victor Valencia_

Title: _Pastor_

Date: _Sept. 11, 2018_

87

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Most Holy Trinity of Wesely, Minnesota**
**4939 Washington St, Veseli, MN 55046**

By: _____

Title: _____

Date: _____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of The Nativity, of Cleveland, Minnesota, including the parish school**
**200 West Main St, Cleveland, MN 56017**

By: *Rev Christopher L Shofner*

Title: *Pastor*

Date: *9/6/18*

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Nativity of Our Lord, including the parish school**
**1900 Wellesley Ave, St. Paul, MN 55105**

By: _____

Title: _Pastor_____

Date: _9/5/2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Nativity of the Blessed Virgin, Oxboro, Minnesota, including parish school**
**9900 Lyndale Ave S, Bloomington, MN 55420**

By: _____

Title: __PASTOR_____

Date: __SEPTEMBER 12, 2018__

91

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Our Lady of Grace, in Edina, Minnesota, including the parish school and The Church of the Most Holy Trinity of St. Louis Park, Minnesota**
**5071 Eden Ave, Edina, MN 55436**

By: _Fr. the Kevin Finnegan_
      Fr. KEVIN FINNEGAN

Title: _PASTOR, OUR LADY of GRACE_

Date: _SEPTEMBER 5, 2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Our Lady of Guadalupe of Saint Paul, Minnesota**
**401 Concord St, St. Paul, MN 55107**

By: _Frank Brinkman_

Title: _PASTOR_

Date: _8. 31. 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Our Lady of Lourdes of St. Anthony, Minnesota**
**1 Lourdes Place, Minneapolis, MN 55414**

By: _____

Title: _Pastor_____

Date: _August 30, 2018_____

94

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Our Lady of Mount Carmel of Minneapolis**
**701 Fillmore St NE, Minneapolis, MN 55413**

By: _Fr Paul Snoudry_

Title: _PASTOR_

Date: _9-13-18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Our Lady of Peace, including the parish school, The Church of St. Kevin and The Catholic Church of the Resurrection of Minneapolis**
**5426 12th Ave S, Minneapolis, MN 55417**

By: *Rev. Joah T. Ellis*

Rev. Joah T. Ellis

Title: *Pastor & Vice President*

Date: *August 31, 2018*

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Our Lady of the Lake of Mound, Minn., including the parish school**
**2385 Commerce Blvd, Mound, MN 55364**

By: _____

Title: _Trustee_____

Date: _9/1/2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Our Lady of the Prairie, Belle Plaine, including the parish school, the former parish of The Church of Sacred Heart of Belle Plaine, Minnesota and the former parish of The Church of Saints Peter and Paul of Belle Plaine, Minn.**
**212 N Chestnut St, Belle Plaine, MN 56011**

By: _Rev. Brian Lynch_   Rev. Brian Lynch

Title: _Pastor_

Date: _September 5, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Our Lady of Victory of Minneapolis**
**5155 Emerson Ave N, Minneapolis, MN 55430**

By: _Rev. Teren Hay_

Title: _Pastor_

Date: _9/4/18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Pax Christi of Eden Prairie**
**12100 Pioneer Trail, Eden Prairie, MN 55347**

By: _____

Title: _____*Pastor*_____

Date: _____*9/6/2018*_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of St. John Paul II Catholic Preparatory School**
**1630 4th St. NE, Minneapolis, MN 55413**

By: _Father Kevin Finnegan_

Title: _Canonical Administrator_

Date: _Sept 11, 2011_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Presentation of the Blessed Virgin Mary of Saint Paul, including the parish school 1725 Kennard St, Maplewood, MN 55109**

By: _Fr. T.G. M.K._
    Rev. Thomas M. McKenzie

Title: _Pastor_

Date: _9-4-18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Risen Savior, of Apple Valley**
**1501 County Rd 42 E, Burnsville, MN 55306**

By: _Dr. Thomas W Krenik_

Title: _Pastor_

Date: _August 31, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Sacred Heart in St. Paul**
**840 6th St E, St. Paul, MN 55106**

By: _____

Title: _____Pastor_____

Date: ____9/9/2018____

104

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Sacred Heart of Rush City Minnesota**
**425 Field Ave, PO Box 45, Rush City, MN 55069**

By: _Fr. Mike Stapel-Wasy_

Title: _Pastor_

Date: _September 10, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of the Sacred Heart, including the parish school**
**4087 West Broadway Ave, Robbinsdale, MN 55422**

By: _Bryan JB Pedersen_

Title: _Pastor, Vice-President_

Date: _September 12, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Cyril of Minneapolis, Minnesota (also known as the Church of Ss. Cyril and Methodius)**
**1315 2nd St NE, Minneapolis, MN 55413**

By: _Fr. Sam _____

Title: **Parochial Administrator**

Date: **Sept 11, 2018**

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of Parish of Saints Joachim and Anne of Shakopee, Minnesota, including parish school, formerly known as St. Mary of Shakopee, Saint Mark's Church of Shakopee, Scott County and The Church of Saint Mary of the Purification of Marystown, Minn.**
**2700 17th Ave E, Shakopee, MN 55379**

By: _____

Title: Pastor _____

Date: 9 - 4 - 18 _____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of. SS. Peter and Paul of Medina, Minnesota**
**145 Railway St E, P.O. Box 96, Loretto, MN 55357**

By: _____

Title: _____

Date: _____

109

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Adalbert, of St. Paul, Minnesota**
**265 Charles Ave, St. Paul, MN 55103**

By: _____

Title: _Trustee_____

Date: _9/2/2018_____

110

Travelers

141559966.17

09/06/2018 06:19 6516961972 LEOCBYRNERESIDENCE PAGE 04

Case 15-30125   Doc 1256-1   Filed 09/14/18   Entered 09/14/18 17:37:14   Desc
Exhibit(s) Supplement to Plan - Executed Settlement Agreement   Page 111 of 276

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Agatha of Vermillion, Minnesota**
**3700 160th St E, Rosemount, MN 55068**

By: _Richard J Mahoney_

Title: _Pastoral administrator_

Date: _9-5-18_

111

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Agnes of St. Paul, Minnesota, including the parish school**
**535 Thomas Ave, St. Paul, MN 55103**

By: _Rev. Mark Moriarty_

Rev. Mark Moriarty

Title: _Pastor / Vice-president_

Date: _9/12/18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Albert**
**11400 57th St NE, P.O. Box 127, Albertville, MN 55301**

By: _____

Title: _Pastor_____

Date: _September 8, 2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Albert the Great, of Minneapolis, Minn., including former parish of The Church of Our Lady of Perpetual Help of Minneapolis, Minnesota and the former parish of the Church of Saint Austin of Minneapolis, Minnesota**
**2836 33rd Ave S, Minneapolis, MN 55406**

By: _Rev. Joseph T. Gillespie_

Title: _Pastor_

Date: _Sept. 4, 2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Alphonsus, of Brooklyn Center, Minnesota, including the parish school**
**7025 Halifax Ave N, Brooklyn Center, MN 55429**

By: _Rev Donald Berry Wlber J CssR_

Title: _Pastor_

Date: _Sept. 5, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Ambrose of Woodbury, including the parish school (formerly located in St. Paul, Minnesota)**
**4125 Woodbury Dr., Woodbury, MN 55129**

By: _Fr. Peter J. Willi___

Title: _Pastor___

Date: _Sept. 10, 2018___

Travelers

141559966.17

       IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Andrew of Elysian, Minnesota**
**305 Park Ave NE, Elysian, MN 56028**

By: _____
Pat Baker

Title: __Trustee__

Date: __9/4/18__

117                                                                                           Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Andrew Kim**
**1850 Mississippi River Blvd, St. Paul, MN 55116**

By: _Fr. Hak Sun Kim_

Title: _Parochial Administrator_

Date: _9.14.2018_

118

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Anne – Saint Joseph Hien
2627 Queen Ave N, Minneapolis, MN 55411**

By: _____

Title: _____

Date: _____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Anne of Hamel, Minnesota**
**200 Hamel Rd, P.O. Box 256, Hamel, MN 55340**

By: _Corey T. Belden_

Title: _Parochial Administrator_

Date: _Sept 06, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St Anne of LeSueur, Minnesota, including the parish school and the former parish of Church of St. Thomas of Derrynane**
**217 N 3rd St, Le Sueur, MN 56058**

By: _Rev. Christopher L Shofner_

Title: _Pastor_

Date: _9/6/18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Bartholomew of Wayzata, including the parish school**
**630 Wayzata Blvd E, Wayzata, MN 55391**

By: _Fr. Michael O. Van Sloun_

Title: _Pastor_

Date: _September 6, 2018_

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Bernard of St Paul Minnesota**
**1160 Woodbridge St., St. Paul, MN 55117**

By: _____

Title: _____Pastor_____

Date: _____September 4, 2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Bernard, of Benton, Minnesota, including the parish school**
**212 Church St E, Cologne, MN 55322**

By: _Fr Gregory Abbott_

Title: _Pastor_

Date: _9-4-18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Bonaventure, of Bloomington, Minnesota**
**901 90th St E, Bloomington, MN 55420**

By: *Rev. Richard Kaley*

Title: *Pastor*

Date: *9-5-'18*

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Boniface**
**629 2nd St NE, Minneapolis, MN 55413**

By: _FR. Binju Mathew_ .

Title: _ADMINISTRATOR_.

Date: _9/13/2017._

126

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Boniface of St. Bonifacius, Minn.**
**4025 Main St, Saint Bonifacius, MN 55375**

By: _Rev JOSEPH-Quoc Vuong_

Title: _Pastor_

Date: _Sept 5, 2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Bridget of Minneapolis, including the Church of Saint Austin of Minneapolis, Minnesota**
**3811 Emerson Ave N, Minneapolis, MN 55412**

By: _Geraldine K Hane_

Title: _Trustee- Secretary_

Date: _09-13-2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Bridget of Sweden, of Lindstrom, Minnesota**
**13060 Lake Blvd, P.O. Box 754, Lindstrom, MN 55045**

By: _Rev. David W. Kohner_
    Rev. David W. Kohner

Title: _Pastor_

Date: _Sept. 9, 2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Casimir of St. Paul, Minnesota**
**934 Geranium Ave E, St. Paul, MN 55106**

By: *Fr. Michael O.Powell*

Title: *Pastor*

Date: *9/5/18*

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

On behalf of The Church of St. Catherine of Spring Lake, Minnesota
24425 Old Highway 13 Blvd, Jordan, MN 55352

By: _Fr. Michael J Miller_

Title: _Pastor_

Date: _9-13-18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Cecilia of St. Paul
2357 Bayless Place, St. Paul, MN 55114**

By: _____

Title: _John M. Hofstede_

Date: _September 5, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Charles Borromeo of Minneapolis, Minnesota, including the parish school 2739 Stinson Blvd NE, Saint Anthony, MN 55418**

By: _Fr. Tony Puyls_

Title: _Pastor_

Date: _September 5, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Charles, Bayport, Minnesota**
**409 3rd St N, Bayport, MN 55003**

By: _Fn. Malfor_

Title: _PASTOR_

Date: _9/12/18_

141559966.17

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Columba of St. Paul, Minn.**
**1327 LaFond Ave, St. Paul, MN 55104**

By: _____

Title: _____Pastor_____

Date: _____Sept 7, 18_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St Dominic of Northfield
Minnesota, including the parish school
216 Spring St N, Northfield, MN 55057**

By: _Dennis Dempsey_

Title: _Pastor_

Date: _09-05-2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Edward, of Bloomington, Minnesota**
**9401 Nesbitt Ave S, Bloomington, MN 55437**

By: _____

Title: _____Pastor_____

Date: _____9-13-18_____

137

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Elizabeth Ann Seton, Hastings, Minnesota, including the parish school and the former parishes of The Church of Guardian Angels, Hastings, Minnesota and The Church of St. Boniface of Hasting, Minnesota**
**2035 15th St W, Hastings, MN 55033**

By: _Fr. David Hennen_

Title: _Pastor_

Date: _September 5, 2018_

138

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Frances Cabrini of Minneapolis, Minnesota**
**1500 Franklin Ave SE, Minneapolis, MN 55414**

By: *Rev. Paul Moudry*

Title: PASTOR

Date: 9 – 13 – 18

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Francis de Sales of St. Paul, Minnesota including Child Care Center & Preschool, and The Church of St. James of St. Paul**
**650 Palace Ave, St. Paul, MN 55102**

By: _Juan Miguel Betancourt, SM_

Title: _President & Pastor_

Date: _Sept 6, 2018_

140

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Francis of Assisi**
**16770 13th St S, Lake St Croix Beach, MN 55043**

By: _____

Title: _____

Date: _____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Francis Xavier of Franconia, Minnesota**
**25267 Redwing Ave, Shafer, MN 55074**

By: _Rev. John _____

Title: _Parochial Administrator_

Date: _September 6, 2018_

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Francis of Buffalo, Minnesota, including the parish school**
**300 First Ave NW, Buffalo, MN 55313**

By: _Mary Jo Stabstad_
    _Theodore McCarty_

Title: _Pastor_  _Trustee_  _Truske_

Date: _9/5/18_

143

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Parish of Saint Gabriel the Archangel of Hopkins, Minnesota, including St. Joseph of Hopkins and Saint John the Evangelist of Interlachen Park**
**6 Interlochen Rd, Hopkins, MN 55343**

By: _Rev. James Liebel_

Title: _VICE PRESIDENT_

Date: _SEPTEMBER 7, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Genevieve of Centerville, Minnesota including The Church of St. John the Baptist of Hugo**
**7087 Goiffon Rd, Centerville, MN 55038**

By: _Fr. Gregory L. Esty_
    Fr. Gregory Esty

Title: _Pastor_

Date: _Sept. 12, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint George of Long Lake
133 Brown Rd N, Long Lake, MN 55356**

By: _Fr. Mark Juettner_

Title: _Pastor_

Date: _Sept 14, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Gerard**
**9600 Regent Ave N, Brooklyn Park, MN 55443**

By: _____

Title: _____

Date: _____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Gregory
38725 Forest Blvd, North Branch, MN 55056**

By: _Mote S. Stoppel-Wass_

Title: _Pastor_

Date: _September 10, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Hedwig of Minneapolis**
**129 29th Ave. NE, Minneapolis, MN 55418**

By: _Rev. Spencer J. Howe_

Title: _PAROCHIAL ADMINISTRATOR_

Date: _31 AUG, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Helena of Minneapolis, including parish school
3204 43rd St E, Minneapolis, MN 55406**

By: _Rev. Richard Villano_

Title: _Pastor_

Date: _Sept 5, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Henry of Monticello, Minn**
**1001 7th St E, Monticello, MN 55362**

By: _Anthony D. Vanderloop_

Title: _Pastor_

Date: _9-7-18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Henry of Sharon, Minnesota**
**165 N. Waterville Ave, Le Center, MN 56057**

By: _Rev. Christopher L. Shofner_

Title: _Pastor_

Date: _9/6/18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Hubert of Chanhassen
Minn, including parish school
8201 Main St, Chanhassen, MN 55317**

By: _____

Title: *Fr. Rolf Tollefson, Pastor*

Date: *September 5, 2018*

Travelers

     IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Ignatius of French Lake, Minnesota**
**35 Birch St E, Annandale, MN 55302**

By: _____

Title: _Pastor_____

Date: _9/13/18_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Jerome, Maplewood, Minnesota including parish school**
**380 Roselawn Ave E, Maplewood, MN 55117**

By: *Rev. Cletus Basekela*

Title: *Pastor*

Date: *September 7, 2018*

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Joan of Arc in Minneapolis**
**4537 3rd Ave S, Minneapolis, MN 55419**

By: _James DeBruycker_

Title: _Pastor_

Date: _Sept. 12, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. John Neumann**
**4030 Pilot Knob Rd, Eagan, MN 55122**

By: _Fr. Douglas_____
　　　　　　　Fr. Douglas A. Ebert

Title: _Pastor_____

Date: _6 Sep 2018_____

157

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. John the Baptist of Dayton Minnesota**
**18380 Columbus St, P.O. Box 201, Dayton, MN 55327**

By: _____

Title: _Pastor_____

Date: _September 7 2018_____

Travelers

*Travelers*

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. John the Baptist of Byrnesville, Minnesota, including parish school**
**4625 West 125th St, Savage, MN 55378**

By: _Fr. Donald DeBroad_
  Fr. Donald DeBroad

Title: _Pastor_

Date: _9 - 12 - 2018_

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. John Baptist, including parish school**
**835 2nd Ave NW, New Brighton, MN 55112**

By: _Michael Skluzacek_

Title: _Pastor_

Date: _Sept. 5, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint John the Baptist of Jordan Minn., including parish school**
**313 East 2nd St, Jordan, MN 55352**

By: _____

Title: Parochial Administration

Date: 9-7-18

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of Church of St. John the Baptist of Excelsior, Minnesota, including parish school**
**680 Mill St, Excelsior, MN 55331**

By: _____

Title: ___Pastor_____

Date: ___9-7-2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. John of Vermillion Minnesota, including parish school**
**106 Main St W, Vermillion, MN 55085**

By: _Rev. Caus. 1h_

Title: _Pastor_

Date: _9/6/18_

163

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of St. John's Church of Little Canada, Minnesota, including parish school**
**380 Little Canada Rd E, Little Canada, MN 55117**

By: _Fr. T_ _Walljon_

Title: _Pastor_

Date: _9-11-18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint John Vianney in South Saint Paul, Minnesota**
**789 17th Ave North, South St. Paul, MN 55075**

By: _ANTONY SKARIA_ _(signature)_

Title: _PASTOR_

Date: _09-05-2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Joseph**
**8701 36th Ave N, New Hope, MN 55427**

By: _Fr. Terry Rasmussen_

Fr. Terry Rassmussen

Title: _Pastor_

Date: _September 11, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Joseph of West Saint Paul, Minnesota**
**1154 Seminole Ave, West St. Paul, MN 55118**

By: _____

Title: _____PASTOR_____

Date: _____9/05/2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Joseph, of Red Wing
Minnesota**
**426 8th St W, Red Wing, MN 55066**

By: _Fr. Thomas M. Kommus_

Title: _Pastor_

Date: _9/12/18_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Joseph of Taylors Falls**
**490 Bench St, Taylors Falls, MN 55084**

By: _Rev. _____

Title: _Parochial Administrator_

Date: _September 6, 2018_

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Joseph of Waconia, Minn., including parish school**
**41 1st St E, Waconia, MN 55387**

By: _Fr. Stan Mader_

Fv. STAN    MADER

Title: _PASTOR_

Date: _Sept 14, 2018_

170                                                        Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Joseph, of Rosemount Minnesota, including parish school**
**13900 Biscayne Ave W, Rosemount, MN 55068**

By: _Fr. Paul Kamm_

Title: _PASTOR_

Date: _9/12/18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Joseph, of Miesville, Minnesota, in the Township of Douglas, including parish school**
**23955 Nicolai Ave E, Hastings, MN 55033**

By: *Pr. Terry Beeson*

Title: *Pastor*

Date: *September 6, 2018*

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of Church of St. Joseph of Rice Lake, Minnesota**
**171 Elm St, Lino Lakes, MN 55014**

By: _____

Title: _____PASTOR_____

Date: _____SEPT 4  2014_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Joseph the Worker, Maple Grove, Minnesota**
**7180 Hemlock Lane N, Maple Grove, MN 55369**

By: *Rev. Michael Sullivan*

Title: *Pastor*

Date: *September 5, 2018*

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Jude of the Lake in the Town of Lincoln, including parish school
700 Mahtomedi Ave, Mahtomedi, MN 55115**

By: _Fr. Cory Rohlfing_

Title: _Pastor_

Date: _9/6/2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Katharine Drexel, Ramsey, Minnesota**
**7101 143rd Ave NW, Ramsey, MN 55303**

By: _Rev. Paul A. Jarzyski_

Title: _Pastor_

Date: _9/11/2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Lawrence of Minneapolis, Minnesota**
**1203 5th St SE, Minneapolis, MN 55414**

By: _____

Title: _____Pastor_____

Date: _____9-5-2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Leonard of Port Maurice, of Minneapolis, Minnesota**
**3949 Clinton Ave S, Minneapolis, MN 55409**

By: _____

Title: _____Pastor_____

Date: ___9-12-18_____

Travelers

141559966.17

09/11/2018  10:40     6512240017              CHURCH OF ST. LOUIS                 PAGE  05/05

Case 15-30125   Doc 1256-1   Filed 09/14/18   Entered 09/14/18 17:37:14   Desc
Exhibit(s) Supplement to Plan - Executed Settlement Agreement    Page 179 of 276

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Louis, of St. Paul Minnesota**
**506 Cedar St, St. Paul, MN 55101**

By: _Er. Johar Sapdah, om_

Title: _PASTOR_

Date: _9-11-18_

179                                                    Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

> **On behalf of The Church of St. Luke of Clearwater,**
> **Minnesota**
> **17545 Huber Ave NW, Clearwater, MN 55320**
>
> By: _Fr. DJ Maclver_
>
> Title: _Parochial Administrator_
>
> Date: _9-6-18_

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Margaret Mary, of
Minneapolis, Minnesota
2323 Zenith Ave N, Golden Valley, MN 55422**

By: _Thomas Ryan_

Title: _Pastor_

Date: _9-12-2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Mark of St. Paul, Minnesota, including parish school**
**2001 Dayton Ave, St. Paul, MN 55104**

By: _____

Title: _Pastor_

Date: _September 5th 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Mary, of St. Paul Minnesota
261 8th St E, St. Paul, MN 55101**

By: _Kennym Fr. Benny mekkatt_

Title: _Pastor_

Date: _September 6, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Mary of Le Center,
Minnesota
165 Waterville Ave N, Le Center, MN 56057**

By: _Rev Christopher L Shofner_

Title: _Pastor_

Date: _9/6/18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Mary, of New Trier, Minnesota**
**8433 239th St E, Hampton, MN 55031**

By: _____

Title: _____Pastor_____

Date: _____9/8/18_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Mary of Stillwater**
**423 5th St S, Stillwater, MN 55082**

By: _____

Title: _Pastor_____

Date: _9/6/18_____

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St Mary of Waverly Minnesota
606 Elm Ave, Waverly, MN 55390**

By: _Rev. Kenneth Offord_

Title: _Pastor_

Date: _9-5-2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Mary, Minnesota (also known as the Church of St. Mary of Czestochowa)**
**1867 95th St SE, Delano, MN 55328**

By: _Rev. Joseph Duc Vuong_

Title: _PASTOR_

Date: _Sept 5, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Mary of the Lake, of Medicine Lake, Minnesota**
**105 Forestview Ln N, Plymouth, MN 55441**

By: _____
    Fr. Curtis F. Lybarger

Title: _Pastor_____

Date: ___7-14-18_____

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Mary of the Lake, of White Bear, Minnesota**
**4690 Bald Eagle Ave, White Bear Lake, MN 55110**

By: _Fr. Ralph Talbot_

Title: _Pastor_

Date: _9-5-2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Matthew of St. Paul, Minnesota**
**490 Hall Ave, St. Paul, MN 55107**

By: *Robert M. Kelly, OP*

Title: *Parochial Administrator*

Date: *9/5/2018*

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Mathias of Hampton, Minnesota**
**23315 Northfield Blvd, Hampton, MN 55031**

By: _Rev. Cars. Ihn_

Title: _Pastor_

Date: _9/6/18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Maximilian Kolbe, including parish school, formerly known as The Church of St. Peter, of Delano, Minnesota and The Church of St. Joseph of Delano**
**204 South River St., PO Box 470, Delano, MN 55328**

By: _____

Title: _Pastor_____

Date: __9-11-2018_____

193

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Michael of Farmington, Minnesota**
**22120 Denmark Ave, Farmington, MN 55024**

By: _____

Title: _____Pastor_____

Date: _____Sept. 6  2018_____

194

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Michael of Kenyon, Minnesota**
**108 Bullis St, Kenyon, MN 55946**

By: _Rev. Kevin Kenney_

Title: _Pastor_

Date: _9-6-2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Michael, of Pine Island Minnesota**
**451 5th St SW, Pine Island, MN 55963**

By: _Fr. Randal Kasel_

Title: _Pastor_

Date: _September 6, 2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Michael of St. Paul Minnesota**
**337 Hurley St E, West St. Paul, MN 55118**

By: _Daniel R. Ajagatul_

Title: _TREASURER — TRUSTEE_

Date: _09/05/2018_

197

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Michael, of Stillwater Minnesota**
**611 3rd St S, Stillwater, MN 55082**

By: _____

Title: _Pastor_____

Date: _9/6/18_____

198

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Michael, of Frankfort,
Minnesota, including parish school
11300 Frankfurt Pkwy NE, Saint Michael, MN 55376**

By: _Fr. Peter Richards_

Fr. Peter Richards

Title: _Pastor_

Date: _9/6/18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Michael of Prior Lake,
including parish school
16311 Duluth Ave SE, Prior Lake, MN 55372**

By: _Fr. Thomas J. Walker_
Fr. Thomas J. Walker

Title: _Pastor and Vice-President_

Date: _9/12/18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Nicholas of Carver Minn.**
**412 4th St W, Carver, MN 55315**

By: _____

Title: _____

Date: _September 13, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of St. Nickolaus Church of New Market Scott County Minnesota**
**51 Church St, New Market, MN 55054**

By: _____

Title: _Pastor_____

Date: _9/11/18_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Odilia, of Shoreview, Minnesota, including parish school**
**3495 Victoria St N, Shoreview, MN 55126**

By: _Phillip J. Rask_

Title: _Vice President_

Date: _09/06/2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of St. Olaf's Catholic Church of Minneapolis, Minnesota**
**215 South 8th St, Minneapolis, MN 55402**

By: _Rev. Paul Kammerly_

Title: _Pastor_

Date: _Sept 5, 2013_

Travelers

141559966 17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Pascal Baylon, St. Paul, Minnesota, including parish school, and the former parish of The Church of St. John of St. Paul, Minnesota**
**1757 Conway St, St. Paul, MN 55106**

By: _John Mitchell_
     JOHN MITCHELL

Title: _PASTOR_

Date: _September 6, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Patrick of Inver Grove, Minnesota**
**3535 72nd St E, Inver Grove Heights, MN 55076**

By: _Fr. Brian J. Fier_
Fr. Brian J. Fier

Title: _Pastor_

Date: _Sept 11, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Patrick of Edina, Minnesota
6820 St. Patrick's Lane, Edina, MN 55439**

By: *[signature]*

Title: *PASTOR*

Date: *September 4, 2018*

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of, St. Patrick, of Shieldsville Minnesota**
**7525 Dodd Rd, Faribault, MN 55021**

By: _Rev. Victor Valeric_

Title: _Pastor_

Date: _Sept. 11, 2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Patrick of Cedar Lake, Minnesota**
**24425 Old Highway 13 Blvd, Jordan, MN 55352**

By: _Fr. Michael J. Miller_

Title: _Pastor_

Date: _9-11-18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Patrick of Cedar Creek, Minnesota**
**19921 Nightingale St NW, Oak Grove, MN 55011**

By: _Fr. Allan Paul Eilen_

Title: _PASTOR_

Date: _9-7-2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Patrick of St. Paul Minnesota**
**1095 DeSoto St, St. Paul, MN 55130**

By: *Fr. Michael D. Buell*

Title: *Pastor*

Date: *9/5/2018*

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Paul of Zumbrota, Minnesota**
**749 Main St S, Zumbrota, MN 55992**

By: _Fr. Randal Kasel_

Title: _Pastor_

Date: _September 6, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Paul**
**1740 Bunker Lake Blvd NE, Ham Lake, MN 55304**

By: _James Livingston_

Title: _PASTOR_

Date: _September 8, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Peter of Richfield, Minnesota, including parish school of Blessed Trinity**
**6730 Nicollet Ave, Richfield, MN 55423**

By: _____

Title: _____

Date: _____

214                                                                Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Peter, of Mendota, Minnesota**
**1405 Hwy 13, Mendota, MN 55150**

By: _____

FR. STEVEN HOFFMAN

Title: _____PASTOR_____

Date: _____11 SEPT 2018_____

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Peter, including parish school**
**1250 Shore Dr. S, Forest Lake, MN 55025**

By: *Rev. Daniel Bodh*

Title: *Pastor*

Date: *Sept. 6, 2018*

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Peter of North St. Paul, including parish school and the former parish The Church of the Holy Redeemer**
**2600 Margaret St N, North St. Paul, MN 55109**

By: _Ettore Ferrario_

Title: _Pastor_

Date: _8 / 7 / 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Peter Claver Minnesota,**
**including parish school**
**375 Oxford St N, St. Paul, MN 55104**

By: _Rev. Erich Rutten_

Title: _Parochial Administrator_

Date: _Sept 14, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Pius of Cannon Falls, Minnesota**
**410 Colvill St W, Cannon Falls, MN 55009**

By: _Fr. Tony Beem_

Title: _Pastor_

Date: _September 6, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Pius X of White Bear, Minnesota**
**3878 Highland Ave, White Bear Lake, MN 55110**

By: _____

Title: _____

Date: _____

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Raphael in Crystal, Minnesota, including parish school**
**7301 Bass Lake Rd, Crystal, MN 55428**

By: _Rev. Michael Rudolph_

Title: _Pastor_

Date: _Sept. 6, 2018_

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Richard, of Richfield, Minnesota**
**7540 Penn Ave S, Richfield, MN 55423**

By: _____

Title: _____

Date: 6 Sept 2018

Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Rita of Cottage Grove, Minnesota**
**8694 80th St S, Cottage Grove, MN 55016**

By: _Rev. Ron Knulp._

Title: _PAROCHIAL ADMINISTRATOR_

Date: _9-5-18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Rose of Lima of Rosetown, Minnesota, including parish school**
**2048 Hamline Ave N, Roseville, MN 55113**

By: _____

Title: _____ Parochial   Administrator

Date: _____ September 5,  2018

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Stanislaus of Saint Paul, Minnesota**
**398 Superior St, St. Paul, MN 55102**

By: _John C. Clay_

Title: _Pastor_

Date: _Sept 7, 2018_

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Stephen of Minneapolis, Minnesota**
**2211 Clinton Ave, Minneapolis, MN 55404**

By: _F) Joseph Williau_

Title: _PRIEST_

Date: _SEPT. 9, 2018_

226                                                          Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Stephen, of Anoka, Minnesota, including parish school**
**525 Jackson St, Anoka, MN 55303**

By: _____

Title: _Pastor_____

Date: _September 13, 2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Therese of Deephaven, including parish school**
**18323 Minnetonka Blvd, Deephaven, MN 55391**

By: _____

Title: _____

Date: _____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of St. Thomas Academy**
**949 Mendota Heights Rd., Mendota Heights, MN 55118**

By: _____

Title: _Headmaster_

Date: _5 September 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Thomas Aquinas in St. Paul Park, Minnesota**
**920 Holly Ave, St. Paul Park, MN 55071**

By: _Fr. Joseph Bodhy Andrade_

Title: _PASTOR_

Date: _9 - 10 - 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Thomas Becket**
**4455 S Robert Trail, Eagan, MN 55123**

By: _____

Title: _____Pastor_____

Date: _____9/11/18_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Thomas More, including parish school, The Church of the Immaculate Heart of Mary, St. Paul, Minnesota and former parish of Church of St. Luke, St. Paul Minnesota**
**1079 Summit Ave, St. Paul, MN 55105**

By: _Rev. W_____

Title: _Pastor_____

Date: _9/6/18_____

232

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Thomas of Minneapolis
2914 W 44th St, Minneapolis, MN 55410**

By: _____
Michael Reding

Title: __Pastor__

Date: __9 - 11 - 18__

233                                        Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Thomas, of Corcoran, Minnesota**
**20000 County Rd 10, Corcoran, MN 55340**

By: _Fr. Glen Jenson_

Title: _Pastor_

Date: _September 6, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Timothy of Blaine
707 89th Ave NE, Blaine, MN 55434**

By: _Rev Joseph Whalen_

Title: _Pastor; Vice-President_

Date: _9-5-18_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Timothy of Maple Lake, Minnesota, including parish school**
**8 Oak Ave N, Maple Lake, MN 55358**

By: _____

Title: _Pastor_____

Date: _9-6-18_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint Victoria of Victoria, Minn.**
**8228 Victoria Dr., Victoria, MN 55386**

By: _____

Title: _____Pastor_____

Date: _____Sept 14, 2018_____

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Vincent de Paul, of Osseo, Minnesota, including parish school**
**9100 93rd Ave N, Brooklyn Park, MN 55445**

By: _____

Title: _____PASTOR_____

Date: ___Sept 12 2018_____

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of St. Wenceslaus, of New Prague, Minnesota, including parish school, Saint Scholastica Church of Heidelberg, Minnesota, The Church of Saint John the Evangelist of Union Hill, Minn., The Church of St. Joseph, and Church of Saint Benedict, of St. Benedict**
**215 Main St E, New Prague, MN 56071**

By: _Rev Kevin J Clinton_

Title: _Pastor_

Date: _September 11, 2018_

Travelers

141559966.17

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of The Church of Saint William of Fridley, Minnesota**
**6120 5th St NE, Fridley, MN 55432**

By: _Rev. Daniel Ostund_

Title: _Pastor_

Date: _September 10, 2018_

240                                                    Travelers

IN WITNESS WHEREOF, the Parties have duly executed this Agreement as of the last date indicated below.

**On behalf of Transfiguration Church of Oakdale, Minnesota, including parish school**
**6133 15th St N, Oakdale, MN 55128**

By: _F.h. Erichsen_

Title: _Pastor_

Date: _Sept. 10, 2018_

Travelers

141559966.17

# EXHIBIT 1

| Entity Name, Address and Insured Interest | Policy Number(s) and Insured Year(s) |
|---|---|
| All Parishes, Schools, Cemeteries and Other Agencies under specific names owned or operated by the Archdiocese of St. Paul and Minneapolis and all other directly connected organizations (as listed on Exhibit M of Plan) | Northfield Insurance Companies policy number EL 85004 (11/7/85-9/1/86); St. Paul Surplus Lines Insurance Company policy number SUO 5500535 (9/1/86-9/1/87); any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Catholic Cemeteries, individually and as successor in interest to:  Calvary Cemetery, Gethsemane Cemetery (including Assumption Cemetery), Resurrection Cemetery, St. Anthony's Cemetery, and St. Mary's Cemetery 2105 Lexington Ave S. Mendota Heights, MN 55120 | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37AL188420 (8/1/73 – 8/1/74), 37SM802875FCA  (8/1/74 – 8/1/77), 37SM802875FCA7 (8/1/77 – 8/1/78), 37SM10285FCA (8/1/78 – 8/1/79), 37SM15868FCA (8/1/79 – 7/1/80), 37XS1768WCA (8/17/75 – 8/17/76), 37XS2046WCA (8/17/76 – 8/17/77), 37XS2401WCA (8/17/77 – 8/17/78), 37XS2831WCA (8/17/78 – 7/1/79), and 37XS3399WCA (7/1/79 – 9/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Calvary Cemetery (St. Paul) Part of Catholic Cemeteries | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy number 37AL188420 (8/1/73 – 8/1/74); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Assumption Cemetery (New Hope) Part of Gethsemane Cemetery, which is part of Catholic Cemeteries | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy number 37AL188420 (8/1/73 – 8/1/74); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Gethsemane Cemetery (New Hope) Part of Catholic Cemeteries | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy number 37AL188420 (8/1/73 – 8/1/74); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |

141559966.17

| Entity Name, Address and Insured Interest | Policy Number(s) and Insured Year(s) |
|---|---|
| St. Anthony's Cemetery (Minneapolis) Part of Catholic Cemeteries | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy number 37AL188420 (8/1/73 – 8/1/74); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| St. Mary's Cemetery (Minneapolis) Part of Catholic Cemeteries | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy number 37AL188420 (8/1/73 – 8/1/74); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Catholic Charities of The Archdiocese of Saint Paul and Minneapolis as successor in interest to St. Joseph's Home for Children (f/k/a Minneapolis Catholic Boys' Home, f/k/a Minneapolis Catholic Orphan Asylum, and f/k/a St. Joseph's German Catholic Orphan Society); Seton Residence (f/k/a St. Paul Catholic Orphan Asylum and f/k/a Catholic Infants Home); Catholic Social Service of Saint Paul (f/k/a known as Bureau of Catholic Charities of Saint Paul, Inc.) 1200 2nd Avenue S. Minneapolis, MN 55403 | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37SM10285FCA (8/1/78 – 8/1/79), 37SM15868FCA (8/1/79 – 7/1/80), 37XS1768WCA (8/17/75 – 8/17/76), 37XS2046WCA (8/17/76 – 8/17/77), 37XS2401WCA (8/17/77 – 8/17/78), 37XS2831WCA (8/17/78 – 7/1/79), and 37XS3399WCA (7/1/79 – 9/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| St. Joseph's German Catholic Orphan Society n/k/a Catholic Charities | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37SM10285FCA (8/1/78 – 8/1/79), 37SM15868FCA (8/1/79 – 7/1/80), 37XS1768WCA (8/17/75 – 8/17/76), 37XS2046WCA (8/17/76 – 8/17/77), 37XS2401WCA (8/17/77 – 8/17/78), 37XS2831WCA (8/17/78 – 7/1/79), and 37XS3399WCA (7/1/79 – 9/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |

141559966.17

| Entity Name, Address and Insured Interest | Policy Number(s) and Insured Year(s) |
|---|---|
| Archbishop Ireland Education Fund, Inc. Dissolved in 1997 | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37AL188420 (8/1/73 – 8/1/74), 37SM802875FCA (8/1/74 – 8/1/77), 37SM10285FCA (8/1/78 – 8/1/79), 37SM15868FCA (8/1/79 – 7/1/80), 37XS1768WCA (8/17/75 – 8/17/76), 37XS2046WCA (8/17/76 – 8/17/77), 37XS2401WCA (8/17/77 – 8/17/78), 37XS2831WCA (8/17/78 – 7/1/79), and 37XS3399WCA (7/1/79 – 9/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Archbishop's Appeal Committee Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37AL188420 (8/1/73 – 8/1/74), 37SM802875FCA  (8/1/74 – 8/1/77), 37SM802875FCA7 (8/1/77 – 8/1/78), and 37SM15868FCA (8/1/79 – 7/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Archdiocesan Council of Catholic Women Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37AL188420 (8/1/73 – 8/1/74), 37SM802875FCA (8/1/74 – 8/1/77), 37SM802875FCA7 (8/1/77 – 8/1/78), 37SM10285FCA (8/1/78 – 8/1/79), 37SM15868FCA (8/1/79 – 7/1/80), 37XS1768WCA (8/17/75 – 8/17/76), 37XS2046WCA (8/17/76 – 8/17/77), 37XS2401WCA (8/17/77 – 8/17/78), 37XS2831WCA (8/17/78 – 7/1/79), and 37XS3399WCA (7/1/79 – 9/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Archdiocesan Development Office and Annual Catholic Appeal Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy number 37SM10285FCA (8/1/78 – 8/1/79); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |

| Entity Name, Address and Insured Interest | Policy Number(s) and Insured Year(s) |
|---|---|
| Center for Growth in Priestly Ministry<br>Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37SM10285FCA (8/1/78 – 8/1/79), and 37SM15868FCA (8/1/79 – 7/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| CommonBond Communities (f/k/a Community Development Corporation for the Archdiocese of Saint Paul and Minneapolis, and f/k/a Urban Affairs Community Development Corporation, Inc.)<br>1080 Montreal Avenue<br>St Paul, MN 55116 | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37AL188420 (8/1/73 – 8/1/74), 37SM802875FCA (8/1/74 – 8/1/77), 37SM802875FCA7 (8/1/77 – 8/1/78), 37SM10285FCA (8/1/78 – 8/1/79), 37SM15868FCA (8/1/79 – 7/1/80), 37XS1768WCA (8/17/75 – 8/17/76), 37XS2046WCA (8/17/76 – 8/17/77), 37XS2401WCA (8/17/77 – 8/17/78), 37XS2831WCA (8/17/78 – 7/1/79), 37XS3399WCA (7/1/79 – 9/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Confraternity of Christian Doctrine of the Archdiocese of Saint Paul, Inc.<br>Dissolved in 1972 | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37SM802875FCA (8/1/74 – 8/1/77), and 37SM802875FCA7 (8/1/77 – 8/1/78); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Consultation Services Center<br>Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37AL188420 (8/1/73 – 8/1/74), 37SM802875FCA  (8/1/74 – 8/1/77), 37SM802875FCA7 (8/1/77 – 8/1/78), 37SM10285FCA (8/1/78 – 8/1/79), and 37SM15868FCA (8/1/79 – 7/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Crossroads Resource Center<br>Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37SM802875FCA (8/1/74 – 8/1/77) and 37SM802875FCA7 (8/1/77 – 8/1/78); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |

141559966.17

| Entity Name, Address and Insured Interest | Policy Number(s) and Insured Year(s) |
|---|---|
| Catholic Youth Center, Minneapolis<br>Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37AL188420 (8/1/73 – 8/1/74), 37SM802875FCA (8/1/74 – 8/1/77), 37SM802875FCA7 (8/1/77 – 8/1/78), 37SM10285FCA (8/1/78 – 8/1/79), and 37SM15868FCA (8/1/79 – 7/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Catholic Youth Center, St. Paul<br>Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37AL188420 (8/1/73 – 8/1/74), 37SM802875FCA (8/1/74 – 8/1/77), 37SM802875FCA7 (8/1/77 – 8/1/78), 37SM10285FCA (8/1/78 – 8/1/79), and 37SM15868FCA (8/1/79 – 7/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Diocesan Bureau of Education<br>Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37AL188420 (8/1/73 – 8/1/74), 37SM802875FCA (8/1/74 – 8/1/77), 37SM802875FCA7 (8/1/77 – 8/1/78), 37SM10285FCA (8/1/78 – 8/1/79), and 37SM15868FCA (8/1/79 – 7/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Manalive Program<br>Dissolved in 1997 | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37SM802875FCA7 (8/1/77 – 8/1/78), 37SM10285FCA (8/1/78 – 8/1/79), 7SM15868FCA (8/1/79 – 7/1/80), 37XS2046WCA (8/17/76 – 8/17/77), 37XS2401WCA (8/17/77 – 8/17/78), 37XS2831WCA (8/17/78 – 7/1/79), and 37XS3399WCA (7/1/79 – 9/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |

141559966.17

| Entity Name, Address and Insured Interest | Policy Number(s) and Insured Year(s) |
|---|---|
| Metropolitan Tribunal<br>Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37AL188420 (8/1/73 – 8/1/74), 37SM802875FCA (8/1/74 – 8/1/77), 37SM10285FCA (8/1/78 – 8/1/79), and 37SM15868FCA (8/1/79 – 7/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Minneapolis Communication Center Inc.<br>Dissolved in 1997 | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37SM802875FCA (8/1/74 – 8/1/77), 37SM802875FCA7 (8/1/77 – 8/1/78), and 37SM10285FCA (8/1/78 – 8/1/79); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Pearson Education Developmental Education (f/k/a Pearson Education-Drug Education)<br>Dissolved in 2005 | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers  37SM10285FCA (8/1/78 – 8/1/79), 37SM15868FCA (8/1/79 – 7/1/80), 37XS2401WCA (8/17/77 – 8/17/78), and 37XS2831WCA (8/17/78 – 7/1/79); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Priest Senate and Presbytery<br>Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy number 37SM15868FCA (8/1/79 – 7/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| The Society for the Propagation of the Faith, Incorporated (f/k/a Center for Mission)<br>777 Forest Street<br>St. Paul, Minnesota 55106 | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37AL188420 (8/1/73 – 8/1/74), 37SM802875FCA (8/1/74 – 8/1/77), 37SM802875FCA7 (8/1/77 – 8/1/78), 37SM10285FCA (8/1/78 – 8/1/79), 37SM15868FCA (8/1/79 – 7/1/80), 37XS1768WCA (8/17/75 – 8/17/76), 37XS2046WCA (8/17/76 – 8/17/77), 37XS2401WCA (8/17/77 – 8/17/78), 37XS2831WCA (8/17/78 – 7/1/79), 37XS3399WCA (7/1/79 – 9/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |

141559966.17

| Entity Name, Address and Insured Interest | Policy Number(s) and Insured Year(s) |
|---|---|
| Tabernacle Society<br>Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy number 37AL188420 (8/1/73 – 8/1/74); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Vocation Center<br>Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37SM10285FCA (8/1/78 – 8/1/79), 37SM15868FCA (8/1/79 – 7/1/80), 37XS2401WCA (8/17/77 – 8/17/78),  37XS2831WCA (8/17/78 – 7/1/79), and 37XS3399WCA (7/1/79 – 9/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| The Chancery Office<br>Not separately incorporated from Archdiocese | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy number 37SM10285FCA (8/1/78 – 8/1/79); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Members of the Archdiocese undertaking special responsibilities while acting within the scope of their duties | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) 37SM802875FCA7 (8/1/77 – 8/1/78); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| St. Paul Public School District ("but only in respect of liability arising out of the operations of one school bus operated by the Corpus Christi School Bus Co.") | St. Paul Surplus Lines Insurance Company policy number SUO 5500535 (9/1/86-9/1/87); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Nazareth Hall College & Seminary, Inc.<br>Dissolved in 1997 | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37SM10285FCA (8/1/78 – 8/1/79), 37SM15868FCA (8/1/79 – 7/1/80), 37XS1768WCA (8/17/75 – 8/17/76), 37XS2046WCA (8/17/76 – 8/17/77), 37XS2401WCA (8/17/77 – 8/17/78), 37XS2831WCA (8/17/78 – 7/1/79), and 37XS3399WCA (7/1/79 – 9/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |

141559966.17

| Entity Name, Address and Insured Interest | Policy Number(s) and Insured Year(s) |
|---|---|
| Regina High School (Not separately incorporated from Archdiocese) and Dominican Sisters of Sinsinawa solely in connection with Regina High School. | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37XS1768WCA (8/17/75 – 8/17/76), 37XS2046WCA (8/17/76 – 8/17/77), 37XS2401WCA (8/17/77 – 8/17/78), 37XS2831WCA (8/17/78 – 7/1/79), and 37XS3399WCA (7/1/79 – 9/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| The Saint Paul Seminary 2260 Summit Avenue St. Paul, Minnesota 55105 | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy number 37SM802875FCA7 (8/1/77 – 8/1/78); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |
| Cathedral School and The Cathedral of Saint Paul (individually and successor in interest to Cathedral School) 239 Selby Ave St. Paul, MN 55102 | Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) policy numbers 37AL188420 (8/1/73 – 8/1/74), 37SM802875FCA (8/1/74 – 8/1/77), 37SM802875FCA7 (8/1/77 – 8/1/78), 37SM10285FCA (8/1/78 – 8/1/79), 37SM15868FCA (8/1/79 – 7/1/80), 37XS1768WCA (8/17/75 – 8/17/76), 37XS2046WCA (8/17/76 – 8/17/77), 37XS2401WCA (8/17/77 – 8/17/78), 37XS2831WCA (8/17/78 – 7/1/79), and 37XS3399WCA (7/1/79 – 9/1/80); and any other Archdiocese Settling Insurer Entity Policy that insures or allegedly insures such entities that was issued or allegedly issued to the Archdiocese |

141559966.17

# EXHIBIT 2

| Catholic Entity | Address |
| --- | --- |
| The Church of All Saints of Lakeville, Minnesota, including the parish school | 19795 Holyoke Ave<br>Lakeville, MN 55044 |
| The Church of the Annunciation of Hazelwood, Minnesota | 4996 Hazelwood Ave<br>Northfield, MN 55057-4255 |
| The Church of the Annunciation of Minneapolis, including the parish school, and including The Church of the Visitation in Minneapolis. | 509 54th St W<br>Minneapolis, MN 55419 |
| The Church of the Ascension of Norwood, Minnesota | 323 Reform St N<br>Norwood Young America, MN 55368 |
| The Church of the Ascension of Minneapolis, Minnesota, including the parish school and the former parish of The Church of St. Philip of Minneapolis, Minnesota | 1723 Bryant Ave N<br>Minneapolis, MN 55411 |
| The Church of the Assumption | 51 7th St W<br>St. Paul, MN 55102 |
| The Church of the Assumption of Richfield, Minnesota | 305 East 77th St<br>Richfield, MN 55423-4312 |
| Basilica of St. Mary of Minneapolis | 88 17th St. N.<br>P.O. Box 50010<br>Minneapolis, MN 55405 |
| The Church of the Blessed Sacrament of St. Paul, including The Church of St. Thomas the Apostle, of St. Paul, Minnesota | 2119 Stillwater Ave<br>St. Paul, MN 55119 |
| The Cathedral of Saint Paul, including the former parish of The Church of St. Vincent of St. Paul, Minnesota | 239 Selby Ave<br>St. Paul, MN 55102 |
| The Catholic Cemeteries | 2105 Lexington Ave. South<br>Mendota Heights, MN 55120 |
| The Church of Christ the King of Minneapolis | 5029 Zenith Ave S<br>Minneapolis, MN 55410 |
| The Church of All Saints of Minneapolis | 435 4th St NE<br>Minneapolis, MN 55413-2037 |
| The Church of Corpus Christi of Saint Paul | 2131 Fairview Ave N<br>Roseville, MN 55113 |
| The Catholic Church of Divine Mercy of Faribault, including the parish school, and the former parishes of The Church of the Immaculate Conception of Faribault Minnesota, The Church of the Sacred Heart of Faribault, Minnesota, and The Church of St. Lawrence of Faribault, MN. | 139 Mercy Drive<br>Faribault, MN 55021 |

250

**EXHIBIT 2**

| Catholic Entity | Address |
|---|---|
| The Church of The Epiphany of Coon Rapids, Minnesota, including the parish school | 1900 111th Ave NW<br>Coon Rapids, MN 55433-3728 |
| The Church of Gichitwaa Kateri | 3045 Park Ave<br>Minneapolis, MN 55407-1517 |
| The Church of the Good Shepherd, of Minneapolis, Minnesota, including the parish school | 145 Jersey Ave S<br>Golden Valley, MN 55426-1527 |
| The Church of the Guardian Angels of Oakdale, Minnesota | 8260 Hudson Blvd<br>Lake Elmo, MN 55042 |
| Church of the Guardian Angels of Chaska, Minn including the parish school | 218 Second St W<br>Chaska, MN 55318-1813 |
| Highland Catholic School | 2017 Bohland Ave<br>St. Paul, MN 55116-1911 |
| The Church of the Holy Childhood, St. Paul, Minnesota | 1435 Midway Pkwy<br>St. Paul, MN 55108-2419 |
| The Church of the Holy Cross of Minneapolis, Minnesota, including the Church of Saint Anthony of Padua, Church of Saint Hedwig of Minneapolis, and the former parish of The Church of Saint Clement. | 1621 University Ave NE<br>Minneapolis, MN 55413-1231 |
| Holy Cross Catholic School | 6100 37th St. W.<br>Webster, MN 55088 |
| The Church of the Holy Family of St. Louis Park, including the parish school | 5900 Lake St W<br>Saint Louis Park, MN 55416-2033 |
| The Church of the Holy Name of Minneapolis | 3637 11th Ave S<br>Minneapolis, MN 55407-2625 |
| The Church of the Holy Name of Jesus of Medina, Minnesota, including the parish school | 155 County Rd 24<br>Wayzata, MN 55391-9614 |
| Dominican Fathers Holy Rosary Church & School | 2424 – 18th Ave S<br>Minneapolis, MN 55404 |
| The Church of the Holy Spirit of St. Paul, Minnesota, including the parish school | 515 Albert St S<br>St. Paul, MN 55116-1611 |
| The Church of the Holy Trinity, including the former parishes of The Church of St. Columbkille of Belle Creek, Minnesota and The Church of St. Mary of Belvidere, Minnesota | 308 4th St N<br>Goodhue, MN 55027 |
| The Church of the Holy Trinity of Waterville, Minnesota | 506 Common St<br>Waterville, MN 56096-1513 |
| The Church of the Holy Trinity of South St. Paul, including the parish school and The Church of St. Augustine of South St. Paul, Minnesota. | 749 6th Ave S<br>South St. Paul, MN 55075-3034 |

141559966.17

## EXHIBIT 2

| Catholic Entity | Address |
| --- | --- |
| The Church of the Immaculate Conception | 116 Alabama St SE<br>Lonsdale, MN 55046-0169 |
| The Church of the Immaculate Conception of Watertown, Minnesota | 109 Angel Ave NW<br>Watertown, MN 55388-0548 |
| The Church of the Immaculate Conception of Columbia Heights, including the parish school | 4030 Jackson St NE<br>Columbia Heights, MN 55421-2929 |
| The Church of the Immaculate Conception of Marysburg, Minnesota | 27528 Patrick St<br>Madison Lake, MN 56063-4117 |
| The Church of the Immaculate Heart of Mary of Glen Lake, Minnesota | 13505 Excelsior Blvd<br>Minnetonka, MN 55345-4913 |
| The Church of the Incarnation of Minneapolis, including Sargado Corazon de Jesus | 3817 Pleasant Ave<br>Minneapolis, MN 55409-1228 |
| The Church of Lumen Christi, including The Church of Saint Therese of St. Paul, The Church of Saint Gregory the Great of Saint Paul, Minnesota, and the Church of Saint Leo of St. Paul, Minnesota. | 2055 Bohland Ave<br>St. Paul, MN 55116 |
| The Church of Mary, Mother of the Church of Burnsville, Minnesota | 3333 East Cliff Rd<br>Burnsville, MN 55337-3306 |
| The Catholic Church of Mary Queen of Peace, including the parish school and the former parishes of the Church of Saint Martin of Rogers and The Church of St. Walberg, of Hasson | 21304 Church Ave<br>Rogers (Hassan Township), MN 55374-9189 |
| The Church of the Maternity of the Blessed Virgin, Saint Paul, Minnesota, including parish school and former parish of The Church of St. Andrews of St. Paul Minnesota | 1414 Dale St N<br>St. Paul, MN 55117-4153 |
| The Church of the Most Holy Redeemer of Montgomery, Minnesota, including the parish school and The Church of St. Canice of Kilkenny, Minnesota | 206 Vine Ave W<br>Montgomery, MN 56069-1063 |
| The Church of the Most Holy Trinity of Wesely, Minnesota | 4939 Washington St<br>Veseli, MN 55046-4007 |
| The Church of The Nativity, of Cleveland, Minnesota, including the parish school | 200 West Main St<br>Cleveland, MN 56017-0187 |
| The Church of the Nativity of Our Lord, including the parish school | 1900 Wellesley Ave<br>St. Paul, MN 55105-1617 |
| The Church of the Nativity of the Blessed Virgin, Oxboro, Minnesota, including parish school | 9900 Lyndale Ave S<br>Bloomington, MN 55420-4733 |

## EXHIBIT 2

| Catholic Entity | Address |
| --- | --- |
| The Church of Our Lady of Grace, in Edina, Minnesota, including the parish school and The Church of the Most Holy Trinity of St. Louis Park, Minnesota | 5071 Eden Ave<br>Edina, MN 55436 |
| The Church of Our Lady of Guadalupe of Saint Paul, Minnesota | 401 Concord St<br>St. Paul, MN 55107-2475 |
| The Church of Our Lady of Lourdes of St. Anthony, Minnesota | 1 Lourdes Place<br>Minneapolis, MN 55414-1018 |
| The Church of Our Lady of Mount Carmel of Minneapolis | 701 Fillmore St NE<br>Minneapolis, MN 55413-2525 |
| The Church of Our Lady of Peace, including the parish school, The Church of St. Kevin and The Catholic Church of the Resurrection of Minneapolis | 5426 12th Ave S<br>Minneapolis, MN 55417-2505 |
| The Church of Our Lady of the Lake of Mound, Minn., including the parish school | 2385 Commerce Blvd<br>Mound, MN 55364-1427 |
| The Church of Our Lady of the Prairie, Belle Plaine, including the parish school, the former parish of The Church of Sacred Heart of Belle Plaine, Minnesota and the former parish of The Church of Saints Peter and Paul of Belle Plaine, Minn. | 212 N Chestnut St<br>Belle Plaine, MN 56011 |
| The Church of Our Lady of Victory of Minneapolis | 5155 Emerson Ave N<br>Minneapolis, MN 55430-3414 |
| The Church of Pax Christi of Eden Prairie | 12100 Pioneer Trail<br>Eden Prairie, MN 55347-4208 |
| St. John Paul II Catholic Preparatory School | 1630 4th St. NE<br>Minneapolis, MN 55413 |
| The Church of the Presentation of the Blessed Virgin Mary of Saint Paul, including the parish school | 1725 Kennard St<br>Maplewood, MN 55109-4603 |
| The Church of the Risen Savior, of Apple Valley | 1501 County Rd 42 E<br>Burnsville, MN 55306-4723 |
| The Church of the Sacred Heart in St. Paul | 840 6th St E<br>St. Paul, MN 55106-4543 |
| The Church of the Sacred Heart of Rush City Minnesota | 425 Field Ave PO Box 45<br>Rush City, MN 55069 |
| The Church of the Sacred Heart, including the parish school | 4087 West Broadway Ave<br>Robbinsdale, MN 55422-2232 |
| The Society for the Propagation of the Faith, Incorporated (a/k/a Center for Mission) | 328 Kellogg Blvd<br>West St. Paul, MN 55102 |

# EXHIBIT 2

| Catholic Entity | Address |
| --- | --- |
| The Church of St. Cyril of Minneapolis, Minnesota (also known as the Church of Ss. Cyril and Methodius) | 1315 2nd St NE<br>Minneapolis, MN 55413-1131 |
| Parish of Saints Joachim and Anne of Shakopee, Minnesota, including parish school, formerly known as St. Mary of Shakopee, Saint Mark's Church of Shakopee, Scott County and The Church of Saint Mary of the Purification of Marystown, Minn. | 2700 17th Ave E<br>Shakopee, MN 55379-4443 |
| The Church of. SS. Peter and Paul of Medina, Minnesota | 145 Railway St E, P.O. Box 96<br>Loretto, MN 55357-0096 |
| The Church of St. Adalbert, of St. Paul, Minnesota | 265 Charles Ave<br>St. Paul, MN 55103-2005 |
| The Church of St. Agatha of Vermillion, Minnesota | 3700 160th St E<br>Rosemount, MN 55068-2007 |
| The Church of St. Agnes of St. Paul, Minnesota, including the parish school | 535 Thomas Ave<br>St. Paul, MN 55103 |
| The Church of Saint Albert | 11400 57th St NE, P.O. Box 127<br>Albertville, MN 55301-0127 |
| The Church of Saint Albert the Great, of Minneapolis, Minn., including former parish of The Church of Our Lady of Perpetual Help of Minneapolis, Minnesota and the former parish of the Church of Saint Austin of Minneapolis, Minnesota | 2836 33rd Ave S<br>Minneapolis, MN 55406-1626 |
| The Church of St. Alphonsus, of Brooklyn Center, Minnesota, including the parish school | 7025 Halifax Ave N<br>Brooklyn Center, MN 55429-1375 |
| The Church of Saint Ambrose of Woodbury, including the parish school (formerly located in St. Paul, Minnesota) | 4125 Woodbury Dr.<br>Woodbury, MN 55129-9627 |
| The Church of St. Andrew of Elysian, Minnesota | 305 Park Ave NE<br>Elysian, MN 56028-0261 |
| The Church of St. Andrew Kim | 1850 Mississippi River Blvd<br>St. Paul, MN 55116-2644 |
| The Church of Saint Anne – Saint Joseph Hien | 2627 Queen Ave N<br>Minneapolis, MN 55411-1792 |
| The Church of St. Anne of Hamel, Minnesota | 200 Hamel Rd, P.O. Box 256<br>Hamel, MN 55340-0256 |
| The Church of St Anne of LeSueur, Minnesota, including the parish school and the former parish of Church of St. Thomas of Derrynane | 217 N 3rd St<br>Le Sueur, MN 56058-1808 |

141559966.17

**EXHIBIT 2**

| Catholic Entity | Address |
| --- | --- |
| The Church of Saint Bartholomew of Wayzata, including the parish school | 630 Wayzata Blvd E<br>Wayzata, MN 55391-1704 |
| The Church of Saint Bernard of St Paul Minnesota | 1160 Woodbridge St<br>St. Paul, MN 55117-4491 |
| The Church of St. Bernard, of Benton, Minnesota, including the parish school | 212 Church St E<br>Cologne, MN 55322-9552 |
| The Church of St. Bonaventure, of Bloomington, Minnesota | 901 90th St E<br>Bloomington, MN 55420-3801 |
| The Church of St. Boniface | 629 2nd St NE<br>Minneapolis, MN 55413-1905 |
| The Church of St. Boniface of St. Bonifacius, Minn. | 4025 Main St<br>Saint Bonifacius, MN 55375-0068 |
| The Church of Saint Bridget of Minneapolis, including the Church of Saint Austin of Minneapolis, Minnesota | 3811 Emerson Ave N<br>Minneapolis, MN 55412-2038 |
| The Church of St. Bridget of Sweden, of Lindstrom, Minnesota | 13060 Lake Blvd, P.O. Box 754<br>Lindstrom, MN 55045-0754 |
| The Church of St. Casimir of St. Paul, Minnesota | 934 Geranium Ave E<br>St. Paul, MN 55106-2610 |
| The Church of St. Catherine of Spring Lake, Minnesota | 24425 Old Highway 13 Blvd<br>Jordan, MN 55352 |
| The Church of St. Cecilia of St. Paul | 2357 Bayless Place<br>St. Paul, MN 55114-1105 |
| The Church of St. Charles Borromeo of Minneapolis, Minnesota, including the parish school | 2739 Stinson Blvd NE<br>Saint Anthony, MN 55418-3124 |
| The Church of Saint Charles, Bayport, Minnesota | 409 3rd St N<br>Bayport, MN 55003-1044 |
| The Church of Saint Columba of St. Paul, Minn. | 1327 LaFond Ave<br>St. Paul, MN 55104-2035 |
| The Church of St Dominic of Northfield Minnesota, including the parish school | 216 Spring St N<br>Northfield, MN 55057-1431 |
| The Church of St. Edward, of Bloomington, Minnesota | 9401 Nesbitt Ave S<br>Bloomington, MN 55437-1943 |
| The Church of St. Elizabeth Ann Seton, Hastings, Minnesota, including the parish school and the former parishes of The Church of Guardian Angels, Hastings, Minnesota and The Church of St. Boniface of Hasting, Minnesota | 2035 15th St W<br>Hastings, MN 55033-9294 |

141559966.17

**EXHIBIT 2**

| Catholic Entity | Address |
|---|---|
| The Church of Saint Frances Cabrini of Minneapolis, Minnesota | 1500 Franklin Ave SE<br>Minneapolis, MN 55414-3649 |
| The Church of St. Francis de Sales of St. Paul, Minnesota including Child Care Center & Preschool, and The Church of St. James of St. Paul | 650 Palace Ave<br>St. Paul, MN 55102-3540 |
| The Church of St. Francis of Assisi | 16770 13th St S<br>Lake St Croix Beach, MN 55043-9756 |
| The Church of Saint Francis Xavier of Franconia, Minnesota | 25267 Redwing Ave<br>Shafer, MN 55074 |
| The Church of St. Francis of Buffalo, Minnesota, including the parish school | 300 First Ave NW<br>Buffalo, MN 55313-5042 |
| The Parish of Saint Gabriel the Archangel of Hopkins, Minnesota, including St. Joseph of Hopkins and Saint John the Evangelist of Interlachen Park | 6 Interlochen Rd<br>Hopkins, MN 55343-8548 |
| The Church of St. Genevieve of Centerville, Minnesota including The Church of St. John the Baptist of Hugo | 7087 Goiffon Rd<br>Centerville, MN 55038-9125 |
| The Church of Saint George of Long Lake | 133 Brown Rd N<br>Long Lake, MN 55356-9560 |
| The Church of St. Gerard | 9600 Regent Ave N<br>Brooklyn Park, MN 55443-1401 |
| The Church of Saint Gregory | 38725 Forest Blvd<br>North Branch, MN 55056-0609 |
| The Church of Saint Hedwig of Minneapolis | 129 29th Ave. NE<br>Minneapolis, MN 55418 |
| The Church of St. Helena of Minneapolis, including parish school | 3204 43rd St E<br>Minneapolis, MN 55406-3858 |
| The Church of St. Henry of Monticello, Minn | 1001 7th St E<br>Monticello, MN 55362-8805 |
| The Church of Saint Henry of Sharon, Minnesota | 165 N. Waterville Ave.<br>Le Center, MN 56057 |
| The Church of Saint Hubert of Chanhassen Minn, including parish school | 8201 Main St<br>Chanhassen, MN 55317-9647 |
| The Church of St. Ignatius of French Lake, Minnesota | 35 Birch St E<br>Annandale, MN 55302-0126 |
| The Church of St. Jerome, Maplewood, Minnesota including parish school | 380 Roselawn Ave E<br>Maplewood, MN 55117-2033 |
| The Church of Saint Joan of Arc in Minneapolis | 4537 3rd Ave S<br>Minneapolis, MN 55419-5111 |

141559966.17

**EXHIBIT 2**

| Catholic Entity | Address |
| --- | --- |
| The Church of St. John Neumann | 4030 Pilot Knob Rd<br>Eagan, MN 55122-1814 |
| The Church of St. John the Baptist of Dayton Minnesota | 18380 Columbus St, P.O. Box 201<br>Dayton, MN 55327-0201 |
| The Church of St. John the Baptist of Byrnesville, Minnesota, including parish school | 4625 West 125th St<br>Savage, MN 55378-1357 |
| The Church of St. John Baptist, including parish school | 835 2nd Ave NW<br>New Brighton, MN 55112-6842 |
| The Church of Saint John the Baptist of Jordan Minn., including parish school | 313 East 2nd St<br>Jordan, MN 55352-1447 |
| Church of St. John the Baptist of Excelsior, Minnesota, including parish school | 680 Mill St<br>Excelsior, MN 55331-3272 |
| The Church of St. John of Vermillion Minnesota, including parish school | 106 Main St W<br>Vermillion, MN 55085-0008 |
| St. John's Church of Little Canada, Minnesota, including parish school | 380 Little Canada Rd E<br>Little Canada, MN 55117-1627 |
| The Church of Saint John Vianney in South Saint Paul, Minnesota | 789 17th Ave North<br>South St. Paul, MN 55075 |
| The Church of St. Joseph | 8701 36th Ave N<br>New Hope, MN 55427-1769 |
| The Church of Saint Joseph of West Saint Paul, Minnesota | 1154 Seminole Ave<br>West St. Paul, MN 55118-2020 |
| The Church of St. Joseph, of Red Wing Minnesota | 426 8th St W<br>Red Wing, MN 55066-3410 |
| The Church of Saint Joseph of Taylors Falls | 490 Bench St<br>Taylors Falls, MN 55084-0234 |
| The Church of Saint Joseph of Waconia, Minn., including parish school | 41 1st St E<br>Waconia, MN 55387-1526 |
| The Church of St. Joseph, of Rosemount Minnesota, including parish school | 13900 Biscayne Ave W<br>Rosemount, MN 55068-3451 |
| The Church of St. Joseph, of Miesville, Minnesota, in the Township of Douglas, including parish school | 23955 Nicolai Ave E<br>Hastings, MN 55033-9650 |
| Church of St. Joseph of Rice Lake, Minnesota | 171 Elm St<br>Lino Lakes, MN 55014-1271 |
| The Church of St. Joseph the Worker, Maple Grove, Minnesota | 7180 Hemlock Lane N<br>Maple Grove, MN 55369-5569 |
| The Church of St. Jude of the Lake in the Town of Lincoln, including parish school | 700 Mahtomedi Ave<br>Mahtomedi, MN 55115-1673 |

141559966.17

## EXHIBIT 2

| Catholic Entity | Address |
|---|---|
| The Church of Saint Katharine Drexel, Ramsey, Minnesota | 7101 143rd Ave NW<br>Ramsey, MN 55303-6001 |
| The Church of St. Lawrence of Minneapolis, Minnesota | 1203 5th St SE<br>Minneapolis, MN 55414-2030 |
| The Newman Center and Chapel | 1203 5th St SE<br>Minneapolis, MN 55414-2030 |
| The Church of St. Leonard of Port Maurice, of Minneapolis, Minnesota | 3949 Clinton Ave S<br>Minneapolis, MN 55409-1635 |
| The Church of St. Louis, of St. Paul Minnesota | 506 Cedar St<br>St. Paul, MN 55101-2245 |
| The Church of St. Luke of Clearwater, Minnesota | 17545 Huber Ave NW<br>Clearwater, MN 55320-0249 |
| The Church of Saint Margaret Mary, of Minneapolis, Minnesota | 2323 Zenith Ave N<br>Golden Valley, MN 55422-3853 |
| The Church of St. Mark of St. Paul, Minnesota, including parish school | 2001 Dayton Ave<br>St. Paul, MN 55104-5804 |
| The Church of St. Mary, of St. Paul Minnesota | 261 8th St E<br>St. Paul, MN 55101-2307 |
| The Church of St. Mary of Le Center, Minnesota | 165 Waterville Ave N<br>Le Center, MN 56057-1524 |
| The Church of St. Mary, of New Trier, Minnesota | 8433 239th St E<br>Hampton, MN 55031-9766 |
| The Church of St. Mary of Stillwater | 423 5th St S<br>Stillwater, MN 55082-4982 |
| The Church of St Mary of Waverly Minnesota | 606 Elm Ave<br>Waverly, MN 55390-0278 |
| The Church of St. Mary, Minnesota (also known as the Church of St. Mary of Czestochowa) | 1867 95th St SE<br>Delano, MN 55328-8208 |
| The Church of St. Mary of the Lake, of Medicine Lake, Minnesota | 105 Forestview Ln N<br>Plymouth, MN 55441-5910 |
| The Church of St. Mary of the Lake, of White Bear, Minnesota | 4690 Bald Eagle Ave<br>White Bear Lake, MN 55110-3441 |
| The Church of St. Matthew of St. Paul, Minnesota | 490 Hall Ave<br>St. Paul, MN 55107-2845 |
| The Church of St. Mathias of Hampton, Minnesota | 23315 Northfield Blvd<br>Hampton, MN 55031-9667 |
| The Church of Saint Maximilian Kolbe, including parish school, formerly known as The Church of St. Peter, of Delano, Minnesota and The Church of St. Joseph of Delano | 204 South River St.<br>PO Box 470<br>Delano, MN 55328 |

141559966.17

# EXHIBIT 2

| Catholic Entity | Address |
|---|---|
| The Church of St. Michael of Farmington, Minnesota | 22120 Denmark Ave<br>Farmington, MN 55024 |
| The Church of Saint Michael of Kenyon, Minnesota | 108 Bullis St<br>Kenyon, MN 55946-1156 |
| The Church of St. Michael, of Pine Island Minnesota | 451 5th St SW<br>Pine Island, MN 55963-6761 |
| The Church of St. Michael of St. Paul Minnesota | 337 Hurley St E<br>West St. Paul, MN 55118-1605 |
| The Church of St. Michael, of Stillwater Minnesota | 611 3rd St S<br>Stillwater, MN 55082-4908 |
| The Church of St. Michael, of Frankfort, Minnesota, including parish school | 11300 Frankfurt Pkwy NE<br>Saint Michael, MN 55376-4550 |
| The Church of St. Michael of Prior Lake, including parish school | 16311 Duluth Ave SE<br>Prior Lake, MN 55372-2423 |
| The Church of Saint Nicholas of Carver Minn. | 412 4th St W<br>Carver, MN 55315-0133 |
| St. Nickolaus Church of New Market Scott County Minnesota | 51 Church St<br>New Market, MN 55054-0009 |
| The Church of St. Odilia, of Shoreview, Minnesota, including parish school | 3495 Victoria St N<br>Shoreview, MN 55126-3813 |
| St. Olaf's Catholic Church of Minneapolis, Minnesota | 215 South 8th St<br>Minneapolis, MN 55402-2803 |
| The Church of Saint Pascal Baylon, St. Paul, Minnesota, including parish school, and the former parish of The Church of St. John of St. Paul, Minnesota | 1757 Conway St<br>St. Paul, MN 55106-5929 |
| The Church of St. Patrick of Inver Grove, Minnesota | 3535 72nd St E<br>Inver Grove Heights, MN 55076-2627 |
| The Church of St. Patrick of Edina, Minnesota | 6820 St. Patrick's Lane<br>Edina, MN 55439-1631 |
| The Church of, St. Patrick, of Shieldsville Minnesota | 7525 Dodd Rd<br>Faribault, MN 55021-7431 |
| The Church of St. Patrick of Cedar Lake, Minnesota | 24425 Old Highway 13 Blvd<br>Jordan, MN 55352-9604 |
| The Church of St. Patrick of Cedar Creek, Minnesota | 19921 Nightingale St NW<br>Oak Grove, MN 55011-9243 |
| The Church of St. Patrick of St. Paul Minnesota | 1095 DeSoto St<br>St. Paul, MN 55130-3704 |
| The Church of Saint Paul of Zumbrota, Minnesota | 749 Main St S<br>Zumbrota, MN 55992-1608 |

141559966.17

# EXHIBIT 2

| Catholic Entity | Address |
|---|---|
| The Church of Saint Paul | 1740 Bunker Lake Blvd NE<br>Ham Lake, MN 55304-7040 |
| The Church of Saint Peter of Richfield, Minnesota, including parish school of Blessed Trinity | 6730 Nicollet Ave<br>Richfield, MN 55423-2464 |
| The Church of St. Peter, of Mendota, Minnesota | 1405 Hwy 13<br>Mendota, MN 55150-0679 |
| The Church of Saint Peter, including parish school | 1250 Shore Dr. S<br>Forest Lake, MN 55025-1933 |
| The Church of St. Peter of North St. Paul, including parish school and the former parish The Church of the Holy Redeemer | 2600 Margaret St N<br>North St. Paul, MN 55109-2361 |
| The Church of St. Peter Claver Minnesota, including parish school | 375 Oxford St N<br>St. Paul, MN 55104-4734 |
| The Church of St. Pius of Cannon Falls, Minnesota | 410 Colvill St W<br>Cannon Falls, MN 55009-2441 |
| The Church of St. Pius X of White Bear, Minnesota | 3878 Highland Ave<br>White Bear Lake, MN 55110-4240 |
| The Church of Saint Raphael in Crystal, Minnesota, including parish school | 7301 Bass Lake Rd<br>Crystal, MN 55428-3826 |
| The Church of Saint Richard, of Richfield, Minnesota | 7540 Penn Ave S<br>Richfield, MN 55423-3629 |
| The Church of St. Rita of Cottage Grove, Minnesota | 8694 80th St S<br>Cottage Grove, MN 55016-2012 |
| The Church of Saint Rose of Lima of Rosetown, Minnesota, including parish school | 2048 Hamline Ave N<br>Roseville, MN 55113-5855 |
| The Church of St. Stanislaus of Saint Paul, Minnesota | 398 Superior St<br>St. Paul, MN 55102-2925 |
| The Church of St. Stephen of Minneapolis, Minnesota | 2211 Clinton Ave<br>Minneapolis, MN 55404-3656 |
| The Church of St. Stephen, of Anoka, Minnesota, including parish school | 525 Jackson St<br>Anoka, MN 55303-2353 |
| The Church of Saint Therese of Deephaven, including parish school | 18323 Minnetonka Blvd<br>Deephaven, MN 55391-3231 |
| St. Thomas Academy | 949 Mendota Heights Rd.<br>Mendota Heights, MN 55118 |
| The Church of St. Thomas Aquinas in St. Paul Park, Minnesota | 920 Holly Ave<br>St. Paul Park, MN 55071-1418 |
| The Church of St. Thomas Becket | 4455 S Robert Trail<br>Eagan, MN 55123-2038 |

141559966.17

**EXHIBIT 2**

| Catholic Entity | Address |
|---|---|
| The Church of Saint Thomas More, including parish school, The Church of the Immaculate Heart of Mary, St. Paul, Minnesota and former parish of Church of St. Luke, St. Paul Minnesota | 1079 Summit Ave<br>St. Paul, MN 55105-3004 |
| The Church of St. Thomas of Minneapolis | 2914 W 44th St<br>Minneapolis, MN 55410-1551 |
| The Church of St. Thomas, of Corcoran, Minnesota | 20000 County Rd 10<br>Corcoran, MN 55340-9501 |
| The Church of Saint Timothy of Blaine | 707 89th Ave NE<br>Blaine, MN 55434-2304 |
| The Church of St. Timothy of Maple Lake, Minnesota, including parish school | 8 Oak Ave N<br>Maple Lake, MN 55358-2457 |
| The Church of Saint Victoria of Victoria, Minn. | 8228 Victoria Dr.<br>Victoria, MN 55386-9692 |
| The Church of St. Vincent de Paul, of Osseo, Minnesota, including parish school | 9100 93rd Ave N<br>Brooklyn Park, MN 55445-1407 |
| The Church of St. Wenceslaus, of New Prague, Minnesota, including parish school, Saint Scholastica Church of Heidelberg, Minnesota, The Church of Saint John the Evangelist of Union Hill, Minn., The Church of St. Joseph, and Church of Saint Benedict, of St. Benedict. | 215 Main St E<br>New Prague, MN 56071-1832 |
| The Church of Saint William of Fridley, Minnesota | 6120 5th St NE<br>Fridley, MN 55432-5033 |
| Transfiguration Church of Oakdale, Minnesota, including parish school | 6133 15th St N<br>Oakdale, MN 55128-4201 |

141559966.17

**EXHIBIT 3**

| Parish | Address |
|---|---|
| The Church of All Saints of Lakeville, Minnesota, including the parish school | 19795 Holyoke Ave Lakeville, MN 55044 |
| The Church of the Annunciation of Hazelwood, Minnesota | 4996 Hazelwood Ave Northfield, MN 55057-4255 |
| The Church of the Annunciation of Minneapolis, including the parish school, and including The Church of the Visitation in Minneapolis. | 509 54th St W Minneapolis, MN 55419 |
| The Church of the Ascension of Norwood, Minnesota | 323 Reform St N Norwood Young America, MN 55368 |
| The Church of the Ascension of Minneapolis, Minnesota, including the parish school and the former parish of The Church of St. Philip of Minneapolis, Minnesota | 1723 Bryant Ave N Minneapolis, MN 55411 |
| The Church of the Assumption | 51 7th St W St. Paul, MN 55102 |
| The Church of the Assumption of Richfield, Minnesota | 305 East 77th St Richfield, MN 55423-4312 |
| Basilica of St. Mary of Minneapolis | 88 17th St. N. P.O. Box 50010 Minneapolis, MN 55405 |
| The Church of the Blessed Sacrament of St. Paul, including The Church of St. Thomas the Apostle, of St. Paul, Minnesota | 2119 Stillwater Ave St. Paul, MN 55119 |
| The Cathedral of Saint Paul, including the former parish of The Church of St. Vincent of St. Paul, Minnesota | 239 Selby Ave St. Paul, MN 55102 |
| The Church of Christ the King of Minneapolis | 5029 Zenith Ave S Minneapolis, MN 55410 |
| The Church of All Saints of Minneapolis | 435 4th St NE Minneapolis, MN 55413-2037 |
| The Church of Corpus Christi of Saint Paul | 2131 Fairview Ave N Roseville, MN 55113 |
| The Catholic Church of Divine Mercy of Faribault, including the parish school, and the former parishes of The Church of the Immaculate Conception of Faribault Minnesota, The Church of the Sacred Heart of Faribault, Minnesota, and The Church of St. Lawrence of Faribault, MN. | 139 Mercy Drive Faribault, MN 55021 |
| The Church of The Epiphany of Coon Rapids, Minnesota, including the parish school | 1900 111th Ave NW Coon Rapids, MN 55433-3728 |

141559966.17

# EXHIBIT 3

| Parish | Address |
|---|---|
| The Church of Gichitwaa Kateri | 3045 Park Ave<br>Minneapolis, MN 55407-1517 |
| The Church of the Good Shepherd, of Minneapolis, Minnesota, including the parish school | 145 Jersey Ave S<br>Golden Valley, MN 55426-1527 |
| The Church of the Guardian Angels of Oakdale, Minnesota | 8260 Hudson Blvd<br>Lake Elmo, MN 55042 |
| Church of the Guardian Angels of Chaska, Minn including the parish school | 218 Second St W<br>Chaska, MN 55318-1813 |
| The Church of the Holy Childhood, St. Paul, Minnesota | 1435 Midway Pkwy<br>St. Paul, MN 55108-2419 |
| The Church of the Holy Cross of Minneapolis, Minnesota, including the Church of Saint Anthony of Padua, Church of Saint Hedwig of Minneapolis, and the former parish of The Church of Saint Clement. | 1621 University Ave NE<br>Minneapolis, MN 55413-1231 |
| The Church of the Holy Family of St. Louis Park, including the parish school | 5900 Lake St W<br>Saint Louis Park, MN 55416-2033 |
| The Church of the Holy Name of Minneapolis | 3637 11th Ave S<br>Minneapolis, MN 55407-2625 |
| The Church of the Holy Name of Jesus of Medina, Minnesota, including the parish school | 155 County Rd 24<br>Wayzata, MN 55391-9614 |
| Dominican  Fathers Holy Rosary Church | 2424 – 18th Ave S<br>Minneapolis, MN 55404 |
| The Church of the Holy Spirit of St. Paul, Minnesota, including the parish school | 515 Albert St S<br>St. Paul, MN 55116-1611 |
| The Church of the Holy Trinity, including the former parishes of The Church of St. Columbkille of Belle Creek, Minnesota and The Church of St. Mary of Belvidere, Minnesota | 308 4th St N<br>Goodhue, MN 55027 |
| The Church of the Holy Trinity of Waterville, Minnesota | 506 Common St<br>Waterville, MN 56096-1513 |
| The Church of the Holy Trinity of South St. Paul, including the parish school and The Church of St. Augustine of South St. Paul, Minnesota. | 749 6th Ave S<br>South St. Paul, MN 55075-3034 |
| The Church of the Immaculate Conception | 116 Alabama St SE<br>Lonsdale, MN 55046-0169 |
| The Church of the Immaculate Conception of Watertown, Minnesota | 109 Angel Ave NW<br>Watertown, MN 55388-0548 |
| The Church of the Immaculate Conception of Columbia Heights, including the parish school | 4030 Jackson St NE<br>Columbia Heights, MN 55421-2929 |

# EXHIBIT 3

| Parish | Address |
|---|---|
| The Church of the Immaculate Conception of Marysburg, Minnesota | 27528 Patrick St Madison Lake, MN 56063-4117 |
| The Church of the Immaculate Heart of Mary of Glen Lake, Minnesota | 13505 Excelsior Blvd Minnetonka, MN 55345-4913 |
| The Church of the Incarnation of Minneapolis, including Sargado Corazon de Jesus | 3817 Pleasant Ave Minneapolis, MN 55409-1228 |
| The Church of Lumen Christi, including The Church of Saint Therese of St. Paul, The Church of Saint Gregory the Great of Saint Paul, Minnesota, and the Church of Saint Leo of St. Paul, Minnesota. | 2055 Bohland Ave St. Paul, MN 55116 |
| The Church of Mary, Mother of the Church of Burnsville, Minnesota | 3333 East Cliff Rd Burnsville, MN 55337-3306 |
| The Catholic Church of Mary Queen of Peace, including the parish school and the former parishes of the Church of Saint Martin of Rogers and The Church of St. Walberg, of Hasson | 21304 Church Ave Rogers (Hassan Township), MN 55374-9189 |
| The Church of the Maternity of the Blessed Virgin, Saint Paul, Minnesota, including parish school and former parish of The Church of St. Andrews of St. Paul Minnesota | 1414 Dale St N St. Paul, MN 55117-4153 |
| The Church of the Most Holy Redeemer of Montgomery, Minnesota, including the parish school and The Church of St. Canice of Kilkenny, Minnesota | 206 Vine Ave W Montgomery, MN 56069-1063 |
| The Church of the Most Holy Trinity of Wesely, Minnesota | 4939 Washington St Veseli, MN 55046-4007 |
| The Church of The Nativity, of Cleveland, Minnesota, including the parish school | 200 West Main St Cleveland, MN 56017-0187 |
| The Church of the Nativity of Our Lord, including the parish school | 1900 Wellesley Ave St. Paul, MN 55105-1617 |
| The Church of the Nativity of the Blessed Virgin, Oxboro, Minnesota, including parish school | 9900 Lyndale Ave S Bloomington, MN 55420-4733 |
| The Church of Our Lady of Grace, in Edina, Minnesota, including the parish school and The Church of the Most Holy Trinity of St. Louis Park, Minnesota | 5071 Eden Ave Edina, MN 55436 |
| The Church of Our Lady of Guadalupe of Saint Paul, Minnesota | 401 Concord St St. Paul, MN 55107-2475 |
| The Church of Our Lady of Lourdes of St. Anthony, Minnesota | 1 Lourdes Place Minneapolis, MN 55414-1018 |

141559966.17

**EXHIBIT 3**

| Parish | Address |
|---|---|
| The Church of Our Lady of Mount Carmel of Minneapolis | 701 Fillmore St NE<br>Minneapolis, MN 55413-2525 |
| The Church of Our Lady of Peace, including the parish school, The Church of St. Kevin and The Catholic Church of the Resurrection of Minneapolis | 5426 12th Ave S<br>Minneapolis, MN 55417-2505 |
| The Church of Our Lady of the Lake of Mound, Minn., including the parish school | 2385 Commerce Blvd<br>Mound, MN 55364-1427 |
| The Church of Our Lady of the Prairie, Belle Plaine, including the parish school, the former parish of The Church of Sacred Heart of Belle Plaine, Minnesota and the former parish of The Church of Saints Peter and Paul of Belle Plaine, Minn. | 212 N Chestnut St<br>Belle Plaine, MN 56011 |
| The Church of Our Lady of Victory of Minneapolis | 5155 Emerson Ave N<br>Minneapolis, MN 55430-3414 |
| The Church of Pax Christi of Eden Prairie | 12100 Pioneer Trail<br>Eden Prairie, MN 55347-4208 |
| The Church of the Presentation of the Blessed Virgin Mary of Saint Paul, including the parish school | 1725 Kennard St<br>Maplewood, MN 55109-4603 |
| The Church of the Risen Savior, of Apple Valley | 1501 County Rd 42 E<br>Burnsville, MN 55306-4723 |
| The Church of the Sacred Heart in St. Paul | 840 6th St E<br>St. Paul, MN 55106-4543 |
| The Church of the Sacred Heart of Rush City Minnesota | 425 Field Ave PO Box 45<br>Rush City, MN 55069 |
| The Church of the Sacred Heart, including the parish school | 4087 West Broadway Ave<br>Robbinsdale, MN 55422-2232 |
| The Church of St. Cyril of Minneapolis, Minnesota (also known as the Church of Ss. Cyril and Methodius) | 1315 2nd St NE<br>Minneapolis, MN 55413-1131 |
| Parish of Saints Joachim and Anne of Shakopee, Minnesota, formerly known as St. Mary of Shakopee, Saint Mark's Church of Shakopee, Scott County and The Church of Saint Mary of the Purification of Marystown, Minn. | 2700 17th Ave E<br>Shakopee, MN 55379-4443 |
| The Church of. SS. Peter and Paul of Medina, Minnesota | 145 Railway St E, P.O. Box 96<br>Loretto, MN 55357-0096 |
| The Church of St. Adalbert, of St. Paul, Minnesota | 265 Charles Ave<br>St. Paul, MN 55103-2005 |

141559966.17

## EXHIBIT 3

| Parish | Address |
|---|---|
| The Church of St. Agatha of Vermillion, Minnesota | 3700 160th St E Rosemount, MN 55068-2007 |
| The Church of St. Agnes of St. Paul, Minnesota, including the parish school | 535 Thomas Ave St. Paul, MN 55103 |
| The Church of Saint Albert | 11400 57th St NE, P.O. Box 127 Albertville, MN 55301-0127 |
| The Church of Saint Albert the Great, of Minneapolis, Minn., including former parish of The Church of Our Lady of Perpetual Help of Minneapolis, Minnesota and the former parish of the Church of Saint Austin of Minneapolis, Minnesota | 2836 33rd Ave S Minneapolis, MN 55406-1626 |
| The Church of St. Alphonsus, of Brooklyn Center, Minnesota, including the parish school | 7025 Halifax Ave N Brooklyn Center, MN 55429-1375 |
| The Church of Saint Ambrose of Woodbury, including the parish school (formerly located in St. Paul, Minnesota) | 4125 Woodbury Dr. Woodbury, MN 55129-9627 |
| The Church of St. Andrew of Elysian, Minnesota | 305 Park Ave NE Elysian, MN 56028-0261 |
| The Church of St. Andrew Kim | 1850 Mississippi River Blvd St. Paul, MN 55116-2644 |
| The Church of Saint Anne – Saint Joseph Hien | 2627 Queen Ave N Minneapolis, MN 55411-1792 |
| The Church of St. Anne of Hamel, Minnesota | 200 Hamel Rd, P.O. Box 256 Hamel, MN 55340-0256 |
| The Church of St Anne of LeSueur, Minnesota, including the parish school and the former parish of Church of St. Thomas of Derrynane | 217 N 3rd St Le Sueur, MN 56058-1808 |
| The Church of Saint Bartholomew of Wayzata, including the parish school | 630 Wayzata Blvd E Wayzata, MN 55391-1704 |
| The Church of Saint Bernard of St Paul Minnesota | 1160 Woodbridge St. St. Paul, MN 55117-4491 |
| The Church of St. Bernard, of Benton, Minnesota, including the parish school | 212 Church St E Cologne, MN 55322-9552 |
| The Church of St. Bonaventure, of Bloomington, Minnesota | 901 90th St E Bloomington, MN 55420-3801 |
| The Church of St. Boniface | 629 2nd St NE Minneapolis, MN 55413-1905 |
| The Church of St. Boniface of St. Bonifacius, Minn. | 4025 Main St Saint Bonifacius, MN 55375-0068 |

141559966.17

## EXHIBIT 3

| Parish | Address |
| --- | --- |
| The Church of Saint Bridget of Minneapolis, including the Church of Saint Austin of Minneapolis, Minnesota | 3811 Emerson Ave N Minneapolis, MN 55412-2038 |
| The Church of St. Bridget of Sweden, of Lindstrom, Minnesota | 13060 Lake Blvd, P.O. Box 754 Lindstrom, MN 55045-0754 |
| The Church of St. Casimir of St. Paul, Minnesota | 934 Geranium Ave E St. Paul, MN 55106-2610 |
| The Church of St. Catherine of Spring Lake, Minnesota | 24425 Old Highway 13 Blvd Jordan, MN 55352 |
| The Church of St. Cecilia of St. Paul | 2357 Bayless Place St. Paul, MN 55114-1105 |
| The Church of St. Charles Borromeo of Minneapolis, Minnesota, including the parish school | 2739 Stinson Blvd NE Saint Anthony, MN 55418-3124 |
| The Church of Saint Charles, Bayport, Minnesota | 409 3rd St N Bayport, MN 55003-1044 |
| The Church of Saint Columba of St. Paul, Minn. | 1327 LaFond Ave St. Paul, MN 55104-2035 |
| The Church of St Dominic of Northfield Minnesota, including the parish school | 216 Spring St N Northfield, MN 55057-1431 |
| The Church of St. Edward, of Bloomington, Minnesota | 9401 Nesbitt Ave S Bloomington, MN 55437-1943 |
| The Church of St. Elizabeth Ann Seton, Hastings, Minnesota, including the parish school and the former parishes of The Church of Guardian Angels, Hastings, Minnesota and The Church of St. Boniface of Hasting, Minnesota | 2035 15th St W Hastings, MN 55033-9294 |
| The Church of Saint Frances Cabrini of Minneapolis, Minnesota | 1500 Franklin Ave SE Minneapolis, MN 55414-3649 |
| The Church of St. Francis de Sales of St. Paul, Minnesota including Child Care Center & Preschool, and The Church of St. James of St. Paul | 650 Palace Ave St. Paul, MN 55102-3540 |
| The Church of St. Francis of Assisi | 16770 13th St S Lake St Croix Beach, MN 55043-9756 |
| The Church of Saint Francis Xavier of Franconia, Minnesota | 25267 Redwing Ave Shafer, MN 55074 |
| The Church of St. Francis of Buffalo, Minnesota, including the parish school | 300 First Ave NW Buffalo, MN 55313-5042 |

141559966.17

# EXHIBIT 3

| Parish | Address |
|--------|---------|
| The Parish of Saint Gabriel the Archangel of Hopkins, Minnesota, including St. Joseph of Hopkins and Saint John the Evangelist of Interlachen Park | 6 Interlochen Rd<br>Hopkins, MN 55343-8548 |
| The Church of St. Genevieve of Centerville, Minnesota including The Church of St. John the Baptist of Hugo | 7087 Goiffon Rd<br>Centerville, MN 55038-9125 |
| The Church of Saint George of Long Lake | 133 Brown Rd N<br>Long Lake, MN 55356-9560 |
| The Church of St. Gerard | 9600 Regent Ave N<br>Brooklyn Park, MN 55443-1401 |
| The Church of Saint Gregory | 38725 Forest Blvd<br>North Branch, MN 55056-0609 |
| The Church of Saint Hedwig of Minneapolis | 129 29th Ave. NE<br>Minneapolis, MN 55418 |
| The Church of St. Helena of Minneapolis, including parish school | 3204 43rd St E<br>Minneapolis, MN 55406-3858 |
| The Church of St. Henry of Monticello, Minn | 1001 7th St E<br>Monticello, MN 55362-8805 |
| The Church of Saint Henry of Sharon, Minnesota | 165 N. Waterville Ave.<br>Le Center, MN 56057 |
| The Church of Saint Hubert of Chanhassen Minn, including parish school | 8201 Main St<br>Chanhassen, MN 55317-9647 |
| The Church of St. Ignatius of French Lake, Minnesota | 35 Birch St E<br>Annandale, MN 55302-0126 |
| The Church of St. Jerome, Maplewood, Minnesota including parish school | 380 Roselawn Ave E<br>Maplewood, MN 55117-2033 |
| The Church of Saint Joan of Arc in Minneapolis | 4537 3rd Ave S<br>Minneapolis, MN 55419-5111 |
| The Church of St. John Neumann | 4030 Pilot Knob Rd<br>Eagan, MN 55122-1814 |
| The Church of St. John the Baptist of Dayton Minnesota | 18380 Columbus St, P.O. Box 201<br>Dayton, MN 55327-0201 |
| The Church of St. John the Baptist of Byrnesville, Minnesota, including parish school | 4625 West 125th St<br>Savage, MN 55378-1357 |
| The Church of St. John Baptist, including parish school | 835 2nd Ave NW<br>New Brighton, MN 55112-6842 |
| The Church of Saint John the Baptist of Jordan Minn., including parish school | 313 East 2nd St<br>Jordan, MN 55352-1447 |

141559966.17

## EXHIBIT 3

| Parish | Address |
|---|---|
| Church of St. John the Baptist of Excelsior, Minnesota, including parish school | 680 Mill St<br>Excelsior, MN 55331-3272 |
| The Church of St. John of Vermillion Minnesota, including parish school | 106 Main St W<br>Vermillion, MN 55085-0008 |
| St. John's Church of Little Canada, Minnesota, including parish school | 380 Little Canada Rd E<br>Little Canada, MN 55117-1627 |
| The Church of Saint John Vianney in South Saint Paul, Minnesota | 789 17th Ave North<br>South St. Paul, MN 55075 |
| The Church of St. Joseph | 8701 36th Ave N<br>New Hope, MN 55427-1769 |
| The Church of Saint Joseph of West Saint Paul, Minnesota | 1154 Seminole Ave<br>West St. Paul, MN 55118-2020 |
| The Church of St. Joseph, of Red Wing Minnesota | 426 8th St W<br>Red Wing, MN 55066-3410 |
| The Church of Saint Joseph of Taylors Falls | 490 Bench St<br>Taylors Falls, MN 55084-0234 |
| The Church of Saint Joseph of Waconia, Minn., including parish school | 41 1st St E<br>Waconia, MN 55387-1526 |
| The Church of St. Joseph, of Rosemount Minnesota, including parish school | 13900 Biscayne Ave W<br>Rosemount, MN 55068-3451 |
| The Church of St. Joseph, of Miesville, Minnesota, in the Township of Douglas, including parish school | 23955 Nicolai Ave E<br>Hastings, MN 55033-9650 |
| Church of St. Joseph of Rice Lake, Minnesota | 171 Elm St<br>Lino Lakes, MN 55014-1271 |
| The Church of St. Joseph the Worker, Maple Grove, Minnesota | 7180 Hemlock Lane N<br>Maple Grove, MN 55369-5569 |
| The Church of St. Jude of the Lake in the Town of Lincoln, including parish school | 700 Mahtomedi Ave<br>Mahtomedi, MN 55115-1673 |
| The Church of Saint Katharine Drexel, Ramsey, Minnesota | 7101 143rd Ave NW<br>Ramsey, MN 55303-6001 |
| The Church of St. Lawrence of Minneapolis, Minnesota | 1203 5th St SE<br>Minneapolis, MN 55414-2030 |
| The Church of St. Leonard of Port Maurice, of Minneapolis, Minnesota | 3949 Clinton Ave S<br>Minneapolis, MN 55409-1635 |
| The Church of St. Louis, of St. Paul Minnesota | 506 Cedar St<br>St. Paul, MN 55101-2245 |
| The Church of St. Luke of Clearwater, Minnesota | 17545 Huber Ave NW<br>Clearwater, MN 55320-0249 |

141559966.17

# EXHIBIT 3

| Parish | Address |
|---|---|
| The Church of Saint Margaret Mary, of Minneapolis, Minnesota | 2323 Zenith Ave N<br>Golden Valley, MN 55422-3853 |
| The Church of St. Mark of St. Paul, Minnesota, including parish school | 2001 Dayton Ave<br>St. Paul, MN 55104-5804 |
| The Church of St. Mary, of St. Paul Minnesota | 261 8th St E<br>St. Paul, MN 55101-2307 |
| The Church of St. Mary of Le Center, Minnesota | 165 Waterville Ave N<br>Le Center, MN 56057-1524 |
| The Church of St. Mary, of New Trier, Minnesota | 8433 239th St E<br>Hampton, MN 55031-9766 |
| The Church of St. Mary of Stillwater | 423 5th St S<br>Stillwater, MN 55082-4982 |
| The Church of St Mary of Waverly Minnesota | 606 Elm Ave<br>Waverly, MN 55390-0278 |
| The Church of St. Mary, Minnesota (also known as the Church of St. Mary of Czestochowa) | 1867 95th St SE<br>Delano, MN 55328-8208 |
| The Church of St. Mary of the Lake, of Medicine Lake, Minnesota | 105 Forestview Ln N<br>Plymouth, MN 55441-5910 |
| The Church of St. Mary of the Lake, of White Bear, Minnesota | 4690 Bald Eagle Ave<br>White Bear Lake, MN 55110-3441 |
| The Church of St. Matthew of St. Paul, Minnesota | 490 Hall Ave<br>St. Paul, MN 55107-2845 |
| The Church of St. Mathias of Hampton, Minnesota | 23315 Northfield Blvd<br>Hampton, MN 55031-9667 |
| The Church of Saint Maximilian Kolbe, including parish school, formerly known as The Church of St. Peter, of Delano, Minnesota and The Church of St. Joseph of Delano | 204 South River St.<br>PO Box 470<br>Delano, MN 55328 |
| The Church of St. Michael of Farmington, Minnesota | 22120 Denmark Ave<br>Farmington, MN 55024 |
| The Church of Saint Michael of Kenyon, Minnesota | 108 Bullis St<br>Kenyon, MN 55946-1156 |
| The Church of St. Michael, of Pine Island Minnesota | 451 5th St SW<br>Pine Island, MN 55963-6761 |
| The Church of St. Michael of St. Paul Minnesota | 337 Hurley St E<br>West St. Paul, MN 55118-1605 |
| The Church of St. Michael, of Stillwater Minnesota | 611 3rd St S<br>Stillwater, MN 55082-4908 |
| The Church of St. Michael, of Frankfort, Minnesota, including parish school | 11300 Frankfurt Pkwy NE<br>Saint Michael, MN 55376-4550 |

141559966.17

**EXHIBIT 3**

| Parish | Address |
| --- | --- |
| The Church of St. Michael of Prior Lake, including parish school | 16311 Duluth Ave SE<br>Prior Lake, MN 55372-2423 |
| The Church of Saint Nicholas of Carver Minn. | 412 4th St W<br>Carver, MN 55315-0133 |
| St. Nickolaus Church of New Market Scott County Minnesota | 51 Church St<br>New Market, MN 55054-0009 |
| The Church of St. Odilia, of Shoreview, Minnesota, including parish school | 3495 Victoria St N<br>Shoreview, MN 55126-3813 |
| St. Olaf's Catholic Church of Minneapolis, Minnesota | 215 South 8th St<br>Minneapolis, MN 55402-2803 |
| The Church of Saint Pascal Baylon, St. Paul, Minnesota, including parish school, and the former parish of The Church of St. John of St. Paul, Minnesota | 1757 Conway St<br>St. Paul, MN 55106-5929 |
| The Church of St. Patrick of Inver Grove, Minnesota | 3535 72nd St E<br>Inver Grove Heights, MN 55076-2627 |
| The Church of St. Patrick of Edina, Minnesota | 6820 St. Patrick's Lane<br>Edina, MN 55439-1631 |
| The Church of, St. Patrick, of Shieldsville Minnesota | 7525 Dodd Rd<br>Faribault, MN 55021-7431 |
| The Church of St. Patrick of Cedar Lake, Minnesota | 24425 Old Highway 13 Blvd<br>Jordan, MN 55352-9604 |
| The Church of St. Patrick of Cedar Creek, Minnesota | 19921 Nightingale St NW<br>Oak Grove, MN 55011-9243 |
| The Church of St. Patrick of St. Paul Minnesota | 1095 DeSoto St<br>St. Paul, MN 55130-3704 |
| The Church of Saint Paul of Zumbrota, Minnesota | 749 Main St S<br>Zumbrota, MN 55992-1608 |
| The Church of Saint Paul | 1740 Bunker Lake Blvd NE<br>Ham Lake, MN 55304-7040 |
| The Church of Saint Peter of Richfield, Minnesota, including parish school of Blessed Trinity | 6730 Nicollet Ave<br>Richfield, MN 55423-2464 |
| The Church of St. Peter, of Mendota, Minnesota | 1405 Hwy 13<br>Mendota, MN 55150-0679 |
| The Church of Saint Peter, including parish school | 1250 Shore Dr. S<br>Forest Lake, MN 55025-1933 |
| The Church of St. Peter of North St. Paul, including parish school and the former parish The Church of the Holy Redeemer | 2600 Margaret St N<br>North St. Paul, MN 55109-2361 |

141559966.17

**EXHIBIT 3**

| Parish | Address |
|---|---|
| The Church of St. Peter Claver Minnesota, including parish school | 375 Oxford St N<br>St. Paul, MN 55104-4734 |
| The Church of St. Pius of Cannon Falls, Minnesota | 410 Colvill St W<br>Cannon Falls, MN 55009-2441 |
| The Church of St. Pius X of White Bear, Minnesota | 3878 Highland Ave<br>White Bear Lake, MN 55110-4240 |
| The Church of Saint Raphael in Crystal, Minnesota, including parish school | 7301 Bass Lake Rd<br>Crystal, MN 55428-3826 |
| The Church of Saint Richard, of Richfield, Minnesota | 7540 Penn Ave S<br>Richfield, MN 55423-3629 |
| The Church of St. Rita of Cottage Grove, Minnesota | 8694 80th St S<br>Cottage Grove, MN 55016-2012 |
| The Church of Saint Rose of Lima of Rosetown, Minnesota, including parish school | 2048 Hamline Ave N<br>Roseville, MN 55113-5855 |
| The Church of St. Stanislaus of Saint Paul, Minnesota | 398 Superior St<br>St. Paul, MN 55102-2925 |
| The Church of St. Stephen of Minneapolis, Minnesota | 2211 Clinton Ave<br>Minneapolis, MN 55404-3656 |
| The Church of St. Stephen, of Anoka, Minnesota, including parish school | 525 Jackson St<br>Anoka, MN 55303-2353 |
| The Church of Saint Therese of Deephaven, including parish school | 18323 Minnetonka Blvd<br>Deephaven, MN 55391-3231 |
| The Church of St. Thomas Aquinas in St. Paul Park, Minnesota | 920 Holly Ave<br>St. Paul Park, MN 55071-1418 |
| The Church of St. Thomas Becket | 4455 S Robert Trail<br>Eagan, MN 55123-2038 |
| The Church of Saint Thomas More, including parish school, The Church of the Immaculate Heart of Mary, St. Paul, Minnesota and former parish of Church of St. Luke, St. Paul Minnesota | 1079 Summit Ave<br>St. Paul, MN 55105-3004 |
| The Church of St. Thomas of Minneapolis | 2914 W 44th St<br>Minneapolis, MN 55410-1551 |
| The Church of St. Thomas, of Corcoran, Minnesota | 20000 County Rd 10<br>Corcoran, MN 55340-9501 |
| The Church of Saint Timothy of Blaine | 707 89th Ave NE<br>Blaine, MN 55434-2304 |
| The Church of St. Timothy of Maple Lake, Minnesota, including parish school | 8 Oak Ave N<br>Maple Lake, MN 55358-2457 |
| The Church of Saint Victoria of Victoria, Minn. | 8228 Victoria Dr.<br>Victoria, MN 55386-9692 |

141559966.17

## EXHIBIT 3

| Parish | Address |
|---|---|
| The Church of St. Vincent de Paul, of Osseo, Minnesota, including parish school | 9100 93rd Ave N<br>Brooklyn Park, MN 55445-1407 |
| The Church of St. Wenceslaus, of New Prague, Minnesota, including parish school, Saint Scholastica Church of Heidelberg, Minnesota, The Church of Saint John the Evangelist of Union Hill, Minn., The Church of St. Joseph, and Church of Saint Benedict, of St. Benedict. | 215 Main St E<br>New Prague, MN 56071-1832 |
| The Church of Saint William of Fridley, Minnesota | 6120 5th St NE<br>Fridley, MN 55432-5033 |
| Transfiguration Church of Oakdale, Minnesota, including parish school | 6133 15th St N<br>Oakdale, MN 55128-4201 |

141559966.17

141559966.17

# EXHIBIT 4

## 14.5 SETTLING INSURER SUPPLEMENTAL INJUNCTION.

**Supplemental Injunction Preventing Prosecution of Claims Against Settling Insurer Entities.**

**Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and in consideration of the undertakings of the Settling Insurers pursuant to the Insurance Settlement Agreements, including the Settling Insurers' purchases of insurance policies or Interests in insurance policies from the Archdiocese, Other Insured Entities, Seminaries, and Catholic Entities pursuant to Section 363(f) of the Bankruptcy Code:**

**Any and all Persons who have held, now hold or who may in the future hold any Interests (including all debt holders, all equity holders, governmental, tax and regulatory authorities, lenders, trade and other creditors, Tort Claimants, perpetrators, other insurers, and all others holding Interests of any kind or nature whatsoever, including those Claims released or to be released pursuant to the Insurance Settlement Agreements) against any of the Protected Parties or the Settling Insurer Entities that directly or indirectly arise from, relate to or is in connection with any of the Settling Insurer Entity Policies, any Claim that would have been covered under a Settling Insurer Entity Policy but for an this Agreement, any Tort Claim, Related Insurance Claim, Class 3 Claims, Class 12 Claims, Class 13 Claims, Class 14 Claims, or Claim Nos. 502, 503, and 668 are hereby permanently stayed, enjoined, barred, and restrained from taking any action, directly or indirectly, to assert, enforce or attempt to assert or enforce any such Interest against the Settling Insurer Entities, the Settling Insurer Entity Policies, or Protected Parties, including:**

> (b)     **Commencing or continuing in any manner any action or other proceeding against the Settling Insurer Entities or the Protected Parties or the property of the Settling Insurer Entities or Protected Parties;**

> (c)     **Enforcing, attaching, collecting, or recovering, by any manner or means, any judgment, award, decree or order against the Settling Insurer Entities or Protected Parties or the property of the Settling Insurer Entities or Protected Parties;**

> (d)     **Creating, perfecting, or enforcing any lien of any kind against the Settling Insurer Entities or Protected Parties or the property of the Settling Insurer Entities or Protected Parties;**

> (e)     **Asserting or accomplishing any setoff, right of indemnity, subrogation, contribution, or recoupment of any kind against any obligation due the Settling Insurer Entities or Protected Parties or the property of the Settling Insurer Entities or Protected Parties; and**

> (f)     **Taking any action, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Plan.**

141559966.17

**All claims described in this Section 14.5 shall be channeled to the Trust. This injunction shall not apply to any reinsurance claim.**

141559966.17