**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: **The Archdiocese of Saint Paul and Minneapolis** | Case No. **BKY 15-30125** |
| Debtor. | Chapter 11 Case |

**ORDER FOR REPORT OF PAYMENTS MADE UNDER CHAPTER 11 PLAN**

A plan was confirmed on **September 25, 2018**. **Richard D. Anderson and Robert T. Kugler**, the attorneys for the proponents of the plan, and the proponents, are hereby ordered to complete, date and sign the report below following the instructions therein, and file same with the clerk within fourteen days after the date of this order.

Date: September 25, 2018

/e/ Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/25/2018
Lori Vosejpka, Clerk, by LH

Report — Instructions: The proponents are required to report to the court, and the clerk is required to report to the Administrative Office of the United States Courts, regarding money paid postpetition but preconfirmation and paid or to be paid under a confirmed chapter 11 plan. Payments to be made in the future must necessarily be estimated based upon the exact future payments provided for by the plan. The attorneys for the proponents, and the proponents, are accordingly required to complete and file this report. Each item should be answered: if "None," so state. Please remember that all payments made postpetition to date, and all payments to be made hereafter, for all preconfirmation debts and certain administrative expenses, including all attorney fees in the case, are to be included and combined if necessary to answer each item listed below.

Certain Administrative Expense Payments

1. Fees paid or to be paid to Attorney for Debtor(s)[1]   $ Approx. $10,800,000
   [1] (Briggs and Morgan PA, Meier Kennedy Quinn Chtd., and Fredrikson and Byron PA are each attorneys for the Debtor)
2. Compensation paid or to be paid to Trustee if any   $ N/A
3. Fees paid or to be paid to Attorney for Trustee   $ N/A
4. Total all fees paid or to be paid to other professional persons if any   $ Approx. $9,500,000
5. Total all items paid or to be paid to all of above for reimbursement of expenses   $ Approx. $251,000

Payments to All Creditors

6. All payments made or to be made to secured creditors including tax lien claims   $ 0.00
7. All payments made or to be made to unsecured priority creditors including taxes   $ 0.00
8. Grand total all claims allowed or allowable at unsecured nonpriority   $ UNDETERMINED
9. Percent dividend paid or to be paid on the general unsecured nonpriority claims   $ 100%

The above information and report is provided to the best of my knowledge, information and belief under Fed. R. Bankr. P. 9011(a).

Richard D. Anderson, Esquire  612-977-8400
80 South Eighth Street, Suite 2200
Minneapolis, MN 55402
Robert T. Kugler, Esquire    612-335-1500
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Attorney's Name, Address, Telephone and Attorney License Number

Signed: e/ Benjamin E. Gurstelle
e/ Robert T. Kugler
Richard D. Anderson and Robert T. Kugler
Dated: October 9, 2018

Signed: e/ Thomas J. Mertens
e/ Jim Keenan
Proponent

Dated: October 9, 2018

Rev060796;020602; 11152013.