UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

The Archdiocese of Saint Paul and Minneapolis,

AMENDED ORDER ALLOWING FIFTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES TO STINSON LEONARD STREET LLP

Debtor.          BKY 15-30125

At Minneapolis, Minnesota, November 8, 2018.

This case is before the court on the fifth interim application of Stinson Leonard Street LLP for allowance of compensation and reimbursement of expenses. Based on the application and the file,

IT IS ORDERED: Compensation to Stinson Leonard Street LLP of $2,657,652.25 and reimbursement of expenses of $56,295.74 are allowed.

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 11/08/2018
Lori Vosejpka, Clerk, by LH